**DEPARTMENT OF POLICE**

**INTEROFFICE CORRESPONDENCE**

**TO:** Anne E. Kirkpatrick
Superintendent of Police

**DATE:** 12/09/2024

**FROM:** Sergeant Mary Sam
Public Integrity Bureau

**SUBJECT:** P.I.B. Complaint Tracking No. 2024-0446-P.
SPO Chad Cockerham, SID Intel, Employee ID #19768.

## INTRODUCTION

Sergeant Mary Sam respectfully submits this internal investigative report under PIB Complaint Tracking Number **2024-0446-P**. Sergeant Sam was assigned this investigation on Friday August 30, 2024, by Lieutenant Kenny Temple, supervisor of the P.I.B. Administrative Investigations Section.

**Brief Synopsis of Complaint:**

On August 12, 2024, Sergeant Athena Monteleone of the Public Integrity Bureau's Special Investigations Section was investigating complaint CTN# 2024-0380-P, involving SPO Chad Cockerham. On that date, Sergeant Monteleone received an email from the complainant, Mr. Skip Gallagher, requesting the inclusion of the years 2014–2017 in the investigation, citing payroll fraud and departmental (Secondary Employment) violations.

**Allegations:**

**Based on the complainant's allegation (s); SPO Chad Cockerham may have violated:**

V1: Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud. Public payroll fraud is committed when: (1) Any person shall knowingly receive any payment or compensation, or knowingly permit his name to be carried on any employment list or payroll for any payment or compensation from the state, for services not actually rendered by himself, or for services grossly inadequate for the payment or compensation received or to be received according to such employment list or payroll; or (2) Any public officer or public employee shall carry, cause to be carried, or permit to be carried, directly or indirectly, upon the employment list or payroll of his office, the name of any person as employee, or shall pay any employee, with knowledge that such employee is receiving payment or compensation for

**EXHIBIT A**

services not actually rendered by said employee or for services grossly inadequate for such payment or compensation.

V2: Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 25. Members authorized to work police secondary employment may perform or engage in authorized assignments only during the hours they are off duty. Members may accept and work a police secondary employment opportunity when not on duty or while on authorized leave.

V3: Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 28. Police Secondary employment by NOPD members is generally limited to a maximum of 24 hours per seven-day work week (Sunday through Saturday). Exceptions to the 24-hour limitation may be granted for special events where staffing requirements are so intensive that sufficient staffing resources may not be available for the safe operation of the event (e.g. – Jazz Fest, Mardi Gras, etc.). Application for an event exception will be made in advance via interoffice correspondence (NOPD Form 105) by a member or event coordinator which will estimate the number hours a member may exceed the maximum threshold and forwarded through appropriate chain of command for review and final approval by the Superintendent of Police or his/her designee. **(5 counts)**

V4: Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 32. No member, including Reserve officers, shall work more than 16 hours within a 24-hour period. (The 24-period begins the first time the member reports for either regular duty or secondary employment, after his/her minimum 8 hours rest period.) These hours are cumulative and include normal scheduled work hours, overtime, court time, off-duty police secondary employment, or outside employment. **(250 counts)**

## ADMINISTRATIVE INVESTIGATION

Attached to the investigation was the Original Transmittal. **(EXHIBIT A)**

On Friday August 30, 2024, Sergeant Mary Sam reviewed the P.I.B. Initial Intake Form which listed the accused employee as SPO Chad Cockerham. The complainant listed on the intake form was Mr. Skip Gallagher. **(EXHIBIT B)**

Sergeant Mary Sam reviewed the formal disciplinary investigation (FDI) form **(EXHIBIT C)**; and noted that on August 12, 2024, Sergeant Athena Monteleone, assigned to the Public Integrity Bureau's Special Investigations Section, documented receiving an email from the complainant, Mr. Skip Gallagher, while conducting an investigation under PIB CTN# 2024-0380-P involving SPO Chad Cockerham as the accused officer. In his email, Mr. Gallagher requested that the investigation be expanded to include the years 2014–2017, citing potential payroll fraud and departmental (Secondary Employment) violations. Mr. Gallagher further stated he would provide documents to substantiate his allegations at a further date.

Sergeant Monteleone recorded that on August 16, 2024, she discussed the addition of the earlier years with Deputy Superintendent Keith Sanchez, Chief of Staff Eric Carter, and Captain Precious

Banks of the PIB Command Staff. Following this discussion, she was instructed to initiate a separate investigation for the 2014–2017 timeframe, as the original complaint (PIB CTN# 2024-0380-P), which was initiated on July 17, 2024, initially addressed alleged violations occurring from 2018 through July 2024.

Additionally, Sergeant Monteleone documented that on July 22, 2024, Officer Chad Cockerham was placed on Administrative Reassignment under PIB CTN# 2024-0380-P for Rule 2: Moral Conduct, Paragraph 1: Adherence to Law, specifically pertaining to Louisiana Revised Statute 14:138 concerning Public Payroll Fraud.

On Friday, August 30, 2024, Sergeant Mary Sam requested an extension from the City of New Orleans Civil Service Division, for an additional time to complete the investigation, which was granted on Tuesday September 10, 2024, for an additional 60 days. **(EXHIBIT D)**

Sergeant Sam authored an introduction correspondence (letter) to the complainant Mr. Skip Gallagher, on Wednesday September 04, 2024, informing him that the complaint had been assigned, and was being investigated. The complainant was provided PIB CTN 2024-0446-P; and contact information to reach Sergeant Sam, should he require additional information. **(EXHIBIT E)**

On Friday, September 6, 2024, SPO Chad Cockerham was notified via departmental email of a pending Public Integrity Bureau (PIB) complaint under CTN #2024-0446-P. He was informed that he would be required to provide an administrative statement in the near future. Additionally, Sergeant Sam sent SPO Cockerham a copy of NOPD Policy 1041, pertaining to NOPD Chapter 22.08, Title: Police Secondary Employment, which was in effect at the time the alleged misconduct occurred. **(EXHIBIT F)**

Sergeant Sam reviewed SPO Chad Cockerham's compliance with NOPD Policy 22.08: Police Secondary Employment (Policy 1041) Paragraph 28, which limits Police Secondary Employment by NOPD members to a maximum of 24 hours per seven-day work week (Sunday through Saturday). However, note that Paragraph 29 allows for exceptions to this 24-hour limitation for special events, where staffing needs are intensive and sufficient resources may not be available (e.g., Jazz Fest, Mardi Gras etc.). The Superintendent of Police is the authorizing authority for any such exceptions.

Sergeant Sam's review of the hours worked by SPO Cockerham revealed the following:

## ***Police Secondary Employment Limits Year 2014***

**Week of: 08/24/2014 - 08/30/2014**
**Approved Weekly Maximum Limit: 32 hours (exception granted).**
Hours Worked:
8/28/2014: 05:30 - 12:34 (7.07 hours).
Total Hours Worked: 7.07 hours.
Conclusion: Officer Cockerham did not exceed the approved limit of 32 hours for this week.

**Week of: 08/31/2014 - 09/06/2014**
**Approved Weekly Maximum Limit: 32 hours (exception granted).**
Hours Worked:
9/2/2014: 03:00 - 07:00 (4 hours).
9/3/2014: 03:00 - 07:00 (4 hours).
Total Hours Worked: 8 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/07/2014 - 09/13/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked: None recorded.
Total Hours Worked: 0 hours.
Conclusion: No hours worked, no violation of the 24-hour limit.

**Week 4: 09/14/2014 - 09/20/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked: None recorded.
Total Hours Worked: 0 hours.
Conclusion: No hours worked, no violation of the 24-hour limit.

**Week of: 09/21/2014 - 09/27/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
9/21/2014: 04:30 - 16:15 (11.75 hours).
9/25/2014: 07:00 - 11:00 (4 hours).
9/26/2014: 00:00 - 04:00 (4 hours).
Total Hours Worked: 19.75 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/28/2014 - 10/04/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
10/1/2014: 07:10 - 11:10 (4 hours).
10/4/2014: 03:00 - 07:00 (4 hours).
Total Hours Worked: 8 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/05/2014 - 10/11/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
10/5/2014: 04:30 - 17:00 (12.5 hours)
10/8/2014: 07:10 - 11:10 (4 hours)
10/10/2014: 06:30 - 10:30 (4 hours)
10/11/2014: 15:00 - 19:00 (4 hours)
Total Hours Worked: 24.5 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/12/2014 - 10/18/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
10/13/2014: 06:30 - 10:30 (4 hours)
10/17/2014: 23:00 - 03:00 (4 hours)
10/18/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 12 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/19/2014 - 10/25/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
10/21/2014: 07:00 - 11:00 (4 hours)
10/25/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 8 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/26/2014 - 11/01/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
10/30/2014: 07:00 - 11:00 (4 hours)
Total Hours Worked: 4 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/02/2014 - 11/08/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
11/7/2014: 16:45 - 20:45 (4 hours)
11/8/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 8 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/09/2014 - 11/15/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
11/15/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 4 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/16/2014 - 11/22/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
11/22/2014: 13:00 - 22:00 (9 hours)
Total Hours Worked: 9 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/23/2014 - 11/29/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
11/24/2014: 08:45 - 21:00 (12.25 hours)
11/27/2014: 07:00 - 11:00 (4 hours)
11/28/2014: 08:00 - 15:30 (7.5 hours)
11/29/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 27.75 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/30/2014 - 12/06/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
12/2/2014: 12:15 - 17:00 (4.75 hours)
Total Hours Worked: 4.75 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/07/2014 - 12/13/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
12/7/2014: 05:30 - 16:00 (10.5 hours)
12/9/2014: 12:00 - 17:00 (5 hours)
12/10/2014: 07:00 - 11:00 (4 hours)
12/12/2014: 06:00 - 13:45 (7.75 hours)
12/13/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 31.25 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/14/2014 - 12/20/2014**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
12/16/2014: 12:00 - 17:00 (5 hours)
12/17/2014: 07:00 - 11:00 (4 hours)
12/18/2014: 12:00 - 19:00 (7 hours)
12/19/2014: 04:00 - 11:00 (7 hours)
Total Hours Worked: 23 hours.
Conclusion: Officer Cockerham did not exceed the approved limit.

Week of: **12/21/2014 - 12/27/2014**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
12/22/2014: 7:10 - 11:10 (4 hours)
12/27/2014: 03:00 - 07:00 (4 hours)
Total Hours Worked: 8 hours.
Officer Cockerham did not exceed the approved limit.

***Police Secondary Employment Limits Year 2015***

**Week of: 12/28/14 - 1/03/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
12/31/2014: 07:15- 11:15 (4 hours)
01/02/15: 12:00 - 18:00 (6 hours)
01/03/15: 03:25 - 07:25 (4 hours)
Total Hours Worked: 14 (hours)
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 01/04/15 - 01/10/15**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
01/05/15: 12:00 - 17:00 (5 hours)
01/10/15: 07:00 - 11:00 (4 hours)
01/10/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 13 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 01/11/15 - 01/17/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
01/15/15: 07:00 - 11:00 (4 hours)
01/16/15: 07:00 - 11:30 (4.5 hours)
01/17/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 12.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 1/18/15 - 01/24/15**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
01/23/15: 23:25 - 03:25 (4 hours)
01/24/15: 03:25 - 07:25 (4 hours)
Total Hours Worked: 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 01/25/15 - 01/31/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
01/29/15: 07:00 - 11:00 (4 hours)
01/31/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/01/15 - 02/07/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
02/04/15: 12:15 - 17:00 (4.75 hours)
02/05/15: 11:25 - 15:25 (4 hours)
02/07/15: 03:25 - 07:25 (4 hours)
Total Hours Worked: 12.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/08/15 - 02/14/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked: None
Total Hours Worked: 0 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/15/15 - 02/21/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
02/19/15: 07:00 - 11:00 (4 hours)
02/21/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/22/15 - 02/28/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
02/23/15: 18:00 - 24:00 (6 hours)
02/25/15: 07:00 - 11:00 (4 hours)
02/27/15: 03:00 - 07:00 (4 hours)
02/28/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 18 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/01/15 - 03/07/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
03/04/15: 12:15 - 17:15 (5 hours)
03/04/15: 07:15 - 11:15 (4 hours)
03/06/15: 08:00 - 13:00 (5 hours)
03/07/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 18 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/08/15 - 03/14/15**
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
3/8/2015 07:00-11:00 (4.00)
3/11/2015 07:45-15:15 (7.50)
Total Hours Worked: 11 hours 50 minutes
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/15/15 - 03/21/15**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
03/17/15: 12:00 - 17:00 (5 hours)
03/21/15: 03:00 - 07:00 (4 hours)
Total Hours Worked: 9 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/22/15 - 03/28/15**
**Approved Weekly Maximum Limit: 24 hours.**
Hours Worked:
03/26/15: 07:00 - 11:00 (4 hours)
03/27/15: 07:00 - 15:00 (8 hours)
Total Hours Worked: 12 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/29/2015 - 04/04/2015**
**Approved Weekly Maximum Limit: 24 hours**
Hours Worked:
3/30/2015: 12:00 - 17:00 (5.00 hours)
Only one shift is listed within this timeframe.
Total Hours Worked: 5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: April 5 - April 11, 2015**
**Approved Weekly Maximum Limit: 32 hours**
Hours Worked:
4/7/2015: 03:00-07:00, 07:00-11:00 (8 hours)
4/8/2015: 08:00-15:00 (7 hours)
4/9/2015: 07:00-11:00 (4 hours)
4/10/2015: 12:00-17:00 (5 hours)
4/11/2015: 03:00-07:00 (4 hours)
Total Hours Worked: 28 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of:** April 12 - April 18, 2015
**Approved Weekly Maximum Limit: 24 hours**
Hours Worked:
4/12/2015: 07:00-11:00 (4 hours)
4/13/2015: 07:00-15:00 (8 hours)
4/18/2015: 03:00-07:00, 23:00-03:00 (8 hours)
Total Hours Worked: 20 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of:** April 19 - April 25, 2015
**Approved Weekly Maximum Limit: 32 hours.**
Hours Worked:
4/20/2015: 07:00-11:00 (4 hours)
4/23/2015: 13:30-18:00 (4.5 hours)
4/24/2015: 03:00-07:00, 10:00-12:00 (6 hours)
4/25/2015: 14.25 hours (03:00-07:00, 10:00-20:15)
Total Hours Worked: 28.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: April 26 - May 2, 2015**
**Approved Weekly Maximum Limit: 32 hours.**
**Hours Worked:**
**4/26/2015: 10:00-20:30 (10.5 hours)**
**4/28/2015: 07:00-15:00 (8 hours)**
**4/30/2015: 03:00-07:00, 10:00-20:30 (14.5 hours)**
**5/1/2015: 10:00-20:30 (10.5 hours)**
**5/2/2015: 03:00-07:00, 10:00-20:30 (14.5 hours)**
**Total Hours Worked: 58.0 hours (exceeds limit by 26 hours)**
**Conclusion: Officer Cockerham exceed the approved limit.**

**Week of: May 3 - May 9, 2015**
**Approved Weekly Maximum Limit: 48 hours**
Hours Worked:
5/3/2015: 10:00-20:30 (10.5 hours)
5/8/2015: 15:00-19:00 (4 hours)
5/9/2015: 03:00-07:00, 14:50-18:50 (8 hours)
Total Hours Worked: 22.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: May 10 - May 16, 2015**)
**Approved Weekly Maximum Limit: 48 hours**
Hours Worked:
5/16/2015: 15:00-18:30, 02:25-06:25, 23:00-03:00 (11.5 hours)
Tota Total Hours Worked: 11.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: May 17 - May 23, 2015 (Weekly Limit: 48 hours)**
**No recorded hours**
**Total: 0 hours**

Week of: May 24 - May 30, 2015
**Approved Weekly Maximum Limit: 48 hours**
Hours Worked:
5/25/2015: 07:00-11:00 (4 hours)
Total Hours Worked: 4 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: May 31 - June 6, 2015**
**Approved Weekly Maximum Limit: 48 hours**
Hours Worked:
6/2/2015: 8 hours (07:00-11:00, 23:00-03:00)
6/6/2015: 3.25 hours (13:45-17:00)
Total Hours Worked: 11.25 hours (within limit)
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: June 7 - June 13, 2015**
**Approved Weekly Maximum Limit: 24 hours**
Hours Worked:
6/7/2015: 07:00-11:00 (4 hours)
6/8/2015: 07:00-11:00 (4 hours)
6/13/2015: 03:00-07:00 (4 hours)
Total Hours Worked: 12 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: June 14 - June 20, 2015**
**Approved Weekly Maximum Limit: 24 hours**
Hours Worked:
6/14/2015: 4 hours (07:00-11:00)
6/19/2015: 4 hours (03:00-07:00)
6/20/2015: 8 hours (03:00-07:00, 23:00-03:00)
Total Hours Worked: 16 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: June 21 - June 27, 2015**
**Approved Weekly Maximum Limit: 24 hours**
**Hours Worked:**
**6/23: 4 hours (11:00-15:00)**
**6/25: 8.5 hours (07:00-15:30)**
**6/26: 12.5 hours (07:00-15:30, 23:00-03:00)**
**6/27: 4 hours (03:00-07:00)**
**Total Hours Worked: 29 hours**
**Conclusion: Officer Cockerham exceed the approved limit by 5 hours**

**Week of: June 28 - July 4, 2015**
**Approved Weekly Maximum Limit: 48 hours**
6/28/2015: 4 hours (07:00-11:00)
7/2/2015: 7.25 hours (09:00-16:15)
7/3/2015: 11 hours (03:00-07:00, 09:30-16:30)
7/4/2015: 12 hours (03:00-07:00, 07:00-11:00, 11:00-15:00)
Total Hours Worked: 34.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: July 5 - July 11, 2015**
**Approved Weekly Maximum Limit: 48 hours**
7/5/2015: 4 hours (11:00-15:00)
7/6/2015: 10 hours (07:00-17:00)
7/9/2015: 4 hours (11:00-15:00)
7/10/2015: 5.5 hours (12:00-17:30)
7/11/2015: 4 hours (03:00-07:00)
Total Hours Worked: 27.5 hours (within limit)
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of 07/12/2015 - 07/18/2015**
**Approved Weekly Maximum Limit: 48 hours**
07/12/2015: 07:00-11:00 (4.00 hours), 03:00-07:00 (4.00 hours) = 8.00 hours
07/13/2015: 07:00-11:00 (4.00 hours)
07/15/2015: 06:30-14:00 (7.50 hours)
07/16/2015: 05:00-15:30 (10.50 hours)
Total Hours Worked: 30.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of 07/19/2015 - 07/25/2015**
**Approved Weekly Maximum Limit: 48 hours**
07/20/2015: 00:00-04:00 (4.00 hours)
07/21/2015: 00:00-04:00 (4.00 hours)
07/23/2015: 03:00-07:00 (4.00 hours)
07/24/2015: 07:00-14:00 (7.00 hours), 03:00-07:00 (4.00 hours) = 11.00 hours
07/25/2015: 07:00-14:30 (7.50 hours), 03:00-07:00 (4.00 hours) = 11.50 hours
Total Hours Worked: 34.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of 07/26/2015 - 08/01/2015**
**Approved Weekly Maximum Limit: 48 hours**
07/27/2015: 11:00-14:00 (3.00 hours)
07/28/2015: 05:30-10:00 (4.50 hours)
07/30/2015: 11:00-15:00 (4.00 hours), 07:00-11:00 (4.00 hours), 00:00-03:00 (3.00 hours)
07/31/2015: 00:00-04:00 (4.00 hours)
Total Hours Worked: 22.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/02/2015 - 08/08/2015**
**Approved Weekly Maximum Limit: 24 hours**
08/03/2015: 08:00-11:00 (3.00 hours)
08/05/2015: 07:00-11:00 (4.00 hours)
08/06/2015: 11:00-15:00 (4.00 hours), 07:00-11:00 (4.00 hours) = 8.00 hours
08/08/2015: 01:00-05:00 (4.00 hours)
Total Hours Worked: 19.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/09/2015 - 08/15/2015**
**Approved Weekly Maximum Limit: 24 hours**
08/11/2015: 11:00-15:00 (4.00 hours), 07:00-11:00 (4.00 hours) = 8.00 hours
08/15/2015: 03:00-07:00 (4.00 hours)
Total Hours Worked: 12.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/16/2015 - 08/22/2015**
**Approved Weekly Maximum Limit: 36 hours**
08/18/2015: 10:25-14:25 (4.00 hours)
08/20/2015: 07:00-11:00 (4.00 hours)
08/22/2015: 07:00-15:15 (8.25 hours), 03:00-07:00 (4.00 hours) = 12.25 hours
Total Hours Worked: 20.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/23/2015 - 08/29/2015**
**Approved Weekly Maximum Limit: 36 hours**
08/24/2015: 11:00-15:00 (4.00 hours)
Total Hours Worked: 4.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/30/2015 - 09/05/2015**
**Approved Weekly Maximum Limit:48 hours**
08/30/2015: 05:30-17:45 (12.25 hours)
08/31/2015: 07:15-13:15 (6.00 hours)
09/01/2015: 10:25-14:25 (4.00 hours), 06:25-10:25 (4.00 hours)
09/05/2015: 07:00-11:00 (4.00 hours)
Total Hours Worked: 30.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/06/15 - 09/12/15**
**Approved Weekly Maximum Limit: 24 hours**
9/6/2015: 19:00-23:00 (4.00 hours)
9/6/2015: 07:00-11:00 (4.00 hours)
9/7/2015: 11:00-15:00 (4.00 hours)
9/8/2015: 06:25-10:25 (4.00 hours)
Total hours worked: 16.00 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/13/15 - 09/19/15**
**Approved Weekly Maximum Limit: 36 hours**
9/15/2015: 07:00-11:00 (4.00 hours)
9/19/2015: 11:00-15:00 (4.00 hours)
9/19/2015: 07:00-11:00 (4.00 hours)
9/19/2015: 03:00-07:00 (4.00 hours)
Total hours worked: 16.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/20/15 - 09/26/15**
**Approved Weekly Maximum Limit: 36 hours**
9/20/2015: 04:30-07:30 (3.00 hours)
9/21/2015: 11:00-15:00 (4.00 hours)
9/22/2015: 07:00-11:00 (4.00 hours)
9/26/2015: 05:00-09:00 (4.00 hours)
Total hours worked: 15.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit..

**Week of: 09/27/15 - 10/03/15**
**Approved Weekly Maximum Limit: 36 hours**
9/28/2015: 11:00-15:00 (9.00 hours)
10/3/2015: 03:00-07:00 (4.00 hours)
Total hours worked: 13.00 hours
Conclusion: Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/04/15 10/10/15**
**Approved Weekly Maximum Limit:32 hours**
**10/4/2015: 19:00-23:00 (4.00 hours)**
**10/4/2015: 23:00-03:00 (4.00 hours)**
**10/5/2015: 11:00-15:00 (4.00 hours)**
**10/6/2015: 07:35-11:35 (4.00 hours)**
**10/8/2015: 18:00-24:00 (6.00 hours)**
**10/9/2015: 15:00-19:00 (4.00 hours)**
**10/10/2015: 05:00-09:00 (4.00 hours)**
**10/10/2015: 9:00-13:00 (4.00 hours)**
**Total hours worked: 34.00 hours**
**Conclusion: Officer Cockerham worked 34.00 hours during this week, he exceeded the maximum limit of 32 hours.**

.
**Week of: 10/11/15 - 10/17/15**
**Approved Weekly Maximum Limit: 36 hours**
10/14/2015: 00:00-05:00 (5.00 hours)
10/15/2015: 06:00-17:30 (11.50 hours)
Total hours worked: 16.50 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/18/2015 - 10/24/2015**
**Approved Weekly Maximum Limit: 24 hours**
10/24/2015:
11:00 - 15:00 (4.00 hours)
07:00 - 11:00 (4.00 hours)
03:00 - 07:00 (4.00 hours)
Total worked: 12.00 hours
Conclusion: Officer Cockerham worked 12.00 hours this week, which is well below the 24-hour maximum. There is no violation.

**Week of: 10/25/2015 - 10/31/2015**
**Approved Weekly Maximum Limit: 32 hours**
10/29/2015:
19:40 - 23:40 = 4.00 hours
10/31/2015:
15:00 - 19:00 (4.00 hours)
11:00 - 15:00 (4.00 hours)
07:00 - 11:00 (4.00 hours)
Total worked: 16.00 hours
Conclusion: Officer Cockerham worked 16.00 hours this week, which is below the 32-hour maximum. There is no violation.

**Week of:11/01/2015 - 11/07/2015**
**Approved Weekly Maximum Limit: 42 hours**
11/1/2015:
04:30 - 16:30 (12.00 hours)
00:00 - 04:00 (5.00 hours)
11/7/2015:
05:35 - 09:35 (4.00 hours)
01:35 - 05:35 (4.00 hours)
Total worked: 25.00 hours
Conclusion: Officer Cockerham worked 25.00 hours this week, which is well below the 42-hour maximum. He did not violate the limit.

**Week of:11/08/2015 - 11/14/2015**
**Approved Weekly Maximum Limit: 36 hours**
11/9/2015: 13:00 - 18:00 (5.00 hours)
11/13/2015: 07:00 - 16:00 (9.00 hours)
11/14/2015: 05:00 - 11:00 (6.00 hours)
Total worked: 20.00 hours
Conclusion: Officer Cockerham worked 20.00 hours this week, which is below the 36-hour maximum. He did not violate the limit.

**Week of: 11/15/2015 - 11/21/2015**

**Approved Weekly Maximum Limit: 32 hours**
11/15/2015:
00:00 - 03:00 (3.00 hours)
05:00 - 10:00 (5.00 hours)
11/17/2015: 11:00 - 15:00 (4.00 hours)
11/18/2015: 10:25 - 14:25 (4.00 hours)
11/19/2015: 11:00 - 15:00 (4.00 hours)
11/21/2015: 05:00 - 09:00 (4.00 hours)
Total worked: 24.00 hours
Conclusion: Officer Cockerham worked 24.00 hours this week, which is below the 32-hour maximum. He did not violate the limit.

**Week of: 11/22/2015 - 11/28/2015**
**Approved Weekly Maximum Limit: 48 hours**
12/21/2015: 04:30 - 13:45 (9.25 hours)
12/22/2015: 11:00 - 15:00 (4.00 hours)
12/25/2015: 03:00 - 07:00 (4.00 hours)
12/26/2015: 03:00 - 07:00 (4.00 hours)
12/29/2015: 11:00 - 15:00 (4.00 hours)
Total worked: 25.25 hours
Conclusion: Officer Cockerham worked 25.25 hours this week, which is below the 48-hour maximum. He did not violate the limit.

**Week of: 12/06/2015 - 12/12/2015**
**Approved Weekly Maximum Limit: 48 hours**
12/21/2015: 04:30 - 13:45 (9.25 hours)
12/22/2015: 11:00 - 15:00 (4.00 hours)
12/25/2015: 03:00 - 07:00 (4.00 hours)
12/26/2015: 03:00 - 07:00 (4.00 hours)
12/29/2015: 11:00 - 15:00 (4.00 hours)
Total worked: 25.25 hours
Conclusion: Officer Cockerham worked 25.25 hours this week, which is below the 48-hour maximum. He did not violate the limit.

**Week of: 12/13/2015 - 12/19/2015**
**Approved Weekly Maximum Limit: 32 hours**
12/13/2015: 07:00 - 16:00 (9.00 hours)
12/18/2015: 07:00 - 14:00 (7.00 hours)
Total worked: 16.00 hours
Conclusion: Officer Cockerham worked 16.00 hours this week, which is below the 32-hour maximum. He did not violate the limit.
**Week of: 12/20/2015 - 12/26/2015**
**Approved Weekly Maximum Limit: 36 hours**
12/21/2015: 04:30 - 13:45 (9.25 hours)
12/22/2015: 11:00 - 15:00 (4.00 hours)
12/25/2015: 03:00 - 07:00 (4.00 hours)

12/26/2015: 03:00 - 07:00 (4.00 hours)
Total worked: 21.25 hours
Conclusion: Officer Cockerham worked 21.25 hours this week, which is below the 36-hour maximum. He did not violate the limit.

**Week of: 12/27/2015 - 01/02/2016**
**Approved Weekly Maximum Limit: 42 hours**
12/29/2015: 11:00 - 15:00 (4.00 hours)
01/1/2016: 03:00 - 07:00 (4.00 hours)
07:00 - 14:15 (7.25 hours)
01/2/2016: 03:00 - 07:00 (4.00 hours)
Total worked: 19.25 hours
Conclusion: Officer Cockerham worked 19.25 hours this week, which is below the 42-hour maximum. He did not violate the limit.

## ***Police Secondary Employment Limits Year 2016***

**Week of: 01/03/2016 – 01/09/2016**
**Approved Weekly Limit: 32 hours**
**Hours Worked:**
**01/04/2016: 03:00–07:00 (4.00 hours)**
**01/05/2016: 03:00–07:00 (4.00 hours)**
**01/06/2016: 02:30–06:30 (4.00 hours), 06:30–12:00 (5.50 hours), 12:15–17:00 (4.75 hours)**
**01/08/2016: 12:00–18:00 (6.00 hours)**
**01/09/2016: 03:00–07:00 (4.00 hours)**
**Total Hours: 32.25 hours**
**Conclusion: Officer Cockerham exceeded the approved limit by 0.25 hours.**

**Week of: 01/10/2016 – 01/16/2016**
**Approved Weekly Limit: 32 hours**
Hours Worked:
01/13/2016:
11:00–15:00 (4.00 hours)
15:00–19:00 (4.00 hours)
01/15/2016:
02:30–06:30 (4.00 hours)
12:00–17:00 (5.00 hours)
01/16/2016: 02:30–06:30 (4.00 hours)
Total Hours: 21.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 01/17/2016 – 01/23/2016**
**Approved Weekly Limit: 42 hours**
Hours Worked:
01/23/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)

Total Hours: 8.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit

**Week of: 01/24/2016 – 01/30/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
01/24/2016: 07:00–11:00 (4.00 hours)
01/25/2016: 12:00–17:00 (5.00 hours)
01/29/2016: 03:00–07:00 (4.00 hours)
01/30/2016: 03:00–07:00 (4.00 hours)
Total Hours: 17.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 01/31/2016 – 02/06/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
01/31/2016: 03:00–07:00 (4.00 hours)
02/04/2016: 11:00–15:00 (4.00 hours)
Total Hours: 8.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

Week of: 02/07/2016 – 02/13/2016
Approved Weekly Limit: 42 hours
Hours Worked:
02/12/2016: 05:00–09:00 (4.00 hours)
02/13/2016:
05:00–09:00 (4.00 hours)
12:00–17:00 (5.00 hours)
Total Hours: 13.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/14/2016 – 02/20/2016**
**Approved Weekly Limit: 36 hours**
Hours Worked:
02/14/2016: 05:00–09:00 (4.00 hours)
02/19/2016: 03:00–05:30 (2.50 hours)
02/20/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
23:00–03:00 (4.00 hours; shift starts on 02/20, ends on 02/21)
Total Hours: 18.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/21/2016 – 02/27/2016**
**Approved Weekly Limit: 36 hours**
Hours Worked:

02/21/2016:
03:00–07:00 (4.00 hours)
23:00–05:00 (6.00 hours; shift starts on 02/21, ends on 02/22)
02/26/2016: 03:00–07:00 (4.00 hours)
02/27/2016: 05:00–09:00 (4.00 hours)
Total Hours: 18.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 02/28/2016 – 03/05/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
02/28/2016: 03:00–07:00 (4.00 hours)
03/04/2016: 03:00–07:00 (4.00 hours)
03/05/2016: 03:00–07:00 (4.00 hours)
Total Hours: 12.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/06/2016 – 03/12/2016**
**Approved Weekly Limit: 54 hours**
Hours Worked:
03/06/2016: 03:00–07:00 (4.00 hours)
03/09/2016: 07:30–15:15 (7.75 hours)
03/11/2016: 03:00–07:00 (4.00 hours)
03/12/2016: 04:35–08:35 (4.00 hours)
Total Hours: 19.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/13/2016 – 03/19/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
03/13/2016:
05:00–09:00 (4.00 hours)
09:00–13:00 (4.00 hours)
03/16/2016: 11:00–17:00 (6.00 hours)
03/18/2016: 03:00–07:00 (4.00 hours)
03/19/2016: 03:00–07:00 (4.00 hours)
Total Hours: 22.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/20/2016 – 03/26/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
03/20/2016: 03:00–07:00 (4.00 hours)
03/25/2016: 05:00–09:00 (4.00 hours)
03/26/2016: 05:00–09:00 (4.00 hours)
Total Hours: 12.00 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 03/27/2016 – 04/02/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
03/27/2016: 03:00–07:00 (4.00 hours)
03/28/2016: 11:15–17:00 (5.75 hours)
04/01/2016: 03:00–07:00 (4.00 hours)
04/02/2016: 03:00–07:00 (4.00 hours)
Total Hours: 17.75 hours
Conclusion: Officer Cockerham did not exceed the approved. limit).

**Week of: 04/03/2016 – 04/09/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
04/03/2016: 03:00–07:00 (4.00 hours)
04/08/2016: 03:00–07:00 (4.00 hours)
Total Hours: 8.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 04/10/2016 – 04/16/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
04/11/2016: 05:00–09:00 (4.00 hours)
04/15/2016: 03:00–07:00 (4.00 hours)
Total Hours: 8.00 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 04/17/2016 – 04/23/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
04/17/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
04/18/2016: 03:00–07:00 (4.00 hours)
04/22/2016: 03:00–07:00 (4.00 hours)
04/23/2016: 05:00–09:00 (4.00 hours)
Total Hours: 20.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 04/24/2016 – 04/30/2016**
**Approved Weekly Limit: 56 hours**
Hours Worked:
04/24/2016:
05:35–09:35 (4.00 hours)

19:00–23:00 (4.00 hours)
04/29/2016: 03:00–07:00 (4.00 hours)
04/30/2016:
03:00–07:00 (4.00 hours)
15:00–19:00 (4.00 hours)
19:00–23:00 (4.00 hours)
Total Hours: 24.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 05/01/2016 – 05/07/2016**
**Approved Weekly Limit: 36 hours**
Hours Worked:
05/01/2016: 03:00–07:00 (4.00 hours)
05/06/2016: 03:00–07:00 (4.00 hours)
Total Hours: 8.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 05/08/2016 – 05/14/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
05/08/2016: 05:00–09:00 (4.00 hours)
05/11/2016: 07:00–11:00 (4.00 hours)
05/12/2016: 16:00–23:00 (7.00 hours)
05/14/2016:03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
Total Hours: 23.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 05/15/2016 – 05/21/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
05/15/2016: 03:00–07:00 (4.00 hours)
05/17/2016: 15:30–24:00 (8.50 hours)
05/21/2016: 05:00–09:00 (9.00 hours)
Total Hours: 21.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 05/22/2016 – 05/28/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
05/23/2016: 11:00–15:00 (4.00 hours)
05/26/2016: 19:00–23:00 (4.00 hours), 23:00–03:00 (4.00 hours)
Total Hours: 12.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 05/29/2016 – 06/04/2016**
**Approved Weekly Limit: 40 hours**

Hours Worked:
06/02/2016: 23:00–03:00 (4.00 hours)
Total Hours: 4.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/05/2016 – 06/11/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
06/10/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
11:00–15:00 (4.00 hours)
Total Hours: 12.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/12/2016 – 06/18/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
06/17/2016: 11:00–15:00 (4.00 hours)
06/18/2016:
15:00–19:00 (4.00 hours)
19:00–23:00 (4.00 hours)
Total Hours: 12.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/19/2016 – 06/25/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
06/19/2016:
05:00–09:00 (4.00 hours)
09:00–13:00 (4.00 hours)
06/20/2016:
07:00–11:00 (4.00 hours)
11:00–15:00 (4.00 hours)
06/24/2016: 11:00–15:00 (4.00 hours)
06/25/2016: 03:00–07:00 (4.00 hours)
Total Hours: 24.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/26/2016 – 07/02/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
06/26/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
07/01/2016: 18:00–02:00 (8.00 hours)

07/02/2016: 18:00–01:45 (7.75 hours)
Total Hours: 23.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/03/2016 – 07/09/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
07/03/2016: 18:00–01:30 (7.50 hours)
07/04/2016: 05:00–09:00 (4.00 hours)
07/06/2016: 11:00–15:00 (4.00 hours)
Total Hours: 15.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/10/2016 – 07/16/2016**
**Approved Weekly Limit: 24 hours**
Hours Worked:
07/10/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
07/15/2016: 03:00–07:00 (4.00 hours)
Total Hours: 12.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/17/2016 – 07/30/2016**
**Approved Weekly Limit: 24 hours**
**Hours Worked:**
**07/17/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)**
**07/20/2016: 11:00–15:00 (4.00 hours)**
**07/22/2016: 07:00–11:00 (4.00 hours), 11:00–15:00 (4.00 hours)**
**07/24/2016: 23:00–03:00 (4.00 hours)**
**07/25/2016: 03:00–07:00 (4.00 hours)**
**07/30/2016: 05:00–09:00 (4.00 hours)**
**Total Hours: 32.00 hours**
**Conclusion: Officer Cockerham exceeded the approved limit.**

**Week of: 07/31/2016 – 08/06/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
07/31/2016: 06:30–14:30 (8.00 hours)
08/01/2016: 11:30–19:00 (7.50 hours)
08/03/2016: 07:00–11:00 (4.00 hours)
08/05/2016:
03:00–07:00 (4.00 hours)
11:00–15:00 (4.00 hours)
15:00–19:00 (4.00 hours)
Total Hours: 31.50 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/07/2016 – 08/13/2016**
**Approved Weekly Limit: 36 hours**
Hours Worked:
08/10/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
Total Hours: 8.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/14/2016 – 08/20/2016**
**Approved Weekly Limit: 32 hours**
Hours Worked:
08/18/2016: 03:00–07:00 (4.00 hours)
Total Hours: 4.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/21/2016 – 08/27/2016**
**Approved Weekly Limit: 36 hours**
Hours Worked:
08/25/2016:
03:00–07:00 (4.00 hours)
07:00–11:00 (4.00 hours)
11:00–15:00 (4.00 hours)
08/26/2016: 16:45–00:30 (7.75 hours)
08/27/2016: 11:00–15:00 (4.00 hours), 23:00–03:00 (4.00 hours, shift starts on 08/27)
Total Hours: 27.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/28/2016 – 09/03/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
08/28/2016: 11:00–15:00 (4.00 hours)
08/29/2016: 03:00–07:00 (4.00 hours)
09/01/2016: 04:30–12:30 (8.00 hours)
09/02/2016: 11:00–15:00 (4.00 hours), 15:00–19:00 (4.00 hours)
Total Hours: 24.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/04/2016 – 09/10/2016**
**Approved Weekly Limit: 44 hours**
Hours Worked:
09/04/2016: 23:00–03:00 (4.00 hours)
09/05/2016: 03:00–07:00 (4.00 hours)

09/09/2016: 05:00–07:00 (2.00 hours), 07:00–13:00 (6.00 hours)
09/10/2016: 16:00–23:00 (7.00 hours)
Total Hours: 23.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/11/2016 – 09/17/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
09/12/2016: 15:00–19:00 (4.00 hours), 19:00–23:00 (4.00 hours)
09/16/2016: 03:00–07:00 (4.00 hours), 11:00–15:00 (4.00 hours)
Total Hours: 16.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/18/2016 – 09/24/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
09/19/2016: 12:00–18:15 (6.25 hours)
09/21/2016:
19:00–23:00 (4.00 hours)
23:00–03:00 (4.00 hours; starts 09/21, ends 09/22)
09/23/2016:
03:00–07:00 (4.00 hours)
22:15–06:00 (7.75 hours; starts 09/23, ends 09/24)
09/24/2016: 17:30–17:40 (2.50 hours)
Total Hours: 28.50 hours
Conclusion: Officer Cockerham did not exceed the approved.

**Week of: 09/25/2016 – 10/01/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
09/25/2016:
03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
09/26/2016: 04:30–12:30 (8.00 hours)
09/28/2016: 19:00–23:00 (4.00 hours)
10/01/2016: 05:00–10:30 (5.50 hours)
Total Hours: 25.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/02/2016 – 10/08/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
10/02/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
10/03/2016: 11:00–15:00 (4.00 hours), 19:00–23:00 (4.00 hours)
10/04/2016: 12:00–17:00 (5.00 hours), 17:45–17:55 (2.50 hours)
10/05/2016:19:35–23:35 (4.00 hours)
Total Hours: 27.50 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/09/2016 – 10/15/2016**
**Approved Weekly Limit: 24 hours**
Hours Worked:
10/09/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
10/11/2016:
08:00–16:00 (8.00 hours)
10/12/2016:
07:00–11:00 (4.00 hours)
10/13/2016:
15:00–19:00 (4.00 hours)
Total Hours: 24.00 hours
Conclusion: Officer Cockerham did not exceeded the approved limit.

**Week of: 10/16/2016 – 10/22/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
10/17/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
10/22/2016: 05:00–09:00 (4.00 hours), 17:00–22:00 (5.00 hours)
Total Hours: 17.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 10/23/2016 – 10/29/2016**
**Approved Weekly Limit: 44 hours**
Hours Worked:
10/23/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
10/28/2016: 13:00–23:45 (10.75 hours)
Total Hours: 18.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/30/2016 – 11/05/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked: 10/31/2016: 03:00–07:00 (4.00 hours), 11:00–15:00 (4.00 hours)
11/02/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
11/04/2016: 12:00–20:00 (8.00 hours)
Total Hours: 24.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/06/2016 – 11/12/2016**
**Approved Weekly Limit: 32 hours**
Hours Worked:
11/06/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
11/12/2016: 19:00–23:00 (4.00 hours)23:00–03:00 (4.00 hours; starts 11/12, ends 11/13)

(Total for 11/12 = 8.00 hours)
Total Hours:16.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/13/2016 – 11/19/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:
11/13/2016: 04:30–11:15 (6.75 hours), 11:30–14:00 (2.50 hours)
11/14/2016: 12:00–19:30 (7.50 hours), 19:30–23:30 (4.00 hours)
23:30–03:30 (4.00 hours; starts on 11/14, ends on 11/15)
11/18/2016: 12:00–18:45 (6.75 hours)
Total Hours: 31.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/20/2016 – 11/26/2016**
**Approved Weekly Limit: 44 hours**
Hours Worked:
11/21/2016: 23:00–03:00 (4.00 hours; starts on 11/21, ends on 11/22)
11/22/2016: 03:00–07:00 (4.00 hours)
11/24/2016: 15:00–18:00 (2.50 hours)
11/25/2016: 08:00–15:15 (7.25 hours)
11/26/2016: 05:30–13:30 (8.00 hours)
Total Hours: 25.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/27/2016 – 12/03/2016**
**Approved Weekly Limit: 48 hours**
Hours Worked:

11/27/2016: 04:30–13:45 (9.25 hours)
11/29/2016: 12:00–19:00 (7.00 hours)
Total Hours:16.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/04/2016 – 12/10/2016**
**Approved Weekly Limit: 44 hours**
Hours Worked:
12/07/2016: 19:35–23:00 (3.42 hours)
23:00–03:35 (4.58 hours; starts 12/07, ends 12/08)
12/08/2016: 12:00–17:00 (5.00 hours)
12/09/2016: 11:00–00:30 (13.50 hours; starts 12/09, ends 12/10)
12/10/2016: 23:00–03:00 (4.00 hours; starts 12/10, ends 12/11)
Total Hours: 30.50 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/11/2016 – 12/17/2016**

**Approved Weekly Limit: 40 hours**
Hours Worked:
12/11/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
12/14/2016: 03:00–07:00 (4.00 hours)
12/16/2016: 22:00–24:00 (2.00 hours)
12/17/2016: 07:00–15:00 (8.00 hours)
Total Hours: 22.00 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/18/2016 – 12/24/2016**
**Approved Weekly Limit: 40 hours**
Hours Worked:
12/18/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
12/19/2016: 05:00–09:00 (4.00 hours)
12/20/2016: 03:00–07:00 (4.00 hours)
12/23/2016: 12:00–21:00 (9.00 hours)
12/24/2016: 04:30–19:15 (14.75 hours)
Total Hours: 39.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/25/2016 – 12/31/2016**
**Approved Weekly Limit: 36 hours**
Hours Worked:
12/25/2016: 03:00–07:00 (4.00 hours), 07:00–11:00 (4.00 hours)
12/26/2016: 12:00–20:00 (8.00 hours), 23:00–03:00 (4.00 hours; starts on 12/26, ends on 12/27)
12/27/2016: 03:00–07:00 (4.00 hours)
12/28/2016: 12:45–20:00 (7.20 hours)
Total Hours: 31.20 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

## ***Police Secondary Employment Limits Year 2017***

**Week of: 1/1/2017 – 1/7/2017**
**Approved Weekly Limit: 40 hours**
Hours Worked:
1/1/2017: 03:00–07:00 (4 hours)
1/1/2017: 07:00–11:00 (4 hours)
1/5/2017: 12:00–20:00 (8 hours)
Total Hours: 16 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 1/8/2017 – 1/14/2017**
**Approved Weekly Maximum Limit: 40 hours**
1/12/2017: 03:00–07:00 (4 hours)
1/13/2017: 03:00–07:00 (4 hours)
1/14/2017: 03:00–07:00 (4 hours)

Total Hours: 12 hours
Conclusion: Officer Cockerham worked 16.00 hours this week. He did not violate the limit.

**Week of: 1/15/2017 – 1/21/2017**
**Approved Weekly Limit: 40 hours**
Hours Worked:
1/15/2017: 03:00–07:00 (4 hours)
1/15/2017: 07:00–11:00 (4 hours)
1/16/2017 05:00-09:00 (4 hours)
1/19/2017 05:00-09:00 (4 hours)
1/20/2017 12:00-20:00 (8 hours)
Total Hours: 24 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 1/22/2017 – 1/28/2017**
**Approved Weekly Limit: 40 hours**
Hours Worked:
1/22/2017: 03:00–07:00 (4 hours)
1/22/2017: 07:00–11:00 (4 hours)
1/23/2017: 12:00–19:30 (7.5 hours)
1/25/2017: 12:00–19:00 (7 hours)
1/26/2017: 04:00–08:00 (4 hours)
1/28/2017: 03:00–07:00 (4 hours)
Total Hours: 30.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 1/29/2017 – 2/4/2017**
**Approved Weekly Limit: 32 hours**
Hours Worked:
1/29/2017: 03:00–07:00 (4 hours)
1/29/2017: 07:00–11:00 (4 hours)
2/2/2017: 05:00–09:00 (4 hours)
2/3/2017: 05:00–07:00 (2 hours)
2/3/2017: 07:00–11:00 (4 hours)
2/4/2017: 03:30–07:30 (4 hours)
2/4/2017: 23:00–03:00 (4 hours)
Total Hours: 30 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 2/5/2017 – 2/11/2017**
**Approved Weekly Limit: 40 hours**
Hours Worked:
2/5/2017: 03:00–07:00 (4 hours)
2/5/2017: 07:00–13:00 (6 hours)
2/11/2017: 03:00–07:00 (4 hours)
2/11/2017: 07:00–11:00 (4 hours)

Total Hours: 18 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 2/12/2017 – 2/18/2017**
**Approved Weekly Limit: 52 hours**
Hours Worked:
2/12/2017: 07:00–11:00 (4 hours)
2/14/2017: 00:00–06:00 (6 hours)
2/15/2017: 00:00–06:00 (6 hours)
2/16/2017: 07:00–11:00 (4 hours)
2/16/2017: 00:00–06:00 (6 hours)
2/17/2017: 05:00–09:00 (4 hours)
2/18/2017: 15:00–19:00 (4 hours)
Total Hours: 34 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 2/19/2017 – 2/25/2017**
**Approved Weekly Limit: 48 hours**
Hours Worked:
2/19/2017: 15:00–19:00 (4 hours)
2/20/2017: 15:00–19:00 (4 hours)
2/22/2017: 15:00–19:00 (4 hours)
Total Hours: 12 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 2/26/2017 – 3/4/2017**
**Approved Weekly Limit: 40 hours**
**Hours Worked:**
**2/26/2017: 15:00–19:00 (4 hours)**
**2/27/2017: 14:30–19:00 (4.5 hours)**
**2/28/2017: 07:00–11:00 (4 hours)**
**3/1/2017: 12:00–20:00 (8 hours)**
**3/2/2017: 05:30–12:30 (7 hours)**
**3/3/2017: 05:00–09:00 (4 hours)**
**3/3/2017: 13:45–21:45 (8 hours)**
**3/4/2017: 03:00–04:00 (1 hour)**
**Total Hours: 40.5 hours**
**Conclusion: Officer Cockerham exceed the approved limit.**

**Week of: 3/5/2017 – 3/11/2017**
**Approved Weekly Limit: 48 hours**
Hours Worked:
3/5/2017: 03:00–07:00 (4 hours)
3/5/2017: 07:00–11:00 (4 hours)
3/5/2017: 15:00–19:00 (4 hours)
3/9/2017: 07:00–20:00 (13 hours)

3/10/2017: 06:30–14:30 (8 hours)
3/11/2017: 03:00–07:00 (4 hours)
3/11/2017: 07:00–11:00 (4 hours)
Total Hours: 41 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 3/12/2017 – 3/18/2017**
**Approved Weekly Limit: 48 hours**
Hours Worked:
3/12/2017: 03:00–07:00 (4 hours)
3/12/2017: 07:00–11:00 (4 hours)
3/15/2017: 14:00–22:00 (8 hours)
3/17/2017: 12:00–22:15 (10.25 hours)
3/18/2017: 03:00–07:00 (4 hours)
3/18/2017: 07:00–11:00 (4 hours)
Total Hours: 34.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 3/19/2017 – 3/25/2017**
**Approved Weekly Limit: 44 hours**
Hours Worked:
3/19/2017: 02:00–06:00 (4 hours)
3/19/2017: 06:00–10:00 (4 hours)
3/19/2017: 10:00–18:00 (8 hours)
3/21/2017: 12:00–22:15 (10.25 hours)
3/25/2017: 05:00–09:00 (4 hours)
Total Hours: 30.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 3/26/2017 – 4/1/2017**
**Approved Weekly Limit: 48 hours**
Hours Worked:
3/26/2017: 03:00–07:00 (4 hours)
3/26/2017: 09:00–13:00 (4 hours)
3/29/2017: 18:00–24:00 (6 hours)
3/31/2017: 12:15–20:45 (8.5 hours)
Total Hours: 22.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 4/2/2017 – 4/8/2017**
**Approved Weekly Limit: 54 hours**
Hours Worked:
4/2/2017: 10:00–18:00 (8 hours)

4/3/2017: 05:00–07:00 (2 hours)
4/3/2017: 07:00–13:00 (6 hours)

4/4/2017: 12:00–20:00 (8 hours)
4/6/2017: 03:00–07:00 (4 hours)
4/7/2017: 03:00–07:00 (4 hours)
4/7/2017: 13:15–14:00 (0.75 hours)
4/8/2017: 05:00–09:00 (4 hours)
Total Hours: 36.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 4/9/2017 – 4/15/2017**
**Approved Weekly Limit: 44 hours**
Hours Worked:
4/9/2017: 00:00–04:00 (4 hours)
4/11/2017: 05:00 - 13:00 (8 hours)
4/13/2017: 07:00 - 11:00 (4 hours)
4/14/2017: 02:00 - 10:00 (8 hours)
Total Hours: 24 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 4/16/2017 – 4/22/2017**
**Approved Weekly Limit: 32 hours**
Hours Worked:
4/16/2017: 10:00–18:00 (8 hours)
4/19/2017: 03:00 - 09:00 (6 hours)
4/20/2017: 14:00–20:00 (6 hours)
4/22/2017: 12:00–20:00 (8 hours)
Total Hours: 28 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 4/23/2017 – 4/29/2017**
**Approved Weekly Limit: 54 hours**
Hours Worked:
4/23/2017: 03:00 - 07:00 (4 hours)
4/23/2017: 09:00 - 13:00 (4 hours)
4/25/2017: 18:00 - 24:00 (6 hours)
4/27/2017: 14:00–20:00 (6 hours)
4/29/2017: 12:00–20:00 (8 hours)
Total Hours: 28 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 4/30/2017 – 5/6/2017**
**Approved Weekly Limit: 54 hours**
Hours Worked:
4/30/2017: 12:00–18:00 (6 hours)

5/2/2017: 00:00 - 06:00 (6 hours)
5/4/2017: 05:00 - 13:00 (8 hours)
5/6/2017: 05:00 - 09:00 (4 hours)
5/6/2017: 13:00 - 17:00 (4 hours)
Total Hours: 28 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 5/7/2017 – 5/13/2017**
**Approved Weekly Limit: 44 hours**
Hours Worked:
5/7/2017: 06:00 - 10:00 (4 hours)
5/9/2017: 12:00–18:00 (6 hours)
5/11/2017: 14:00 - 20:00 (6 hours)
5/12/2017: 05:00 - 09:00 (4 hours)
Total Hours: 20 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 5/14/2017 – 5/20/2017**
**Approved Weekly Limit: 36 hours**
Hours Worked:
5/14/2017: 12:00–18:00 (6 hours)
5/16/2017: 00:00 - 06:00 (6 hours)
5/18/2017: 03:00 - 07:00 (4 hours)
5/20/2017: 03:00 - 09:00 (6 hours)
Total Hours: 22 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 05/21/2017 – 05/27/2017**
**Approved Weekly Limit: 44 hours**
Shifts Worked:
05/21/2017, 03:00–07:00: 4 hours
05/21/2017, 07:00–11:00: 4 hours
05/22/2017, 23:00–03:00: 4 hours
05/27/2017, 01:45–05:45: 4 hours
05/27/2017, 06:00–18:15: 12.25 hours
Total Hours Worked: 28.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 05/28/2017 – 06/03/2017**
**Approved Weekly Limit: 36 hours**
Shifts Worked:
05/28/2017, 02:00–06:00: 4 hours

05/28/2017, 15:00–19:00: 4 hours
05/28/2017, 06:15–14:00: 7.75 hours
06/02/2017, 23:00–03:00: 4 hours
06/03/2017, 03:00–07:00: 4 hours
Total Hours Worked: 23.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/04/2017 – 06/10/2017**
**Approved Weekly Limit: 44 hours**
Shifts Worked:
06/04/2017, 03:00–07:00: 4 hours
06/04/2017, 07:00–11:00: 4 hours
06/09/2017, 03:00–07:00: 4 hours
06/09/2017, 14:30–23:15: 8.75 hours
06/10/2017, 03:00–07:00: 4 hours
Total Hours Worked: 24.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/11/2017 – 06/17/2017**
**Approved Weekly Limit: 32 hours**
Shifts Worked:
06/16/2017, 03:00–07:00: 4 hours
06/17/2017, 05:00–09:00: 4 hours
Total Hours Worked: 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 06/18/2017 – 06/24/2017**
**Approved Weekly Limit: 24 hours**
Shifts Worked:
06/18/2017, 05:00–07:00: 2 hours
06/18/2017, 07:00–13:00: 6 hours
06/23/2017, 03:00–07:00: 4 hours
06/24/2017, 03:00–07:00: 4 hours
Total Hours Worked: 16 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 06/25/2017 – 07/01/2017**
**Approved Weekly Limit: 44 hours**
Shifts Worked:
06/30/2017, 06:30–16:00: 9.5 hours
07/01/2017, 06:30–16:15: 9.75 hours
Total Hours Worked: 19.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/02/2017 – 07/08/2017**
**Approved Weekly Limit: 44 hours**

Shifts Worked:
07/02/2017, 06:30–15:45: 9.25 hours
07/06/2017, 23:00–03:00: 4 hours
07/07/2017, 03:00–07:00: 4 hours
07/08/2017, 03:00–07:00: 4 hours
07/08/2017, 07:00–12:00: 5 hours
Total Hours Worked: 26.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/09/2017 – 07/15/2017**
**Approved Weekly Limit: 24 hours**
Shifts Worked:
07/13/2017, 23:30–03:00: 3.5 hours
07/13/2017, 15:00–23:30: 8.5 hours
07/14/2017, 03:30–07:30: 4 hours
Total Hours Worked: 16 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/16/2017 – 07/22/2017**
**Approved Weekly Limit: 24 hours**
Shifts Worked:
07/20/2017, 23:00–03:00: 4 hours
Total Hours Worked: 4 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 07/23/2017 – 07/29/2017**
**Approved Weekly Limit: 28 hours**
Shifts Worked:
07/27/2017, 23:00–03:00: 4 hours
07/28/2017, 03:00–07:00: 4 hours
07/29/2017, 05:00–09:00: 4 hours
Total Hours Worked: 12 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 07/30/2017 – 08/05/2017**
**Approved Weekly Limit: 36 hours**
Shifts Worked:
07/30/2017, 05:00–07:00: 2 hours
07/30/2017, 07:00–13:00: 6 hours
08/05/2017, 11:00–15:00: 4 hours
Total Hours Worked: 12 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 08/06/2017 – 08/12/2017**
**Approved Weekly Limit: 36 hours**
Shifts Worked:
08/06/2017, 11:00–15:00: 4 hours
08/06/2017, 15:15–22:45: 7.5 hours

08/09/2017, 23:00–03:00: 4 hours
08/09/2017, 15:00–23:00: 8 hours
08/10/2017, 03:00–07:00: 4 hours
08/12/2017, 03:00–07:00: 4 hours
Total Hours Worked: 31.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 08/13/2017 – 08/19/2017**
**Approved Weekly Limit: 24 hours**
Shifts Worked:
08/13/2017, 03:00–07:00: 4 hours
08/13/2017, 07:00–11:00: 4 hours
Total Hours Worked: 4 + 4 = 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/20/2017 – 08/26/2017**
**Approved Weekly Limit: 36 hours**
Shifts Worked:
08/22/2017, 03:00–07:00: 4 hours
08/22/2017, 07:00–11:00: 4 hours
08/22/2017, 11:00–15:00: 4 hours
08/23/2017, 23:00–03:00: 4 hours
08/26/2017, 04:45–21:00: 16.25 hours
Total Hours Worked: 32.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 08/27/2017 – 09/02/2017**
**Approved Weekly Limit: 40 hours**
Shifts Worked:
08/27/2017, 23:00–03:00: 4 hours
08/28/2017, 23:00–03:00: 4 hours
08/31/2017, 04:45–20:30: 15.75 hours
09/02/2017, 04:45–13:00: 8.25 hours
Total Hours Worked: 32 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 09/03/2017 – 09/09/2017**
**Approved Weekly Limit: 42 hours**
Shifts Worked:
09/06/2017, 03:00–07:00: 4 hours
09/08/2017, 23:00–03:00: 4 hours
09/09/2017, 07:00–11:00: 4 hours
09/09/2017, 11:00–15:00: 4 hours
Total Hours Worked: 16 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 09/10/2017 – 09/16/2017**
**Approved Weekly Limit: 32 hours**
Shifts Worked:
09/15/2017, 00:00–12:30: 12.5 hours
Total Hours Worked: 12.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 09/17/2017 – 09/23/2017**
**Approved Weekly Limit: 40 hours**
Shifts Worked:
09/17/2017, 05:15–16:00: 10.75 hours
09/22/2017, 03:00–07:00: 4 hours
09/23/2017, 05:00–07:00: 2 hours
09/23/2017, 07:00–13:00: 6 hours
Total Hours Worked: 22.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 09/24/2017 – 09/30/2017**
**Approved Weekly Limit: 30 hours**
Shifts Worked:
09/24/2017, 05:00–07:00: 2 hours
09/24/2017, 07:00–13:00: 6 hours
09/29/2017, 03:00–07:00: 4 hours
09/30/2017, 03:00–07:00: 4 hours
09/30/2017, 08:00–13:30: 5.5 hours
Total Hours Worked: 21.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 10/01/2017 – 10/07/2017**
**Approved Weekly Limit: 46 hours**
Shifts Worked:
10/03/2017, 12:00–20:00: 8 hours
10/07/2017, 03:00–07:00: 4 hours
Total Hours Worked: 12 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/08/2017 – 10/14/2017**
**Approved Weekly Limit: 40 hours**
Shifts Worked:
10/14/2017, 03:00–07:00: 4 hours
10/14/2017, 07:00–11:00: 4 hours
Total Hours Worked: 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 10/15/2017 – 10/21/2017**
**Approved Weekly Limit: 48 hours**
Shifts Worked:
10/16/2017, 23:00–03:00: 4 hours
10/17/2017, 03:00–07:00: 4 hours
10/21/2017, 15:00–24:00: 9 hours
Total Hours Worked: 17 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/22/2017 – 10/28/2017**
**Approved Weekly Limit: 52 hours**
Shifts Worked:
10/22/2017, 03:00–07:00: 4 hours
10/22/2017, 07:00–11:00: 4 hours
10/27/2017, 05:00–09:00: 4 hours
10/28/2017, 03:00–07:00: 4 hours
10/28/2017, 12:00–21:45: 9.75 hours
Total Hours Worked: 25.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 10/29/2017 – 11/04/2017**
**Approved Weekly Limit: 48 hours**
Shifts Worked:
10/29/2017, 04:30–16:00: 11.5 hours
10/30/2017, 23:00–03:00: 4 hours
11/04/2017, 03:00–07:00: 4 hours
11/04/2017, 07:00–12:00: 5 hours
Total Hours Worked: 24.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/05/2017 – 11/11/2017**
**Approved Weekly Limit: 40 hours**
Shifts Worked:
11/05/2017, 04:45–16:00: 11.25 hours
11/06/2017, 03:00–07:00: 4 hours
11/09/2017, 15:00–24:00: 9 hours
11/10/2017, 03:00–07:00: 4 hours
11/11/2017, 11:00–20:15: 9.25 hours
Total Hours Worked: 37.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.
**Week of: 11/12/2017 – 11/18/2017**
**Approved Weekly Limit: 44 hours**
Shifts Worked:
11/13/2017, 12:00–22:15: 10.25 hours
Total Hours Worked: 10.25 hours
Approved Weekly Limit: 44 hours

Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/19/2017 – 11/25/2017**
**Approved Weekly Limit: 48 hours**
Shifts Worked:
11/19/2017, 05:00–05:15: 0.25 hours
11/20/2017, 11:00–15:00: 4 hours
11/22/2017, 12:00–22:15: 10.25 hours
11/24/2017, 08:00–15:00: 7 hours
11/25/2017, 07:00–12:00: 5 hours
Total Hours Worked: 26.5 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 11/26/2017 – 12/02/2017**
**Approved Weekly Limit: 40 hours**
Shifts Worked:
11/26/2017, 05:15–07:00: 1.75 hours
11/26/2017, 07:00–11:00: 4 hours
11/29/2017, 13:00–22:00: 9 hours
Total Hours Worked: 14.75 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/03/2017 – 12/09/2017**
**Approved Weekly Limit: 52 hours**
Shifts Worked:
12/03/2017, 03:00–07:00: 4 hours
12/03/2017, 07:00–11:00: 4 hours
12/04/2017, 12:00–20:00: 8 hours
12/06/2017, 12:00–20:00: 8 hours
12/09/2017, 14:00–00:15: 10.25 hours
Total Hours Worked: 34.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/10/2017 – 12/16/2017**
**Approved Weekly Limit: 40 hours**
Shifts Worked:
12/10/2017, 11:00–21:30: 10.5 hours
12/13/2017, 12:00–20:15: 8.25 hours
12/15/2017, 16:30–23:00: 6.5 hours
Total Hours Worked: 25.25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week of: 12/17/2017 – 12/23/2017**
**Approved Weekly Limit: 42 hours**
Shifts Worked:
12/20/2017, 15:00–22:00: 7 hours

12/22/2017, 03:10–07:10: 4 hours
12/23/2017, 03:00–07:00: 4 hours
12/23/2017, 08:00–18:00: 10 hours
Total Hours Worked: 25 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

**Week: 12/24/2017 – 12/30/2017**
**Approved Weekly Limit: 44 hours**
Shifts Worked:
12/24/2017, 03:00–07:00: 4 hours
12/25/2017, 03:00–07:00: 4 hours
Total Hours Worked: 8 hours
Conclusion: Officer Cockerham did not exceed the approved limit.

Based on the review of Officer Cockerham's secondary employment hours and the applicable limits set forth by NOPD Policy 22.08 (Policy 1041), it appears that Officer Cockerham exceeded the approved weekly limits on multiple occasions in 2015, 2016, and 2017. Specifically, during the weeks of April 26–May 2, 2015; June 21–June 27, 2015; October 4–October 10, 2015; January 3-January 9, 2016; July 17–July 30, 2016; and February 26–March 4, 2017, Officer Cockerham's total hours worked surpass the respective weekly limits prescribed. Consequently, these instances constituted violations of the department's secondary employment guidelines.

Note: Sgt. Sam based her assessment of Officer Cockerham's hours on the weekly limits authorized by the Superintendent of Police, communicated via departmental email, and on a record of detail hours worked by Officer Cockerham, provided by the Office of Secondary Employment, which oversees the distribution of detail assignments. **(EXHIBIT G)**

Mr. Skip Gallagher alleged that Officer Cockerham violated the 16:00 rule and did not take the recommend break between work shifts mandated by NOPD policy. Mr. Skip Gallagher alleged that the violations occurred on multiple occasions in 2014, 2015, 2016, and 2017. Sergeant Sam reviewed the hours worked by Officer Cockerham during those years, including both regular duty and Secondary Employment shifts.

According to the New Orleans Police Department Operations Manual, Chapter 22.08 (Policy 1041, Effective 12/17/2013- 11/03/2018), titled "Police Secondary Employment," Paragraph 32 states that no member, including Reserve officers, shall work more than 16 hours within a 24-hour period. The 24-hour period begins the first time the member reports for either regular duty or police secondary employment, after his/her eight (8) hour minimum rest period. These hours are cumulative and include normal scheduled work hours, overtime, court time, off-duty police secondary employment, or outside employment.

Sergeant Sam reviewed Officer Cockerham hours worked which included normal scheduled work hours, overtime, court time, off-duty police secondary employment, or outside employment for the years 2014, 2015, 2016, and 2017.

Sergeant Sam's review of the hours worked by Officer Cockerham revealed the following:

On the following days according to the 16.35 Rule Calculator, Officer Cockerham exceeded the 16 hours limits and rest period rule on the following dates:

## ***16.00 Limit/ Rest Period Rule Year 2014***

1. 24-Hour Period: 02/5/2014 - 02/06/2014. Officer Cockerham worked 18 hours and 40 minutes.
2. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
3. 24-Hour Period: 03/27/2014 - 03/28/2014. Officer Cockerham worked 18 hours and 45 minutes.
4. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
5. 24-Hour Period: 04/9/2014 - 04/10/2014. Officer Cockerham worked 20 hours and 5 minutes.
6. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
7. 24-Hour Period: 4/10/2014 - 4/11/2014. Officer Cockerham worked 21 hours and 30 minutes.
8. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
9. 24-Hour Period: 4/16/2014 - 4/17/2014. Officer Cockerham worked 18 hours and 35 minutes.
10. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
11. 24-Hour Period: 4/21/2014 - 4/22/2014. Officer Cockerham worked 17 hours and 05 minutes
12. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
13. 24-Hour Period: 4/23/2014 - 4/24/2014. Officer Cockerham worked 17 hours and 35 minutes
14. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

15. 24-Hour Period: 4/24/2014 - 4/25/2014. Officer Cockerham worked 16 hours and 35 minutes
16. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
17. 24-Hour Period: 4/28/2014 - 4/29/2014. Officer Cockerham worked 23 hours and 35 minutes
18. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
19. 24-Hour Period: 4/29/2014 - 4/30/2014. Officer Cockerham worked 17 hours and 35 minutes
20. 24-Hour Period: 4/30/2014 - 5/01/2014. Officer Cockerham worked 16 hours and 40 minutes
21. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
22. 24-Hour Period: 5/14/2014 - 5/16/2014. Officer Cockerham worked 16 hours and 50 minutes
23. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
24. 24-Hour Period: 5/16/2014 - 5/17/2014. Officer Cockerham worked 16 hours and 35 minutes
25. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
26. 24-Hour Period: 5/17/2014 - 5/18/2014. Officer Cockerham worked 17 hours
27. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
28. 24-Hour Period: 5/27/2014 - 5/28/2014. Officer Cockerham worked 16 hours and 40 minutes
29. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
30. 24-Hour Period: 6/02/2014 - 6/03/2014. Officer Cockerham worked 20 hours and 35 minutes
31. 24-Hour Period: 6/18/2014 - 6/19/2014. Officer Cockerham worked 17 hours and 35 minutes
32. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
33. 24-Hour Period: 6/28/2014 – 6/29/2014. Officer Cockerham worked 17 hours and 10 minutes
34. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
35. 24-Hour Period: 6/29/2014 - 6/30/2014. Officer Cockerham worked 20 hours and 35 minutes

36. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
37. 24-Hour Period: 6/30/2014 - 7/01/2014. Officer Cockerham worked 17 hours and 05 minutes
38. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
39. 24-Hour Period: 7/01/2014 - 7/02/2014. Officer Cockerham worked 19 hours
40. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
41. 24-Hour Period: 7/08/2014 -7/09/2014. Officer Cockerham worked 17 hours and 10 minutes
42. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
43. 24-Hour Period: 7/11/2014 - 7/12/2014. Officer Cockerham worked 18 hours and 05 minutes
44. 24-Hour Period: 7/12/2014 - 7/13/2014. Officer Cockerham worked 16 hours and 35 minutes
45. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
46. 24-Hour Period: 7/13/2014 – 7/14/2014. Officer Cockerham worked 16 hours and 35 minutes
47. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
48. 24-Hour Period: 7/17/2014 - 7/18/2014. Officer Cockerham worked 16 hours and 25 minutes
49. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
50. 24-Hour Period: 7/21/2014 -7/22/2014. Officer Cockerham worked 16 hours and 35 minutes
51. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
52. 24-Hour Period: 7/23/2014 - 7/24/2014. Officer Cockerham worked 17 hours and 15 minutes
53. 24-Hour Period: 7/24/2014 - 7/25/2014. Officer Cockerham worked 17 hours and 15 minutes
54. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
55. 24-Hour Period: 7/28/2014 – 7/29/2014. Officer Cockerham worked 16 hours and 35 minutes
56. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

57. 24-Hour Period: 8/04/2014 - 8/05/2014. Officer Cockerham worked 16 hours and 45 minutes
58. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
59. 24-Hour Period: 8/06/2014 -8/07/2014. Officer Cockerham worked 21 hours and 35 minutes
60. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
61. 24-Hour Period: 8/17/2014 - 8/18/2014. Officer Cockerham worked 20 hours and 35 minutes
62. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
63. 24-Hour Period: 8/27/2014 - 8/28/2014. Officer Cockerham worked 20 hours and 30 minutes
64. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
65. 24-Hour Period: 9/11/2014 – 9/12/2014. Officer Cockerham worked 19 hours and 25 minutes
66. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
67. 24-Hour Period: 9/15/2014 - 9/16/2014. Officer Cockerham worked 17 hours and 10 minutes
68. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
69. 24-Hour Period: 9/17/2014 -9/18/2014. Officer Cockerham worked 16 hours and 45 minutes
70. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
71. 24-Hour Period: 9/20/2014 - 9/21/2014. Officer Cockerham worked 20 hours and 20 minutes
72. 24-Hour Period: 9/22/2014 - 9/23/2014. Officer Cockerham worked 16 hours and 35 minutes
73. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
74. 24-Hour Period: 9/25/2014 – 9/26/2014. Officer Cockerham worked 19 hours and 35 minutes
75. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
76. 24-Hour Period: 10/01/2014 – 10/02/2014. Officer Cockerham worked 17 hours and 35 minutes

77. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
78. 24-Hour Period: 10/03/2014 - 10/04/2014. Officer Cockerham worked 16 hours and 35 minutes
79. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
80. 24-Hour Period: 10/04/2014 -10/05/2014. Officer Cockerham worked 18 hours and 40 minutes
81. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
82. 24-Hour Period: 10/07/2014 - 10/08/2014. Officer Cockerham worked 21 hours and 10 minutes
83. 24-Hour Period: 10/09/2014 - 10/10/2014. Officer Cockerham worked 16 hours and 35 minutes
84. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
85. 24-Hour Period: 10/14/2014 – 10/15/2014. Officer Cockerham worked 19 hours and 35 minutes
86. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
87. 24-Hour Period: 10/21/2014 - 10/22/2014. Officer Cockerham worked 19 hours and 35 minutes
88. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
89. 24-Hour Period: 10/23/2014 -10/24/2014. Officer Cockerham worked 16 hours and 20 minutes
90. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
91. 24-Hour Period: 11/06/2014 - 11/07/2014. Officer Cockerham worked 17 hours and 10 minutes

92. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

93. 24-Hour Period: 11/07/2014 - 11/08/2014. Officer Cockerham worked 16 hours and 35 minutes

94. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

95. 24-Hour Period: 11/10/2014 – 11/11/2014. Officer Cockerham worked 16 hours and 25 minutes

96. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

97. 24-Hour Period: 11/11/2014 - 11/12/2014. Officer Cockerham worked 20 hours and 20 minutes

98. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

99. 24-Hour Period: 11/12/2014 – 11/13/2014. Officer Cockerham worked 18 hours and 20 minutes

100. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

101. 24-Hour Period: 11/14/2014 - 11/15/2014. Officer Cockerham worked 16 hours and 35 minutes

102. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

103. 24-Hour Period: 11/17/2014 -11/18/2014. Officer Cockerham worked 16 hours and 40 minutes

104. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

105. 24-Hour Period: 11/18/2014 - 11/19/2014. Officer Cockerham worked 17 hours and 50 minutes

106. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

107. 24-Hour Period: 11/24/2014 - 11/25/2014. Officer Cockerham worked 16 hours and 15 minutes

108. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

109. 24-Hour Period: 11/25/2014 – 11/26/2014. Officer Cockerham worked 18 hours and 35 minutes

110. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

111. 24-Hour Period: 11/27/2014 – 11/28/2014. Officer Cockerham worked 16 hours and 35 minutes

112. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

113. 24-Hour Period: 11/28/2014 - 11/29/2014. Officer Cockerham worked 20 hours and 05 minutes

114. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

115. 24-Hour Period: 12/02/2014 -12/03/2014. Officer Cockerham worked 22 hours and 14 minutes

116. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

117. 24-Hour Period: 12/03/2014 - 12/04/2014. Officer Cockerham worked 18 hours and 40 minutes

118. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

119. 24-Hour Period: 12/04/2014 - 12/05/2014. Officer Cockerham worked 16 hours and 20 minutes

120. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

121. 24-Hour Period: 12/08/2014 – 12/09/2014. Officer Cockerham worked 17 hours and 35 minutes

122. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

123. 24-Hour Period: 12/09/2014 -12/10/2014. Officer Cockerham worked 22 hours and 20 minutes

124. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

125. 24-Hour Period: 12/10/2014 - 12/11/2014. Officer Cockerham worked 16 hours and 45 minutes

126. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

127. 24-Hour Period: 12/12/2014 - 12/13/2014. Officer Cockerham worked 19 hours and 20 minutes

128. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

129. 24-Hour Period: 12/15/2014 – 12/16/2014. Officer Cockerham worked 16 hours and 35 minutes

130. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

131. 24-Hour Period: 12/16/2014 -12/17/2014. Officer Cockerham worked 22 hours and 35 minutes

132. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

133. 24-Hour Period: 12/17/2014 - 12/18/2014. Officer Cockerham worked 16 hours and 30

134. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

135. 24-Hour Period: 12/18/2014 - 12/19/2014. Officer Cockerham worked 18 hours

136. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

137. 24-Hour Period: 12/20/2014 – 12/21/2014. Officer Cockerham worked 17 hours

138. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

139. 24-Hour Period: 12/21/2014 - 12/22/2014. Officer Cockerham worked 16 hours and 35 minutes
140. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
141. 24-Hour Period: 12/23/2014 - 12/24/2014. Officer Cockerham worked 20 hours
142. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
143. 24-Hour Period: 12/26/2014 – 12/27/2014. Officer Cockerham worked 16 hours and 35 minutes
144. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
145. 24-Hour Period: 12/31/2014 -1/01/2015. Officer Cockerham worked 16 hours and 35 minutes
146. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

## ***16.00 Limit/ Rest Period Rule Year 2015***

1. 24-Hour Period: 01/2/2015 - 01/03/2015. Officer Cockerham worked 18 hours and 32 minutes.
2. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
3. 24-Hour Period: 01/5/2015 - 01/06/2015. Officer Cockerham worked 17 hours and 20 minutes.
4. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
5. 24-Hour Period: 01/6/2015 - 01/7/2015. Officer Cockerham worked 16 hours and 55 minutes.
6. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
7. 24-Hour Period: 01/9/2015 - 01/10/2015. Officer Cockerham worked 21 hours and 35 minutes.

8. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
9. 24-Hour Period: 01/12/2015 - 01/13/2015. Officer Cockerham worked 17 hours and 55 minutes.
10. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
11. 24-Hour Period: 01/16/2015 - 01/17/2015. Officer Cockerham worked 21 hours and 05 minutes
12. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
13. 24-Hour Period: 01/19/2015 - 01/21/2015. Officer Cockerham worked 17 hours and 35 minutes
14. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
15. 24-Hour Period: 01/28/2015 - 01/29/2015. Officer Cockerham worked 18 hours
16. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
17. 24-Hour Period: 2/4/2015 - 2/05/2015. Officer Cockerham worked 17 hours and 20 minutes
18. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
19. 24-Hour Period: 2/14/2015 - 2/15/2015. Officer Cockerham worked 18 hours and 35 minutes
20. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

21. 24-Hour Period: 2/16/2015 - 2/17/2015. Officer Cockerham worked 18 hours
22. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
23. 24-Hour Period: 2/17/2015 - 2/18/2015. Officer Cockerham worked 19 hours and 35 minutes
24. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
25. 24-Hour Period: 2/21/2015 - 2/22/2015. Officer Cockerham worked 18 hours and 35 minutes
26. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
27. 24-Hour Period: 2/22/2015 - 2/23/2015. Officer Cockerham worked 19 hours and 10 minutes
28. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
29. 24-Hour Period: 2/24/2015 - 2/25/2015. Officer Cockerham worked 22 hours and 35 minutes
30. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
31. 24-Hour Period: 2/25/2015 - 2/26/2015. Officer Cockerham worked 20 hours
32. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
33. 24-Hour Period: 2/28/2015 - 2/29/2015. Officer Cockerham worked 17 hours and 35 minutes
34. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
35. 24-Hour Period: 3/02/2015 - 3/3/2015. Officer Cockerham worked 17 hours and 10 minutes

36. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
37. 24-Hour Period: 3/3/2015 - 3/4/2015. Officer Cockerham worked 19 hours and 45 minutes
38. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
39. 24-Hour Period: 3/4/2015 - 3/5/2015. Officer Cockerham worked 17 hours and 35 minutes
40. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
41. 24-Hour Period: 3/9/2015 - 3/10/2015. Officer Cockerham worked 18 hours
42. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
43. 24-Hour Period: 3/10/2015 - 3/11/2015. Officer Cockerham worked 19 hours and 15 minutes
44. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
45. 24-Hour Period: 3/17/2015 - 3/18/2015. Officer Cockerham worked 17 hours and 35 minutes
46. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
47. 24-Hour Period: 3/22/2015 - 3/23/2015. Officer Cockerham worked 20 hours and 35 minutes
48. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
49. 24-Hour Period: 4/6/2015 - 4/7/2015. Officer Cockerham worked 20 hours and 35 minutes
50. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

51. 24-Hour Period: 4/7/2015 - 4/8/2015. Officer Cockerham worked 22hours and 35 minutes
52. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
53. 24-Hour Period: 4/8/2015 - 4/9/2015. Officer Cockerham worked 16 hours and 35 minutes
54. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
55. 24-Hour Period: 4/9/2015 - 4/10/2015. Officer Cockerham worked 16 hours and 35 minutes
56. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
57. 24-Hour Period: 4/10/2015 - 4/11/2015. Officer Cockerham worked 22 hours and 35 minutes
58. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
59. 24-Hour Period: 4/12/2015 - 4/13/2015. Officer Cockerham worked 22 hours and 35 minutes
60. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
61. 24-Hour Period: 4/13/2015 - 4/14/2015. Officer Cockerham worked 16 hours and 35 minutes
62. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
63. 24-Hour Period: 4/14/2015 - 4/15/2015. Officer Cockerham worked 16 hours and 35
64. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
65. 24-Hour Period: 4/21/2015 - 4/22/2015. Officer Cockerham worked 16 hours and 35 minutes

66. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
67. 24-Hour Period: 4/23/2015 - 4/24/2015. Officer Cockerham worked 21 hours and 05 minutes
68. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
69. 24-Hour Period: 4/23/2015 - 4/24/2015. Officer Cockerham worked 20 hours and 35 minutes
70. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
71. 24-Hour Period: 4/24/2015 - 4/25/2015. Officer Cockerham worked 18 hours
72. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
73. 24-Hour Period: 4/26/2015 - 4/27/2015. Officer Cockerham worked 19 hours and 05 minutes
74. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
75. 24-Hour Period: 4/27/2015 - 4/28/2015. Officer Cockerham worked 23 hours and 35 minutes
76. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
77. 24-Hour Period: 4/28/2015 - 4/29/2015. Officer Cockerham worked 17 hours and 35 minutes
78. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
79. 24-Hour Period: 5/3/2015 - 5/4/2015. Officer Cockerham worked 18 hours and 35 minutes.
80. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

81. 24-Hour Period: 5/5/2015 - 5/6/2015. Officer Cockerham worked 17 hours and 35 minutes.

82. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

83. 24-Hour Period: 5/9/2015 - 5/10/2015. Officer Cockerham worked 16 hours and 25 minutes.

84. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

85. 24-Hour Period: 5/10/2015 - 5/11/2015. Officer Cockerham worked 16 hours and 35 minutes.

86. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

87. 24-Hour Period: 5/12/2015 - 5/13/2015. Officer Cockerham worked 16 hours and 35 minutes.

88. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

89. 24-Hour Period: 5/13/2015 - 5/14/2015. Officer Cockerham worked 17 hours and 35 minutes.

90. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

91. 24-Hour Period: 5/16/2015 - 5/17/2015. Officer Cockerham worked 19 hours and 30 minutes.

92. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

93. 24-Hour Period: 5/25/2015 - 5/26/2015. Officer Cockerham worked 22 hours and 35 minutes.

94. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

95. 24-Hour Period: 5/27/2015 - 5/28/2015. Officer Cockerham worked 18 hours and 35 minutes.

96. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

97. 24-Hour Period: 6/2/2015 - 6/3/2015. Officer Cockerham worked 20 hours and 35 minutes.

98. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

99. 24-Hour Period: 6/3/2015 - 6/4/2015. Officer Cockerham worked 16 hours and 10 minutes.

100. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

101. 24-Hour Period: 6/6/2015 - 6/7/2015. Officer Cockerham worked 19 hours and 35 minutes.

102. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

103. 24-Hour Period: 6/7/2015 - 6/8/2015. Officer Cockerham worked 19 hours and 05 minutes.

104. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

105. 24-Hour Period: 6/3/2015 - 6/4/2015. Officer Cockerham worked 16 hours and 10 minutes.

106. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

107. 24-Hour Period: 6/6/2015 - 6/7/2015. Officer Cockerham worked 19 hours and 35 minutes.

108. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

109. 24-Hour Period: 6/8/2015 - 6/9/2015. Officer Cockerham worked 19 hours

110. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

111. 24-Hour Period: 6/6/2015 - 6/7/2015. Officer Cockerham worked 19 hours and 35 minutes.

112. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

113. 24-Hour Period: 6/13/2015 - 6/14/2015. Officer Cockerham worked 23 hours and 35 minutes.

114. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

115. 24-Hour Period: 6/14/2015 - 6/15/2015. Officer Cockerham worked 19 hours and 15 minutes.

116. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

117. 24-Hour Period: 6/15/2015 - 6/16/2015. Officer Cockerham worked 17 hours and 10 minutes.

118. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

119. 24-Hour Period: 6/18/2015 - 6/19/2015. Officer Cockerham worked 21 hours and 10 minutes.

120. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

121. 24-Hour Period: 6/22/2015 - 6/23/2015. Officer Cockerham worked 18 hours and 35 minutes.

122. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

123. 24-Hour Period: 6/24/2015 - 6/25/2015. Officer Cockerham worked 18 hours and 35 minutes.

124. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

125. 24-Hour Period: 6/25/2015 - 6/26/2015. Officer Cockerham worked 17 hours and 5 minutes.

126. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

127. 24-Hour Period: 6/26/2015 - 6/27/2015. Officer Cockerham worked 16 hours and 30 minutes.

128. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

129. 24-Hour Period: 6/27/2015 - 6/28/2015. Officer Cockerham worked 20 hours and 35 minutes.

130. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

131. 24-Hour Period: 6/29/2015 - 6/30/2015. Officer Cockerham worked 16 hours and 10 minutes.

132. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

133. 24-Hour Period: 7/5/2015 - 7/6/2015. Officer Cockerham worked 20 hours and 35 minutes.

134. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

135. 24-Hour Period: 7/7/2015 - 7/8/2015. Officer Cockerham worked 19 hours and 35 minutes.

136. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

137. 24-Hour Period: 7/12/2015 - 7/13/2015. Officer Cockerham worked 16 hours and 35 minutes.

138. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

139. 24-Hour Period: 7/13/2015 - 7/14/2015. Officer Cockerham worked 17 hours

140. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

141. 24-Hour Period: 7/14/2015 - 7/15/2015. Officer Cockerham worked 20 hours

142. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

143. 24-Hour Period: 7/15/2015 - 7/16/2015. Officer Cockerham worked 16 hours and 35 minutes.

144. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

145. 24-Hour Period: 7/19/2015 - 7/20/2015. Officer Cockerham worked 18 hours and 15 minutes.

146. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

147. 24-Hour Period: 7/24/2015 - 7/25/2015. Officer Cockerham worked 20 hours and 05 minutes.

148. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

149. 24-Hour Period: 7/26/2015 - 7/27/2015. Officer Cockerham worked 19 hours minutes.

150. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

151. 24-Hour Period: 7/27/2015 - 7/28/2015. Officer Cockerham worked 20 hours and 35 minutes.

152. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

153. 24-Hour Period: 7/28/2015 - 7/29/2015. Officer Cockerham worked 17 hours and 35 minutes.

154. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

155. 24-Hour Period: 7/29/2015 - 7/20/2015. Officer Cockerham worked 16 hours and 10 minutes.

156. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

157. 24-Hour Period: 8/2/2015 - 8/3/2015. Officer Cockerham worked 20 hours and 35 minutes.

158. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

159. 24-Hour Period: 8/4/2015 - 8/5/2015. Officer Cockerham worked 16 hours and 35 minutes.

160. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

161. 24-Hour Period: 8/5/2015 - 8/6/2015. Officer Cockerham worked 16 hours and 35 minutes.

162. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

163. 24-Hour Period: 8/8/2015 - 8/9/2015. Officer Cockerham worked 19 hours and 35 minutes.

164. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

165. 24-Hour Period: 8/11/2015 - 8/12/2015. Officer Cockerham worked 16 hours and 35 minutes.

166. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

167. 24-Hour Period: 8/19/2015 - 8/19/2015. Officer Cockerham worked 18 hours and 45 minutes.

168. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

169. 24-Hour Period: 8/20/2015 - 8/21/2015. Officer Cockerham worked 16 hours and 45 minutes.

170. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

171. 24-Hour Period: 8/31/2015 - 9/1/2015. Officer Cockerham worked 19 hours and 10 minutes.

172. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

173. 24-Hour Period: 9/2/2015 - 9/3/2015. Officer Cockerham worked 16 hours and 35 minutes.

174. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

175. 24-Hour Period: 9/7/2015 - 9/8/2015. Officer Cockerham worked 17 hours and 10 minutes.

176. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

177. 24-Hour Period: 9/8/2015 - 9/9/2015. Officer Cockerham worked 16 hours and 35 minutes.

178. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

179. 24-Hour Period: 9/9/2015 - 9/10/2015. Officer Cockerham worked 17 hours and 5 minutes.

180. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

181. 24-Hour Period: 9/15/2015 - 9/16/2015. Officer Cockerham worked 18 hours

182. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

183. 24-Hour Period: 9/16/2015 - 9/17/2015. Officer Cockerham worked 17 hours and 55 minutes.

184. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

185. 24-Hour Period: 9/19/2015 - 9/20/2015. Officer Cockerham worked 17 hours and 35 minutes.

186. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

187. 24-Hour Period: 9/20/2015 - 9/21/2015. Officer Cockerham worked 16 hours and 35 minutes.

188. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

189. 24-Hour Period: 9/23/2015 - 9/24/2015. Officer Cockerham worked 16 hours and 40 minutes.

190. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

191. 24-Hour Period: 9/26/2015 - 9/27/2015. Officer Cockerham worked 18 hours and 10 minutes.

192. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

193. 24-Hour Period: 9/28/2015 - 9/29/2015. Officer Cockerham worked 17 hours and 5 minutes.

194. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

195. 24-Hour Period: 10/5/2015 - 10/6/2015. Officer Cockerham worked 18 hours and 35 minutes.

196. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

197. 24-Hour Period: 10/9/2015 - 10/10/2015. Officer Cockerham worked 17 hours and 35 minutes.

198. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

199. 24-Hour Period: 10/12/2015 - 10/13/2015. Officer Cockerham worked 19 hours and 5 minutes.

200. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

201. 24-Hour Period: 10/25/2015 - 10/26/2015. Officer Cockerham worked 21 hours and 35 minutes.

202. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

203. 24-Hour Period: 10/27/2015 - 10/28/2015. Officer Cockerham worked 16 hours and 35 minutes.

204. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

205. 24-Hour Period: 10/31/2015 - 11/1/2015. Officer Cockerham worked 19 hours and 30 minutes.

206. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

207. 24-Hour Period: 11/6/2015 - 11/7/2015. Officer Cockerham worked 18 hours and 35 minutes.

208. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

209. 24-Hour Period: 11/7/2015 - 11/8/2015. Officer Cockerham worked 16 hours and 35 minutes.

210. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

211. 24-Hour Period: 11/8/2015 - 11/9/2015. Officer Cockerham worked 19 hours

212. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

213. 24-Hour Period: 11/9/2015 - 11/10/2015. Officer Cockerham worked 22 hours

214. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

215. 24-Hour Period: 11/11/2015 - 11/12/2015. Officer Cockerham worked 18 hours and 35 minutes.

216. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

217. 24-Hour Period: 11/12/2015 - 11/13/2015. Officer Cockerham worked 17 hours and 35 minutes.

218. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

219. 24-Hour Period: 11/16/2015 - 11/17/2015. Officer Cockerham worked 21 hours

220. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

221. 24-Hour Period: 11/17/2015 - 11/18/2015. Officer Cockerham worked 17 hours and 10 minutes.

222. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

223. 24-Hour Period: 11/18/2015 - 11/19/2015. Officer Cockerham worked 18 hours

224. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

225. 24-Hour Period: 11/19/2015 - 11/20/2015. Officer Cockerham worked 20 hours

226. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

227. 24-Hour Period: 11/20/2015 - 11/21/2015. Officer Cockerham worked 16 hours and 35 minutes.

228. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

229. 24-Hour Period: 11/22/2015 - 11/23/2015. Officer Cockerham worked 20 hours

230. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

231. 24-Hour Period: 11/23/2015 - 11/24/2015. Officer Cockerham worked 17 hours and 35 minutes.

232. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

233. 24-Hour Period: 11/26/2015 - 11/27/2015. Officer Cockerham worked 21 hours

234. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

235. 24-Hour Period: 11/28/2015 - 11/29/2015. Officer Cockerham worked 19 hours

236. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

237. 24-Hour Period: 11/30/2015 - 12/1/2015. Officer Cockerham worked 18 hours and 35 minutes.

238. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

239. 24-Hour Period: 12/2/2015 - 12/3/2015. Officer Cockerham worked 19 hours and 35 minutes.

240. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

241. 24-Hour Period: 12/6/2015 - 12/7/2015. Officer Cockerham worked 17 hours

242. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

243. 24-Hour Period: 12/7/2015 - 12/8/2015. Officer Cockerham worked 16 hours and 35 minutes.

244. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

245. 24-Hour Period: 12/8/2015 - 12/9/2015. Officer Cockerham worked 16 hours and 35 minutes.

246. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

247. 24-Hour Period: 12/10/2015 - 12/11/2015. Officer Cockerham worked 18 hours and 35 minutes.

248. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

249. 24-Hour Period: 12/11/2015 - 12/12/2015. Officer Cockerham worked 16 hours and 5 minutes.

250. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

251. 24-Hour Period: 12/15/2015 - 12/16/2015. Officer Cockerham worked 16 hours and 35 minutes.

252. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

253. 24-Hour Period: 12/17/2015 - 12/18/2015. Officer Cockerham worked 16 hours and 35 minutes.

254. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

255. 24-Hour Period: 12/20/2015 - 12/21/2015. Officer Cockerham worked 16 hours and 5 minutes.

256. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

257. 24-Hour Period: 12/21/2015 - 12/22/2015. Officer Cockerham worked 16 hours and 35 minutes.

258. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

259. 24-Hour Period: 12/22/2015 - 12/23/2015. Officer Cockerham worked 20 hours

260. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

261. 24-Hour Period: 12/23/2015 - 12/24/2015. Officer Cockerham worked 19 hours

262. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

***16.00 Limit/ Rest Period Rule Year 2016***

1. 24-Hour Period: 01/01/2016 - 01/02/2016. Officer Cockerham worked 17 hours and 50 minutes.
2. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
3. 24-Hour Period: 01/02/2016 - 01/03/2016. Officer Cockerham worked 17 hours and 5 minutes.
4. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
5. 24-Hour Period: 01/03/2016 - 01/04/2016. Officer Cockerham worked 17 hours.
6. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
7. 24-Hour Period: 01/04/2016 - 01/05/2016. Officer Cockerham worked 18 hours.
8. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
9. 24-Hour Period: 01/05/2016 - 01/06/2016. Officer Cockerham worked 23 hours and 5 minutes.
10. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
11. 24-Hour Period: 01/06/2016 - 01/07/2016. Officer Cockerham worked 17 hours and 35 minutes.
12. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
13. 24-Hour Period: 01/12/2016 - 01/13/2016. Officer Cockerham worked 16 hours and 35 minutes.
14. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
15. 24-Hour Period: 01/13/2016 - 01/14/2016. Officer Cockerham worked 20 hours and 35 minutes.
16. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

17. 24-Hour Period: 01/14/2016 - 01/15/2016. Officer Cockerham worked 17 hours and 35 minutes.
18. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
19. 24-Hour Period: 01/15/2016 - 01/16/2016. Officer Cockerham worked 18 hours and 30 minutes.
20. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
21. 24-Hour Period: 01/17/2016 - 01/18/2016. Officer Cockerham worked 17 hours and 5 minutes.
22. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
23. 24-Hour Period: 01/18/2016 - 01/19/2016. Officer Cockerham worked 20 hours.
24. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
25. 24-Hour Period: 01/19/2016 - 01/20/2016. Officer Cockerham worked 16 hours and 35 minutes.
26. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
27. 24-Hour Period: 02/02/2016 - 02/03/2016. Officer Cockerham worked 18 hours.
28. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
29. 24-Hour Period: 02/04/2016 - 02/05/2016. Officer Cockerham worked 20 hours.
30. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
31. 24-Hour Period: 02/09/2016 - 02/10/2016. Officer Cockerham worked 24 hours.
32. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
33. 24-Hour Period: 02/13/2016 - 02/14/2016. Officer Cockerham worked 17 hours and 35 minutes.

34. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
35. 24-Hour Period: 02/15/2016 - 02/16/2016. Officer Cockerham worked 16 hours and 35 minutes.
36. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
37. 24-Hour Period: 02/16/2016 - 02/17/2016. Officer Cockerham 17 hours and 35 minutes.
38. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
39. 24-Hour Period: 02/18/2016 - 02/19/2016. Officer Cockerham worked 16 hours and 35 minutes.
40. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
41. 24-Hour Period: 02/23/2016 - 02/24/2016. Officer Cockerham worked 20 hours and 40 minutes.
42. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
43. 24-Hour Period: 02/26/2016 - 02/27/2016. Officer Cockerham worked 18 hours and 35 minutes.
44. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
45. 24-Hour Period: 02/27/2016 - 02/28/2016. Officer Cockerham 19 hours and 35 minutes.
46. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
47. 24-Hour Period: 02/29/2016 - 03/01/2016. Officer Cockerham worked 18 hours and 35 minutes.
48. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
49. 24-Hour Period: 03/03/2016 - 03/04/2016. Officer Cockerham worked 20 hours and 35 minutes.

50. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
51. 24-Hour Period: 03/09/2016 - 03/10/2016. Officer Cockerham worked 21 hours and
52. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
53. 24-Hour Period: 03/10/2016 - 03/11/2016. Officer Cockerham worked 17 hours.
54. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
55. 24-Hour Period: 03/11/2016 - 03/12/2016. Officer Cockerham worked 19 hours.
56. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
57. 24-Hour Period: 03/14/2016 - 03/15/2016. Officer Cockerham worked 22 hours.
58. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
59. 24-Hour Period: 03/16/2016 - 03/17/2016. Officer Cockerham worked 22 hours and 35 minutes.
60. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
61. 24-Hour Period: 03/22/2016 - 03/23/2016. Officer Cockerham worked 16 hours and 35 minutes.
62. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
63. 24-Hour Period: 03/25/2016 - 03/26/2016. Officer Cockerham worked 22 hours and 35 minutes.
64. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
65. 24-Hour Period: 03/28/2016 - 03/29/2016. Officer Cockerham worked 18 hours and 35 minutes.
66. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
67. 24-Hour Period: 03/29/2016 - 03/30/2016. Officer Cockerham worked 16 hours and 35 minutes.

68. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
69. 24-Hour Period: 04/05/2016 - 04/06/2016. Officer Cockerham worked 16 hours and 35 minutes.
70. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
71. 24-Hour Period: 04/07/2016 - 04/08/2016. Officer Cockerham worked 16 hours and 35 minutes.
72. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
73. 24-Hour Period: 04/09/2016 - 04/10/2016. Officer Cockerham worked 18 hours and 35 minutes.
74. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
75. 24-Hour Period: 04/10/2016 - 04/10/2016. Officer Cockerham worked 19 hours and 10 minutes.
76. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
77. 24-Hour Period: 04/12/2016 - 04/13/2016. Officer Cockerham worked 19 hours.
78. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
79. 24-Hour Period: 04/14/2016 - 04/15/2016. Officer Cockerham worked 16 hours and 35 minutes.
80. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
81. 24-Hour Period: 04/17/2016 - 04/18/2016. Officer Cockerham worked 16 hours and 45 minutes.
82. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
83. 24-Hour Period: 04/21/2016 - 04/22/2016. Officer Cockerham worked 21 hours and 10 minutes.

84. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
85. 24-Hour Period: 04/24/2016 - 04/25/2016. Officer Cockerham worked 19 hours and 40 minutes.
86. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
87. 24-Hour Period: 04/26/2016 - 04/27/2016. Officer Cockerham worked 16 hours and 10 minutes.
88. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
89. 24-Hour Period: 04/28/2016 - 04/29/2016. Officer Cockerham worked 16 hours and 35 minutes.
90. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
91. 24-Hour Period: 05/03/2016 - 05/04/2016. Officer Cockerham worked 16 hours and 35 minutes.
92. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
93. 24-Hour Period: 05/04/2016 - 05/05/2016. Officer Cockerham worked 18 hours.
94. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
95. 24-Hour Period: 05/05/2016 - 05/06/2016. Officer Cockerham worked 16 hours and 35 minutes.
96. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
97. 24-Hour Period: 05/08/2016 - 05/09/2016. Officer Cockerham worked 16 hours and 10 minutes.
98. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
99. 24-Hour Period: 05/10/2016 - 05/11/2016. Officer Cockerham worked 16 hours and 40 minutes.

100. 24-Hour Period: 05/17/2016 - 05/18/2016. Officer Cockerham worked 16 hours and 30 minutes.

101. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

102. 24-Hour Period: 05/20/2016 - 05/21/2016. Officer Cockerham worked 17 hours and 35 minutes.

103. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

104. 24-Hour Period: 05/21/2016 - 05/22/2016. Officer Cockerham worked 16 hours and 35 minutes.

105. 24-Hour Period: 05/23/2016 - 05/24/2016. Officer Cockerham worked 16 hours and 10 minutes.

106. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

107. 24-Hour Period: 06/03/2016 - 06/04/2016. Officer Cockerham worked 18 hours.

108. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

109. 24-Hour Period: 06/06/2016 - 06/07/2016. Officer Cockerham worked 16 hours and 35 minutes.

110. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

111. 24-Hour Period: 06/08/2016 - 06/9/2016. Officer Cockerham worked 17 hours and 20 minutes.

112. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

113. 24-Hour Period: 06/09/2016 - 06/10/2016. Officer Cockerham worked 16 hours and 35 minutes.

114. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

115. 24-Hour Period: 06/13/2016 - 06/14/2016. Officer Cockerham worked 19 hours and 35 minutes.

116. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

117. 24-Hour Period: 06/15/2016 - 06/16/2016. Officer Cockerham worked 18 hours.

118. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

119. 24-Hour Period: 06/16/2016 - 06/17/2016. Officer Cockerham worked 17 hours and 10 minutes.

120. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

121. 24-Hour Period: 06/17/2016 - 06/18/2016. Officer Cockerham worked 18 hours and 20 minutes.

122. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

123. 24-Hour Period: 06/18/2016 - 06/19/2016. Officer Cockerham worked 16 hours and 35 minutes.

124. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

125. 24-Hour Period: 06/019/2016 - 06/20/2016. Officer Cockerham worked 22 hours.

126. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

127. 24-Hour Period: 06/21/2016 - 06/22/2016. Officer Cockerham worked 16 hours and 35 minutes.

128. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

129. 24-Hour Period: 06/22/2016 - 06/23/2016. Officer Cockerham worked 16 hours and 10 minutes.

130. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

131. 24-Hour Period: 06/28/2016 - 06/29/2016. Officer Cockerham worked 16 hours and 35 minutes.

132. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

133. 24-Hour Period: 07/03/2016 - 07/04/2016. Officer Cockerham worked 21 hours.

134. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

135. 24-Hour Period: 07/05/2016 - 07/06/2016. Officer Cockerham worked 17 hours and 35 minutes.

136. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

137. 24-Hour Period: 07/06/2016 - 07/07/2016. Officer Cockerham worked 20 hours and 35 minutes.

138. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

139. 24-Hour Period: 07/12/2016 - 07/13/2016. Officer Cockerham worked 16 hours and 35 minutes.

140. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

141. 24-Hour Period: 07/15/2016 - 07/16/2016. Officer Cockerham worked 16 hours and 35 minutes.

142. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

143. 24-Hour Period: 07/24/2016 - 07/25/2016. Officer Cockerham worked 16 hours and 35 minutes.

144. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

145. 24-Hour Period: 07/27/2016 - 07/27/2016. Officer Cockerham worked 16 hours and 35 minutes.

146. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

147. 24-Hour Period: 07/29/2016 - 07/30/2016. Officer Cockerham worked 16 hours and 35 minutes.

148. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

149. 24-Hour Period: 08/01/2016 - 08/02/2016. Officer Cockerham worked 19 hours and 35 minutes.

150. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

151. 24-Hour Period: 08/01/2016 - 08/02/2016. Officer Cockerham worked 19 hours and 35 minutes.

152. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

153. 24-Hour Period: 08/02/2016 - 08/03/2016. Officer Cockerham worked 17 hours and 35 minutes.

154. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

155. 24-Hour Period: 08/03/2016 - 08/04/2016. Officer Cockerham worked 17 hours and 40 minutes.

156. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

157. 24-Hour Period: 08/42016 - 08/05/2016. Officer Cockerham worked 16 hours and 35 minutes.

158. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

159. 24-Hour Period: 08/11/2016 - 08/12/2016. Officer Cockerham worked 16 hours and 40 minutes.

160. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

161. 24-Hour Period: 08/17/2016 - 08/18/2016. Officer Cockerham worked 20 hours and 10 minutes.

162. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

163. 24-Hour Period: 08/18/2016 - 08/19/2016. Officer Cockerham worked 20 hours and 35 minutes.

164. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

165. 24-Hour Period: 08/19/2016 - 08/20/2016. Officer Cockerham worked 21 hours and 10 minutes.

166. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

167. 24-Hour Period: 08/23/2016 - 08/24/2016. Officer Cockerham worked 18 hours and 5 minutes.

168. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

169. 24-Hour Period: 08/24/2016 - 08/25/2016. Officer Cockerham worked 18 hours and 35 minutes.

170. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

171. 24-Hour Period: 08/29/2016 - 08/30/2016. Officer Cockerham worked 16 hours and 35 minutes.

172. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

173. 24-Hour Period: 09/01/2016 - 09/02/2016. Officer Cockerham worked 16 hours and 35 minutes.

174. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

175. 24-Hour Period: 09/08/2016 - 09/09/2016. Officer Cockerham worked 16 hours and 35 minutes.

176. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

177. 24-Hour Period: 09/11/2016 - 09/12/2016. Officer Cockerham worked 16 hours and 25 minutes.

178. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

179. 24-Hour Period: 09/13/2016 - 09/14/2016. Officer Cockerham worked 18 hours and 50 minutes.

180. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

181. 24-Hour Period: 09/15/2016 - 09/16/2016. Officer Cockerham worked 17 hours and 10 minutes.

182. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

183. 24-Hour Period: 09/212016 - 09/22/2016. Officer Cockerham worked 18 hours and 5 minutes.

184. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

185. 24-Hour Period: 09/23/2016 - 09/24/2016. Officer Cockerham worked 21 hours and 20 minutes.

186. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

187. 24-Hour Period: 09/24/2016 - 09/25/2016. Officer Cockerham worked 16 hours and 10 minutes.

188. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

189. 24-Hour Period: 09/25/2016 - 09/26/2016. Officer Cockerham worked 16 hours and 35 minutes.

190. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

191. 24-Hour Period: 09/26/2016 - 09/27/2016. Officer Cockerham worked 16 hours and 10 minutes.

192. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

193. 24-Hour Period: 09/27/2016 - 09/28/2016. Officer Cockerham worked 19 hours and 5 minutes.

194. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

195. 24-Hour Period: 09/28/2016 - 09/29/2016. Officer Cockerham worked 18 hours and 40 minutes.

196. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

197. 24-Hour Period: 09/29/2016 - 09/30/2016. Officer Cockerham worked 18 hours and 35 minutes.

198. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

199. 24-Hour Period: 10/04/2016 - 10/05/2016. Officer Cockerham worked 17 hours and 45 minutes.

200. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

201. 24-Hour Period: 10/08/2016 - 10/09/2016. Officer Cockerham worked 16 hours and 35 minutes.

202. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

203. 24-Hour Period: 10/09/2016 - 10/10/2016. Officer Cockerham worked 16 hours and 35 minutes.

204. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

205. 24-Hour Period: 10/10/2016 - 10/11/2016. Officer Cockerham worked 16 hours and 35 minutes.

206. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

207. 24-Hour Period: 10/11/2016 - 10/12/2016. Officer Cockerham worked 17 hours and 35 minutes.

208. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

209. 24-Hour Period: 10/12/2016 - 10/13/2016. Officer Cockerham worked 16 hours and 35 minutes.

210. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

211. 24-Hour Period: 10/13/2016 - 10/14/2016. Officer Cockerham worked 16 hours and 35 minutes.

212. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

213. 24-Hour Period: 10/18/2016 - 10/19/2016. Officer Cockerham worked 16 hours and 50 minutes.

214. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

215. 24-Hour Period: 10/20/2016 - 10/21/2016. Officer Cockerham worked 16 hours and 40 minutes.

216. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

217. 24-Hour Period: 10/21/2016 - 10/22/2016. Officer Cockerham worked 18 hours and 35 minutes.

218. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

219. 24-Hour Period: 10/22/2016 - 10/23/2016. Officer Cockerham worked 17 hours and 35 minutes.

220. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

221. 24-Hour Period: 10/24/2016 - 10/25/2016. Officer Cockerham worked 16 hours and 35 minutes.

222. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

223. 24-Hour Period: 10/25/2016 - 10/26/2016. Officer Cockerham worked 18 hours.

224. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

225. 24-Hour Period: 10/27/2016 - 10/28/2016. Officer Cockerham worked 16 hours and 40 minutes.

226. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

227. 24-Hour Period: 11/02/2016 - 11/03/2016. Officer Cockerham worked 20 hours and 35 minutes.

228. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

229. 24-Hour Period: 11/04/2016 - 11/05/2016. Officer Cockerham worked 18 hours and 50 minutes.

230. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

231. 24-Hour Period: 11/05/2016 - 11/06/2016. Officer Cockerham worked 20 hours and 35 minutes.

232. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

233. 24-Hour Period: 11/12/2016 - 11/13/2016. Officer Cockerham worked 17 hours and 15 minutes.

234. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

235. 24-Hour Period: 11/14/2016 - 11/15/2016. Officer Cockerham worked 17 hours and 40 minutes.

236. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

237. 24-Hour Period: 11/15/2016 - 11/16/2016. Officer Cockerham worked 16 hours and 59 minutes.

238. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

239. 24-Hour Period: 11/16/2016 - 11/17/2016. Officer Cockerham worked 18 hours and 50 minutes.

240. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

241. 24-Hour Period: 11/21/2016 - 11/22/2016. Officer Cockerham worked 20 hours and 35 minutes.

242. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

243. 24-Hour Period: 11/25/2016 - 11/26/2016. Officer Cockerham worked 17 hours and 35 minutes.

244. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

245. 24-Hour Period: 11/26/2016 - 11/27/2016. Officer Cockerham worked 19 hours and 15 minutes.

246. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

247. 24-Hour Period: 11/29/2016 - 11/30/2016. Officer Cockerham worked 17 hours and 35 minutes.

248. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

249. 24-Hour Period: 12/03/2016 - 12/04/2016. Officer Cockerham worked 16 hours and 35 minutes.

250. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

251. 24-Hour Period: 12/04/2016 - 12/05/2016. Officer Cockerham worked 16 hours and 35 minutes.

252. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

253. 24-Hour Period: 12/07/2016 - 12/08/2016. Officer Cockerham worked 17 hours and 40 minutes.

254. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

255. 24-Hour Period: 12/08/2016 - 12/09/2016. Officer Cockerham worked 16 hours and 35 minutes.

256. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

257. 24-Hour Period: 12/15/2016 - 12/16/2016. Officer Cockerham worked 17 hours and 10 minutes.

258. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

259. 24-Hour Period: 12/18/2016 - 12/19/2016. Officer Cockerham worked 20 hours.

260. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

261. 24-Hour Period: 12/19/2016 - 12/20/2016. Officer Cockerham worked 22 hours and 35 minutes.

262. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

263. 24-Hour Period: 12/20/2016 - 12/21/2016. Officer Cockerham worked 20 hours and 35 minutes.

264. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

265. 24-Hour Period: 12/23/2016 - 12/24/2016. Officer Cockerham worked 16 hours and 30 minutes.

266. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

267. 24-Hour Period: 12/28/2016 - 12/29/2016. Officer Cockerham worked 16 hours and 35 minutes.

268. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

269. 24-Hour Period: 12/29/2016 - 12/30/2016. Officer Cockerham worked 16 hours and 35 minutes.

270. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

## ***16.00 Limit/ Rest Period Rule Year 2017***

1. 24-Hour Period: 01/04/2017 - 01/05/2017. Officer Cockerham worked 16 hours and 40 minutes.
2. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
3. 24-Hour Period: 01/05/2017 - 01/06/2017. Officer Cockerham worked 19 hours and 45 minutes.
4. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
5. 24-Hour Period: 01/11/2017 - 01/12/2017. Officer Cockerham worked 18 hours and 35 minutes.
6. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
7. 24-Hour Period: 01/12/2017 - 01/13/2017. Officer Cockerham worked 16 hours and 35 minutes.
8. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
9. 24-Hour Period: 01/19/2017 - 01/20/2017. Officer Cockerham worked 17 hours and 35 minutes.
10. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
11. 24-Hour Period: 01/21/2017 - 01/22/2017. Officer Cockerham worked 17 hours.
12. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
13. 24-Hour Period: 01/25/2017 - 01/26/2017. Officer Cockerham worked 20 hours and 35 minutes.
14. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

15. 24-Hour Period: 01/26/2017 - 01/27/2017. Officer Cockerham worked 17 hours and 35 minutes.
16. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
17. 24-Hour Period: 01/27/2017 - 01/28/2017. Officer Cockerham worked 16 hours and 35 minutes.
18. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
19. 24-Hour Period: 02/02/2017 - 02/03/2017. Officer Cockerham worked 16 hours and 35 minutes.
20. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
21. 24-Hour Period: 02/04/2017 - 02/05/2017. Officer Cockerham worked 19 hours.
22. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
23. 24-Hour Period: 02/10/2017 - 02/11/2017. Officer Cockerham worked 19 hours and 35 minutes.
24. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
25. 24-Hour Period: 02/12/2017 - 02/13/2017. Officer Cockerham worked 17 hours.
26. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
27. 24-Hour Period: 02/13/2017 - 02/14/2017. Officer Cockerham worked 18 hours 35 minutes.
28. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
29. 24-Hour Period: 02/14/2017 - 02/15/2017. Officer Cockerham worked 16 hours and 50 minutes.
30. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

31. 24-Hour Period: 02/15/2017 - 02/16/2017. Officer Cockerham worked 19 hours and 35 minutes.

32. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

33. 24-Hour Period: 02/16/2017 - 02/17/2017. Officer Cockerham worked 20 hours and 35 minutes.

34. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

35. 24-Hour Period: 02/27/2017 - 02/28/2017. Officer Cockerham worked 20 hours and 30 minutes.

36. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

37. 24-Hour Period: 03/02/2017 - 03/03/2017. Officer Cockerham worked 23 hours and 15 minutes.

38. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

39. 24-Hour Period: 03/06/2017 - 03/07/2017. Officer Cockerham worked 17 hours and 50 minutes.

40. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

41. 24-Hour Period: 03/09/2017 - 03/10/2017. Officer Cockerham worked 17 hours and 5 minutes.

42. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

43. 24-Hour Period: 03/10/2017 - 03/11/2017. Officer Cockerham worked 20 hours and 5 minutes.

44. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

45. 24-Hour Period: 03/11/2017 - 03/12/2017. Officer Cockerham worked 16 hours and 35 minutes.

46. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
47. 24-Hour Period: 03/12/2017 - 03/13/2017. Officer Cockerham worked 20 hours and 35 minutes.
48. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
49. 24-Hour Period: 03/13/2017 - 03/14/2017. Officer Cockerham worked 16 hours and 35 minutes.
50. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
51. 24-Hour Period: 03/14/2017 - 03/15/2017. Officer Cockerham worked 16 hours and 35 minutes.
52. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
53. 24-Hour Period: 03/15/2017 - 03/16/2017. Officer Cockerham worked 16 hours and 35 minutes.
54. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
55. 24-Hour Period: 03/17/2017 - 03/18/2017. Officer Cockerham worked 19 hours and 15 minutes.
56. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
57. 24-Hour Period: 03/23/2017 - 03/24/2017. Officer Cockerham worked 17 hours and 35 minutes.
58. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
59. 24-Hour Period: 03/27/2017 - 03/28/2017. Officer Cockerham worked 16 hours and 35 minutes.
60. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
61. 24-Hour Period: 03/29/2017 - 03/30/2017. Officer Cockerham worked 17 hours.

62. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
63. 24-Hour Period: 04/02/2017 - 04/03/2017. Officer Cockerham worked 21 hours and 35 minutes.
64. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
65. 24-Hour Period: 04/03/2017 - 04/04/2017. Officer Cockerham worked 16 hours and 35 minutes.
66. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
67. 24-Hour Period: 04/04/2017 - 04/05/2017. Officer Cockerham worked 19 hours and 15 minutes.
68. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
69. 24-Hour Period: 04/06/2017 - 04/07/2017. Officer Cockerham worked 16 hours and 45 minutes.
70. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
71. 24-Hour Period: 04/07/2017 - 04/08/2017. Officer Cockerham worked 17 hours and 20 minutes.
72. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
73. 24-Hour Period: 04/08/2017 - 04/09/2017. Officer Cockerham worked 20 hours.
74. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
75. 24-Hour Period: 04/09/2017 - 04/10/2017. Officer Cockerham worked 16 hours and 35 minutes.
76. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
77. 24-Hour Period: 04/10/2017 - 04/11/2017. Officer Cockerham worked 19 hours and 45 minutes.

78. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
79. 24-Hour Period: 04/12/2017 - 04/13/2017. Officer Cockerham worked 16 hours and 35 minutes.
80. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
81. 24-Hour Period: 04/20/2017 - 04/21/2017. Officer Cockerham worked 18 hours and 50 minutes.
82. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
83. 24-Hour Period: 04/21/2017 - 04/22/2017. Officer Cockerham worked 16 hours and 35 minutes.
84. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
85. 24-Hour Period: 04/22/2017 - 04/23/2017. Officer Cockerham worked 20 hours and 35 minutes.
86. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
87. 24-Hour Period: 04/23/2017 - 04/24/2017. Officer Cockerham worked 18 hours and 35 minutes.
88. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
89. 24-Hour Period: 04/25/2017 - 04/26/2017. Officer Cockerham worked 16 hours and 10 minutes.
90. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
91. 24-Hour Period: 05/06/2017 - 05/07/2017. Officer Cockerham worked 16 hours and 35 minutes.
92. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

93. 24-Hour Period: 05/07/2017 - 05/08/2017. Officer Cockerham worked 16 hours and 35 minutes.
94. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
95. 24-Hour Period: 05/10/2017 - 05/11/2017. Officer Cockerham worked 18 hours.
96. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
97. 24-Hour Period: 05/11/2017 - 05/12/2017. Officer Cockerham worked 18 hours and 35 minutes.
98. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
99. 24-Hour Period: 05/18/2017 - 05/19/2017. Officer Cockerham worked 16 hours and 35 minutes.
100. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
101. 24-Hour Period: 05/19/2017 - 05/20/2017. Officer Cockerham worked 20 hours and 35 minutes.
102. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
103. 24-Hour Period: 05/20/2017 - 05/21/2017. Officer Cockerham worked 19 hours and 35 minutes.
104. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
105. 24-Hour Period: 05/22/2017 - 05/23/2017. Officer Cockerham worked 16 hours and 35 minutes.
106. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.
107. 24-Hour Period: 05/23/2017 - 05/24/2017. Officer Cockerham worked 16 hours and 10 minutes.
108. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

109. 24-Hour Period: 05/27/2017 - 05/28/2017. Officer Cockerham worked 16 hours and 15 minutes.

110. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

111. 24-Hour Period: 05/29/2017 - 05/30/2017. Officer Cockerham worked 17 hours and 5 minutes.

112. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

113. 24-Hour Period: 05/31/2017 - 06/01/2017. Officer Cockerham worked 16 hours and 50 minutes.

114. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

115. 24-Hour Period: 06/03/2017 - 06/04/2017. Officer Cockerham worked 20 hours.

116. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

117. 24-Hour Period: 06/04/2017 - 06/05/2017. Officer Cockerham worked 16 hours and 35 minutes.

118. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

119. 24-Hour Period: 06/06/2017 - 06/07/2017. Officer Cockerham worked 16 hours and 35 minutes.

120. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

121. 24-Hour Period: 06/17/2017 - 06/18/2017. Officer Cockerham worked 22 hours.

122. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

123. 24-Hour Period: 06/18/2017 - 06/19/2017. Officer Cockerham worked 16 hours and 35 minutes.

124. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

125. 24-Hour Period: 06/19/2017 - 06/20/2017. Officer Cockerham worked 20 hours.

126. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

127. 24-Hour Period: 06/22/2017 - 06/23/2017. Officer Cockerham worked 16 hours and 35 minutes.

128. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

129. 24-Hour Period: 06/27/2017 - 06/28/2017. Officer Cockerham worked 16 hours and 10 minutes.

130. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

131. 24-Hour Period: 06/29/2017 - 06/30/2017. Officer Cockerham worked 16 hours and 5 minutes.

132. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

133. 24-Hour Period: 06/30/2017 - 07/01/2017. Officer Cockerham worked 16 hours and 35 minutes.

134. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

135. 24-Hour Period: 07/01/2017 - 07/02/2017. Officer Cockerham worked 22 hours and 15 minutes.

136. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

137. 24-Hour Period: 07/02/2017 - 07/03/2017. Officer Cockerham worked 17 hours and 50 minutes.

138. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

139. 24-Hour Period: 07/05/2017 - 07/06/2017. Officer Cockerham worked 16 hours and 20 minutes.

140. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

141. 24-Hour Period: 07/13/2017 - 07/14/2017. Officer Cockerham worked 17 hours and 40 minutes.

142. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

143. 24-Hour Period: 07/18/2017 - 07/19/2017. Officer Cockerham worked 16 hours and 10 minutes.

144. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

145. 24-Hour Period: 07/20/2017 - 07/21/2017. Officer Cockerham worked 16 hours and 40 minutes.

146. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

147. 24-Hour Period: 07/25/2017 - 07/26/2017. Officer Cockerham worked 16 hours and 10 minutes.

148. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

149. 24-Hour Period: 07/27/2017 - 07/28/2017. Officer Cockerham worked 16 hours and 35 minutes.

150. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

151. 24-Hour Period: 07/30/2017 - 07/31/2017. Officer Cockerham worked 16 hours and 35 minutes.

152. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

153. 24-Hour Period: 08/01/2017 - 08/02/2017. Officer Cockerham worked 18 hours and 10 minutes.

154. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

155. 24-Hour Period: 08/02/2017 - 08/03/2017. Officer Cockerham worked 17 hours.

156. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

157. 24-Hour Period: 08/09/2017 - 08/10/2017. Officer Cockerham worked 23 hours and 35 minutes.

158. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

159. 24-Hour Period: 08/11/2017 - 08/12/2017. Officer Cockerham worked 16 hours and 35 minutes.

160. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

161. 24-Hour Period: 08/12/2017 - 08/13/2017. Officer Cockerham worked 22 hours.

162. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

163. 24-Hour Period: 08/13/2017 - 08/14/2017. Officer Cockerham worked 18 hours.

164. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

165. 24-Hour Period: 08/14/2017 - 08/15/2017. Officer Cockerham worked 17 hours and 15 minutes.

166. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

167. 24-Hour Period: 08/15/2017 - 08/16/2017. Officer Cockerham worked 18 hours.

168. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

169. 24-Hour Period: 08/22/2017 - 08/23/2017. Officer Cockerham worked 20 hours and 35 minutes.

170. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

171. 24-Hour Period: 08/25/2017 - 08/26/2017. Officer Cockerham worked 18 hours and 50 minutes.

172. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

173. 24-Hour Period: 08/27/2017 - 08/28/2017. Officer Cockerham worked 16 hours and 35 minutes.

174. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

175. 24-Hour Period: 08/28/2017 - 08/29/2017. Officer Cockerham worked 16 hours and 35 minutes.

176. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

177. 24-Hour Period: 08/30/2017 - 08/31/2017. Officer Cockerham worked 18 hours and 15 minutes.

178. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

179. 24-Hour Period: 09/02/2017 - 09/03/2017. Officer Cockerham worked 16 hours and 50 minutes.

180. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

181. 24-Hour Period: 09/05/2017 - 09/06/2017. Officer Cockerham worked 18 hours and 35 minutes.

182. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

183. 24-Hour Period: 09/06/2017 - 09/07/2017. Officer Cockerham worked 16 hours and 35 minutes.

184. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

185. 24-Hour Period: 09/08/2017 - 09/09/2017. Officer Cockerham worked 19 hours and 35.

186. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

187. 24-Hour Period: 09/09/2017 - 09/10/2017. Officer Cockerham worked 20 hours and 35 minutes.

188. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

189. 24-Hour Period: 09/12/2017 - 09/13/2017. Officer Cockerham worked 16 hours and 10 minutes.

190. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

191. 24-Hour Period: 09/14/2017 - 09/15/2017. Officer Cockerham worked 19 hours and 35 minutes.

192. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

193. 24-Hour Period: 09/19/2017 - 09/20/2017. Officer Cockerham worked 16 hours and 10 minutes.

194. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

195. 24-Hour Period: 09/21/2017 - 09/22/2017. Officer Cockerham worked 16 hours and 35.

196. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

197. 24-Hour Period: 09/23/2017 - 09/24/2017. Officer Cockerham worked 16 hours and 35 minutes.

198. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

199. 24-Hour Period: 09/24/2017 - 09/25/2017. Officer Cockerham worked 16 hours and 35 minutes.

200. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

201. 24-Hour Period: 09/25/2017 - 09/26/2017. Officer Cockerham worked 21 hours and 10 minutes.

202. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

203. 24-Hour Period: 10/02/2017 - 10/03/2017. Officer Cockerham worked 16 hours and 35 minutes.

204. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

205. 24-Hour Period: 10/03/2017 - 10/04/2017. Officer Cockerham worked 16 hours and 35 minutes.

206. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

207. 24-Hour Period: 10/04/2017 - 10/05/2017. Officer Cockerham worked 18 hours and 35 minutes.

208. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

209. 24-Hour Period: 10/06/2017 - 10/07/2017. Officer Cockerham worked 20 hours.

210. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

211. 24-Hour Period: 10/12/2017 - 10/13/2017. Officer Cockerham worked 17 hours and 35 minutes.

212. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

213. 24-Hour Period: 10/16/2017 - 10/17/2017. Officer Cockerham worked 19 hours and 35 minutes.

214. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

215. 24-Hour Period: 10/21/2017 - 10/22/2017. Officer Cockerham worked 21 hours.

216. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

217. 24-Hour Period: 10/25/2017 - 10/26/2017. Officer Cockerham worked 18 hours and 35 minutes.

218. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

219. 24-Hour Period: 10/26/2017 - 10/27/2017. Officer Cockerham worked 26 hours.

220. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

221. 24-Hour Period: 10/27/2017 - 10/28/2017. Officer Cockerham worked 19 hours.

222. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

223. 24-Hour Period: 10/28/2017 - 10/29/2017. Officer Cockerham worked 17 hours and 15 minutes.

224. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

225. 24-Hour Period: 10/30/2017 - 10/31/2017. Officer Cockerham worked 18 hours and 35 minutes.

226. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

227. 24-Hour Period: 10/31/2017 - 11/01/2017. Officer Cockerham worked 23 hours and 10 minutes.

228. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

229. 24-Hour Period: 11/01/2017 - 11/02/2017. Officer Cockerham worked 16 hours and 35 minutes.

230. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

231. 24-Hour Period: 11/05/2017 - 11/06/2017. Officer Cockerham worked 21 hours and 35 minutes.

232. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

233. 24-Hour Period: 11/06/2017 - 11/07/2017. Officer Cockerham worked 16 hours and 35 minutes.

234. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

235. 24-Hour Period: 11/07/2017 - 11/08/2017. Officer Cockerham worked 17 hours and 10 minutes.

236. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

237. 24-Hour Period: 11/14/2017 - 11/15/2017. Officer Cockerham worked 16 hours and 10 minutes.

238. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

239. 24-Hour Period: 11/19/2017 - 11/20/2017. Officer Cockerham worked 16 hours and 35 minutes.

240. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

241. 24-Hour Period: 11/21/2017 - 11/22/2017. Officer Cockerham worked 19 hours.

242. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

243. 24-Hour Period: 11/27/2017 - 11/28/2017. Officer Cockerham worked 16 hours and 35 minutes.

244. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

245. 24-Hour Period: 12/03/2017 - 12/04/2017. Officer Cockerham worked 16 hours and 35 minutes.

246. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

247. 24-Hour Period: 12/04/2017 - 12/05/2017. Officer Cockerham worked 17 hours.

248. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

249. 24-Hour Period: 12/05/2017 - 12/06/2017. Officer Cockerham worked 16 hours and 35 minutes.

250. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

251. 24-Hour Period: 12/09/2017 - 12/10/2017. Officer Cockerham worked 16 hours and 50 minutes.

252. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

253. 24-Hour Period: 12/17/2017 - 12/18/2017. Officer Cockerham worked 18 hours and 30 minutes.

254. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

255. 24-Hour Period: 12/18/2017 - 12/19/2017. Officer Cockerham worked 17 hours and 10 minutes.

256. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

257. 24-Hour Period: 12/20/2017 - 12/21/2017. Officer Cockerham worked 16 hours and 10 minutes.

258. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

259. 24-Hour Period: 12/27/2017 - 12/28/2017. Officer Cockerham worked 17 hours and 10 minutes.

260. Rest period violation: Officer Cockerham worked more than 16 hours within this period, and there was no 8-hour rest between shifts.

Mr. Skip Gallagher alleged that Officer Chad Cockerham violated the NOPD's 16-hour rule by failing to take the recommended breaks between work shifts, as mandated by Departmental Policy 1041 under Chapter 22.08 of the New Orleans Police Department Operations Manual. These alleged violations occurred on multiple occasions spanning the years 2014, 2015, 2016, and 2017. In accordance with Policy 1041, Paragraph 32, no member, including Reserve officers, is permitted to work more than 16 hours within a 24-hour period. This 24-hour period commences the first time the member reports for either regular duty or police secondary employment, following an eight-hour minimum rest period. The cumulative hours encompass all forms of work, including scheduled duty, overtime, court time, off-duty secondary employment, and outside employment.

Sergeant Mary Sam conducted a thorough review of Officer Cockerham's recorded hours for the years in question, encompassing his normal scheduled work hours, overtime, court time, and secondary employment activities. Sergeant Sam utilized the 16:35 Rule Calculator to accurately determine instances of policy violations. The findings revealed that Officer Cockerham exceeded the 16-hour limit and failed to adhere to the required rest periods a total of 940 times over the four-year period. Specifically, the violations were documented as follows:

2014: 146 instances of exceeding the 16-hour limit and violating the rest period rule.
2015: 262 instances of exceeding the 16-hour limit and violating the rest period rule.
2016: 270 instances of exceeding the 16-hour limit and violating the rest period rule.
2017: 262 instances of exceeding the 16-hour limit and violating the rest period rule.

In conclusion, the investigation substantiated that Officer Cockerham consistently breached NOPD Policy 1041 by exceeding the 16-hour work limit and neglecting the mandated rest periods across all reviewed years. The total number of violations amounted to 940, demonstrating a clear and ongoing disregard for departmental regulations. These findings indicate significant non-compliance with the policy.

Copies of the calculations entered into the 16.35 Rule Calculator to calculate the hours were attached to the investigation and made a part of the investigation. **(EXHIBIT H)**

On Friday, September 13, 2024, Sergeant Sam received an email from Mr. Gallagher, which was forwarded by Sergeant Randolph Daniel of the Public Integrity Bureau Administrative Unit. The email read as follows:

"I've attached a spreadsheet for Officer Cockerham for the year 2017. Clearly, Officer Cockerham has a long history of payroll fraud, and this 2017 spreadsheet easily identifies some egregious examples (highlighted in yellow)."

Sergeant Sam reviewed the Excel spreadsheets submitted by Mr. Gallagher for the year 2017, which highlighted what he believed to be policy violations by Officer Cockerham. Upon reviewing these spreadsheets, Sgt. Sam identified discrepancies, noting that some alleged 16-hour and rest period violations listed by Mr. Gallagher matched some of the dates found by Sergeant. Sam, but many dates were inaccurate and did not match any hours Sgt. Sam had calculated. Additionally, Sgt. Sam identified violations that Mr. Gallagher had overlooked, revealing a difference in interpretation of the 24-hour rule. Unsure of what method Mr. Gallagher used, Sgt. Sam had access to the department's approved calculation guidelines and utilized departmental tools to ensure accuracy in verifying the hours. **(EXHIBIT I)**

Copies of Officer Cockerham's ADP timecards for 2014–2017 were included in the investigation to assist in determining whether the 16-hours limit and/or rest period rule had been violated. **(EXHIBIT J)**

Sergeant Sam authored a Continuing Investigation correspondence (letter) to the complainant Mr. Skip Gallagher, on Wednesday, October 09, 2024, informing him that the complaint was continuing. The complainant was provided PIB CTN 2024-0446-P; and contact information to reach Sergeant Sam, should he require additional information. **(EXHIBIT K)**

On Tuesday October 15, 2024, Sergeant Sam attempted to contact Mr. Gallagher by phone but was met with negative results. Sergeant Sam left Mr. Gallagher a voice message asking him to contact her. **(EXHIBIT L)**

On Saturday, November 02, 2024, Officer Chad Cockerham was notified via departmental email of the scheduled date and time to render an administrative statement under CTN #2024-0446-P. **(EXHIBIT M)**

## Statement of Dr. Skip Gallagher (Complainant)

On Wednesday, November 27, 2024, Sergeant Sam contacted Dr. Skip Gallagher by telephone. Sergeant Sam asked Dr. Gallagher if he had any additional information to provide regarding the complaint. He stated that he did not at that time but would be providing her with Excel spreadsheets documenting violations committed by Officer Cockerham in the years 2015 and 2016.

Dr. Gallagher's statement was recorded and attached to an audio disc, which has become part of this investigation. **(EXHIBIT N)**

## Statement of SPO Chad Cockerham (Accused)

On Wednesday November 27, 2024, Sergeant Sam met with Officer Chad Cockerham, at the P.I.B. Office, located at 1340 Poydras Street, Suite 1900, to render an administrative statement, relative to PIB CTN 2024-0446-P.

Prior to taking the statement, Sergeant Sam provided Officer Chad Cockerham with a Notice of NOPD Internal Disciplinary Investigation Rights and Responsibilities of Employee Under Investigation & Notification to Appear to Render a Statement Form, which contained his rights and responsibilities as an employee under investigation. **(EXHIBIT O)**

Sergeant Sam advised Officer Chad Cockerham that the investigation was administrative in nature only then informed him of his rights outlined as in the Police Bill of Rights, Louisiana Revised Statute 40:2531. Sergeant Sam then informed Officer Chad Cockerham of the New Orleans Police Department Chapter 52.1, which requires all Departmental employees to answer questions in official inquiries and failure to do so would result in job forfeiture.

Sergeant Sam advised Officer Cockerham that employees must answer truthfully all questions asked in all matters and official investigations related to the scope of their employment. Officer Cockerham was also advised that his statement or any answers given by him, could not be used in any criminal proceedings against him. Officer Chad Cockerham was advised employees are always required to be truthful, in their spoken, written, or electronic communications, whether under oath or not, in all matters and official investigations relating to the scope of their employment, and operations of the Department.
Sergeant Sam explained to Officer Cockerham his rights under the Police Officer's Bill of Rights, Louisiana's Revised Statute 40:2531, and confirmed that Officer Cockerham understood the nature of the investigation. Officer Cockerham acknowledged that he was aware of his rights, and that he would answer questions truthfully. Officer Cockerham confirmed that the nature of the investigation related to allegations of exceeding the 16-hour work limit, not adhering to the required 8-hour rest period between shifts, and potential violations in secondary employment policies.

Officer Cockerham then provided his name, badge number, and assignment as requested. Sergeant Sam clarified that the investigation would cover several issues related to secondary employment, overtime, and work hours. She asked Officer Cockerham about his understanding of the 16-hour rule and the 8-hour rest period, which Officer Cockerham explained as starting from one day to the next, based on the first shift worked.

Officer Cockerham mentioned that he understood the 16-hour rule to be from the first punch-in

and that a new 24-hour cycle started the following day at midnight. He clarified that he was aware that working 16 hours required a mandatory 8-hour rest, but his understanding was that a cumulative rest period could suffice, which he later learned was incorrect. Officer Cockerham acknowledged that his understanding of the policy was flawed during the period of 2014 to 2017. He stated that at the time, he believed the 16-hour rule started from midnight and continued until the next shift, leading to violations in work hours and rest periods. Officer Cockerham also explained that during that period, supervisors did not clearly communicate the policy, which contributed to confusion regarding the 16-hour rule and overtime limits.

Officer Cockerham admitted that he did not fully understand the 16-hour and 8-hour rest period policies until 2023, when new guidance was issued. He explained that during the period from 2014 to 2017, there was confusion about how the policy should be applied, and that supervisors never formally clarified the 16-hour rule or rest periods. Officer Cockerham also clarified that the department's approach to recording and calculating work hours, especially for overtime and secondary employment, had led to discrepancies in time entries.

Regarding the alleged violations, Officer Cockerham acknowledged some discrepancies in his work hours, including overlaps between shifts and overtime. He explained that these were likely due to clerical errors or situations where he was required to work beyond the scheduled time due to public safety issues, particularly during large events. He emphasized that these errors were unintentional and that he had never intentionally violated the 16-hour rule or any overtime limits.

Officer Cockerham then pointed to the department's lack of clear communication regarding the policy and the reliance on clerical systems that sometimes resulted in incorrect entries. He expressed his understanding of the policy moving forward, stating that he had worked with supervisors and the Public Integrity Bureau to ensure compliance with the updated rules. He took full responsibility for any violations that occurred due to misunderstandings of the policy and committed to adhering to the regulations going forward.

Sergeant Sam brought to Officer Cockerham's attention several incidents where there were overlaps between details shifts and regular duty shifts. Officer Cockerham acknowledged the discrepancies in his work hours, including overlaps between shifts and excessive hours worked during secondary employment. He attributed these violations to clerical errors, emphasizing that these issues were unintentional and expressed a commitment to adhering to the updated policies following training in 2023.

Officer Cockerham's statement was recorded and attached to an audio disc, which has become part of this investigation. **(EXHIBIT P)**

NOTE: Sergeant Sam reviewed a copy of Officer Chad Cockerham's PIB Officer Complaint History Short Report, Sergeant Sam did observe a sustained violations of Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud, Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 25, Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 28, or Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD

Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 32. Officer Cockerham did not have any sustained violations for being untruthful. **(EXHIBIT Q)**

On Monday, December 02, 2024, Sergeant Sam received an email from Mr. Gallagher, which. The email read as follows:

"Hello Sgt Sam, I've attached a spreadsheet for the year 2016. I believe you already have a spreadsheet for 2017. I have a partially completed spreadsheet for 2015. It will take a couple of additional days to complete this 2015 spreadsheet. As with many of the payroll fraud issues, officer Cockerham's schedule is unusually difficult and unpredictable do to the level of fraud I've found in that year."

Sergeant Sam reviewed the Excel spreadsheets submitted by Mr. Gallagher for the year 2016 and identified several discrepancies. While some of the alleged 16-hour work limit and rest period violations reported by Mr. Gallagher corresponded with most of the dates Sergeant Sam had identified, many of the recorded times did not align with Sergeant Sam's calculations. Similarly, as with the 2017 spreadsheet provided by Mr. Gallagher, numerous entries failed to match the hours Sergeant Sam had calculated. Additionally, Sergeant Sam uncovered violations that Mr. Gallagher had overlooked, indicating a different interpretation of the 24-hour rule. Throughout the review process, Sergeant Sam utilized the department's approved calculation guidelines and departmental tools to accurately verify the recorded hours. **(EXHIBIT R)**

Note: Due to the time-sensitive nature of the case, Sergeant Sam did not receive the additional Excel spreadsheets from Mr. Gallagher before the investigation concluded. Additionally, Mr. Gallagher identified multiple dates on which he believed there were overlapping paid detail and regular shifts worked by SPO Chad Cockerham. To address these potential overlaps, Sergeant Sam composed an email to Ms. Naimah Abdul-Rahmaan of the Office of Secondary Employment, which oversees the distribution of detail assignments.

The Following dates were identified:

02/02/2017, Columbia Parc:
Shift Details: Regular Shift 05:00–09:00; Court Overtime 08:45–11:05
Overlap: 15 minutes

03/10/2017, Mercedes-Benz Superdome:
Shift Details: Regular Shift 06:30–14:30; Regular Shift 14:25–11:00
Overlap: 5 minutes

03/12/2017, Columbia Parc:
Shift Details: Regular Shift 07:00–11:00; Case Overtime 10:25–14:25
Overlap: 35 minutes

03/26/2017, Columbia Parc:
Shift Details: Detail Assignment 03:00–07:00; Regular Shift (03/25 20:25–03/26 05:00)
Overlap: 2 hours

04/30/2017, Columbia Parc:
Shift Details: Regular Shift 07:00–13:00; Case Overtime 11:00–17:00
Overlap: 2 hours

11/20/2017, Columbia Parc:
Shift Details: Regular Shift 11:00–15:00; Case Overtime 12:00–16:00
Overlap: 3 hours

01/02/2016, Columbia Parc:
Shift Details: Regular Shift 03:00–07:00; Regular Shift (01/01 20:25–01/02 05:00)
Overlap: 2 hours

01/16/2016, Columbia Parc:
Shift Details: Case Overtime 02:30–06:30; Regular Shift (01/15 15:00–01/16 03:00)
Overlap: 30 minutes

02/12/2016, Columbia Parc:
Shift Details: Regular Shift 05:00–09:00; Case Overtime 07:00–11:00
Overlap: 2 hours

02/28/2016, Columbia Parc:
Shift Details: Regular Shift 03:00–07:00; Regular Shift (02/27 20:25–02/28 05:00)
Overlap: 2 hours

03/27/2016, Columbia Parc:
Shift Details: Regular Shift 03:00–07:00; Regular Shift (03/26 20:25–03/27 05:00)
Overlap: 2 hours

06/18/2016, Columbia Parc:
Shift Details: Detail Assignment 19:00–23:00; Regular Shift (06/18 20:25–06/19 05:00)
Overlap: 2 hours 35 minutes

07/01/2016, Mercedes-Benz Superdome:
Shift Details: Detail Assignment 18:00–02:00; Regular Shift (07/01 20:25–07/02 05:00)
Overlap: 5 hours 35 minutes

07/02/2016, Mercedes-Benz Superdome:
Shift Details: Detail Assignment 18:00–01:45; Regular Shift (07/02 20:25–07/03 05:00)
Overlap: 5 hours 20 minutes

07/03/2016, Mercedes-Benz Superdome:
Shift Details: Detail Assignment 18:00–01:30; Regular Shift (07/03 20:25–07/04 05:00)
Overlap: 5 hours 5 minutes

08/26/2016, Mercedes-Benz Superdome:
Shift Details: Detail Assignment 16:45–00:30; Regular Shift (08/26 17:00–08/27 01:35)
Overlap: 7 hours 30 minutes

09/16/2017, Columbia Parc:
Shift Details: Regular Shift 11:00–15:00; Case Overtime 07:00–14:00
Overlap: 3 hours

10/23/2016, Mercedes-Benz Superdome:
Shift Details: Detail Assignment 03:00–07:00; Regular Shift (10/22 22:00–10/23 06:35)
Overlap: 3 hours 35 minutes

In the email, Sergeant Sam informed Ms. Abdul-Rahmaan that she was conducting an investigation under PIB CTN 2024-0446-P and requested her assistance. She provided the dates in question based on the Secondary Employment work schedule for SPO Chad Cockerham (employee ID number 19768), noting that on certain dates, it appeared SPO Cockerham may have worked both a regular shift and a detail simultaneously. Sergeant Sam asked Ms. Abdul-Rahmaan if there were any sign-in sheets or logs available for the listed dates and requested that she provide any relevant information. However, due to time constraints, Sergeant Sam was not able to obtain any pertinent information related to confirm or refute the possible time overlaps. **(EXHIBIT S)**

On August 12, 2024, Sergeant Athena Monteleone of the Public Integrity Bureau's Special Investigations Section was investigating complaint CTN# 2024-0380-P involving SPO Chad Cockerham. The investigation was expanded at the request of the complainant, Mr. Skip Gallagher, to include alleged payroll fraud and secondary employment violations spanning 2014 to 2017. Mr. Gallagher alleged that SPO Cockerham violated Rule 2 Moral Conduct, Paragraph 1 Adherence to Law (Louisiana R.S. 14:138 Public Payroll Fraud), as well as multiple provisions under Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6, specifically NOPD Policy 1041, Chapter 22.08 governing secondary employment. The investigation involved reviewing employment records, payroll data, secondary employment logs, and available sign-in sheets, as well as conducting interviews with the accused and relevant witnesses.

The investigation determined that while there were allegations of payroll fraud and overlapping duty shifts, there was insufficient evidence to confirm that SPO Cockerham knowingly received compensation for work not performed. Due to time constraints and the unavailability of key records, including sign-in sheets from the Office of Secondary Employment and additional payroll documentation, the alleged violations related to payroll fraud and simultaneous secondary employment during regular duty hours could not be substantiated. As a result, these specific allegations were deemed Not Sustained due to a lack of conclusive evidence.

However, the investigation did confirm that SPO Cockerham violated departmental secondary employment policies by exceeding the weekly 24-hour limit for off-duty employment on multiple occasions between 2015 and 2017. Additionally, a review of his total work hours revealed that he exceeded the 16-hour daily limit on 940 separate occasions, often failing to take the required eight-hour rest period before beginning another shift. These findings demonstrate a repeated disregard

for departmental policy and established work-hour restrictions, which are in place to ensure officer wellness, performance, and public safety.

Based on the preponderance of the evidence, the allegations related to payroll fraud and overlapping shifts were Not Sustained, while violations of NOPD secondary employment policies, including exceeding weekly and daily work-hour limits, were Sustained. These findings highlight a pattern of non-compliance that compromised department regulations and reinforce the necessity of strict adherence to established secondary employment policies.

Mr. Skip Gallagher (Complainant), statement collected via telephone and was audio recorded.

## Credibility Assessment:

**Mr. Skip Gallagher (Complainant)** was found to be credible. In assessing the credibility of the complainant, Mr. Skip Gallagher, while he did not appear to have intentionally misled or fabricated information, certain inaccuracies were present in his findings. Mr. Gallagher compiled Excel spreadsheets for the years 2016–2017, which reflected what he believed to be policy violations committed by Officer Cockerham. Upon review, Sgt. Sam noted that Mr. Gallagher had flagged several alleged violations under the 16-hours work rule and the 8 hours rest period rule, some of which aligned with dates that Sgt. Sam found but not hour calculations. However, many of the hours he reported did not match the verified hours Sgt. Sam calculated using departmental tools and guidelines.

This discrepancy indicated that Mr. Gallagher may have used an alternate or less precise method of calculation, likely due to his interpretation of the 24-hour rule or lack of access to the department-approved calculation tools. Mr. Gallagher's intent was clearly to address potential violations, suggesting his actions were driven by a concern for policy adherence rather than any intent to deceive or exaggerate. His mistaken findings, therefore, seem to stem from a misunderstanding of policy application rather than any deliberate misrepresentation.

Overall, Mr. Gallagher's assessment appeared to have been made in good faith but lacked technical accuracy due to his differing approach to interpreting NOPD policy. Consequently, he was found to be credible, though his conclusions were ultimately flawed by an incomplete understanding of the correct calculation methods and policies employed by The New Orleans Police Department.

Lastly, Mr. Skip Gallagher demonstrates a degree of credibility through consistent and detailed documentation of alleged violations over multiple years. The submission of Excel spreadsheets for different years suggested a systematic approach to his claims. However, the inability to fully verify his allegations due to incomplete records and discrepancies in the 2016 and 2017 data introduced uncertainty.

**Officer Chad Cockerham (Accused)** was found to be credible. Officer Cockerham acknowledged that his understanding of the 16-hour rule was flawed, believing it reset at midnight rather than from the first punch-in. This admission indicates honesty in recognizing his own limitations and misunderstandings. He consistently maintained that any overlapping work hours

were unintentional and resulted from clerical errors or misinterpretations of the 16-hour work limit and 8-hour rest period policies.

Officer Cockerham's statement during the investigation align with the information he provided in his administrative statement, emphasizing a lack of formal training and clarity regarding the policies during the 2014-2017 period. Officer Chad Cockerham demonstrates a credible stance regarding the allegations of payroll fraud and secondary employment violations. His consistent admissions of policy misunderstandings, lack of intent to violate departmental standards, and proactive measures to ensure compliance post-2023 support his reliability.

Note: Based on the thorough review of evidence conducted by Sergeant Sam Louisiana Revised Statute 14:138 (Public Payroll Fraud) has a statute of limitations of six years. Many of the alleged incidents between 2014 and 2017 where within this period; however, due to the minimal nature of the overlaps and the lack of substantial evidence, prosecutorial action may be limited.

Sergeant Sam reviewed a copy of Officers Cockerham's PIB Officer Complaint History Short Report, Sergeant Sam did observe a sustained violations of Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud, Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 25, Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 28, or Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 32. Officer Cockerham did not have any sustained violations for being untruthful.

**Tactical/Policy/Education & Training Recommendation:**
No Tactical, Policy, or Education & Training Recommendations were needed by the officer.

**Notice of Recommendation to the Accused:**
On Monday December 09, 2024, Sergeant Sam completed a written notice of completed investigation via email. Additionally, Sergeant Sam contacted Officer Chad Cockerham via telephone and verbally advised him of the recommended disposition. **(EXHIBIT T)**

## SUMMARY

On August 12, 2024, Sergeant Athena Monteleone of the Public Integrity Bureau's Special Investigations Section was investigating complaint CTN# 2024-0380-P, involving SPO Chad Cockerham. On that date, Sergeant Monteleone received an email from the complainant, Mr. Skip Gallagher, requesting the inclusion of the years 2014–2017 in the investigation, citing payroll fraud and departmental (Secondary Employment) violations.

The complainant, Mr. Skip Gallagher, alleged that SPO Chad Cockerham violated Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud, Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 25, Rule 4: Performance of Duty, Paragraph

4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 28, and Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 32.

Upon completion of the investigation, which included reviewing the complaint filed by the complainant, interviewing the accused, and all possible witnesses, and reviewing all pertinent documentation, as it relates to Rule 2 Moral Conduct, Paragraph 1 – Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud, the investigator was not able to determine, by a preponderance of the evidence, that the alleged misconduct did occur. The investigation sought to determine whether SPO Cockerham knowingly received payment for services not rendered or grossly inadequate for compensation received. Sergeant Sam conducted a comprehensive review of work schedules, payroll records, and secondary employment logs and contacted the Office of Secondary Employment (OPSE) to obtain sign-in sheets and other documentation. However, due to time constraints and a lack of available documentation, no records were provided to substantiate or refute the claim that Officer Cockerham received compensation for work not performed. Additionally, all Mr. Gallagher's supplementary evidence (Excel spreadsheets) was not received before the conclusion of the investigation, leaving critical gaps in evidence. Furthermore, while Louisiana R.S. 14:138 has a six-year statute of limitations, and all of the alleged misconduct were within that timeframe, the absence of verifiable documentation prevents any conclusive determination regarding intent or actual fraudulent compensation. As a result, this violation was Not Sustained.

Upon completion of the investigation, as it relates to Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 25, the investigator was not able to determine, by a preponderance of the evidence, that the alleged misconduct did occur. Regarding the allegation that SPO Chad Cockerham engaged in secondary employment during regular duty hours, Sergeant Sam conducted a thorough review of Cockerham's work schedules and contacted Ms. Naimah Abdul-Rahmaan of the Office of Secondary Employment (OPSE) to obtain sign-in sheets and logs for the dates in question. However, due to time constraints and the unavailability of pertinent documentation, Sergeant Sam was unable to confirm or refute whether SPO Cockerham worked overlapping shifts. Without verifiable evidence of simultaneous regular duty and secondary employment, the investigator could not determine, by a preponderance of the evidence, that misconduct occurred under Paragraph 25. Therefore, the violation under Paragraph 25 was Not Sustained.

Upon completion of the investigation, as it relates to Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 28, the investigator was able to determine, by a preponderance of the evidence, that the alleged misconduct did occur. In reviewing SPO Cockerham's secondary employment hours, clear instances were found where he exceeded the 24-hour weekly limit for secondary employment without the requisite special-event authorization. These overages indicated non-compliance with policy, thereby supporting a finding that the violation was sustained.

Additionally, further examination of SPO Cockerham's adherence to Paragraph 28, which limits police secondary employment to a maximum of 24 hours per seven-day workweek, revealed multiple instances during 2015 to 2017 where he exceeded this weekly limit:

April 26–May 2, 2015: Worked 58 hours (Exceeded by 26 hours)
June 21–June 27, 2015: Worked 29 hours (Exceeded by 5 hours)
October 4–October 10, 2015: Worked 34 hours (Exceeded by 2 hours)
January 3– January 9, 2016: Worked 32.25 hours (Exceeded by 0.25 hours)
July 17–July 30, 2016: Worked 32 hours (Exceeded by 8 hours)
February 26–March 4, 2017: Worked 40.5 hours (Exceeded by 0.5 hours)

These documented overages, supported by comprehensive hour logs and absence of authorized exceptions under Paragraph 29, conclusively demonstrate that SPO Cockerham violated Paragraph 28. Therefore, the violation under Paragraph 28 was Sustained.

Upon completion of the investigation, as it relates to Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 32, the investigator was able to determine, by a preponderance of the evidence, that the alleged misconduct did occur. SPO Cockerham's time records revealed repeated instances of working more than 16 hours in a 24-hour period without the minimum eight-hour rest. Documentation reflected a pattern of exceeding this limit, thus constituting a direct breach of departmental policy and leading to a sustained recommendation. Under Paragraph 32, members are prohibited from working more than 16 hours within a 24-hour period, which includes all forms of work such as regular duty, overtime, court time, and secondary employment. The investigator identified 940 instances between 2014 and 2017 where SPO Cockerham exceeded this daily limit consistently worked beyond the 16-hour threshold without adhering to the mandatory eight-hour rest period. The extensive evidence of repeated breaches of Paragraph 32 underscores a pattern of neglecting mandatory rest periods and demonstrated a clear disregard for departmental policies.

## RECOMMENDATIONS

Based on the information revealed in this investigation, Sergeant Mary Sam recommends the following disposition:

**Officer Chad Cockerham**

**V1: Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud. Public payroll fraud is committed when: (1) Any person shall knowingly receive any payment or compensation, or knowingly permit his name to be carried on any employment list or payroll for any payment or compensation from the state, for services not actually rendered by himself, or for services grossly inadequate for the payment or compensation received or to be received according to such employment list or payroll; or (2) Any public officer or public employee shall carry, cause to be carried, or permit to be carried, directly or indirectly, upon the employment list or payroll of his office, the name of any person as employee, or shall pay any employee, with knowledge that such employee is receiving payment or compensation for services not actually rendered by said employee or for services grossly inadequate for such payment or compensation. ........................................................................................ NOT SUSTAINED**

*The investigation into the allegation that SPO Chad Cockerham engaged in public payroll fraud by allegedly working overlapping regular duty shifts and police secondary employment details was initiated following a complaint from Mr. Skip Gallagher. The allegations were evaluated under NOPD Rule 2 Moral Conduct, Paragraph 1 – Adherence to Law, specifically Louisiana Revised Statute 14:138 (Public Payroll Fraud), which prohibits public employees from receiving compensation for services not actually rendered or for inadequate services relative to the payment received.*

*To investigate these claims, Sergeant Mary Sam conducted a thorough review of Officer Cockerham's secondary employment records, cross-referencing them with his regular duty schedules. Based on the identified dates of concern, Sergeant Sam contacted Ms. Naimah Abdul-Rahmaan of the Office of Secondary Employment (OSE), which oversees detail assignments and maintains sign-in logs and payroll records for off-duty assignments.*

*In an effort to determine whether Officer Cockerham worked overlapping shifts, Sergeant Sam formally requested sign-in sheets, payroll records, or any other relevant documentation to verify the allegations. However, due to time constraints and the unavailability of additional evidence, Ms. Abdul-Rahmaan was unable to provide the necessary records before the conclusion of the investigation. Furthermore, while the complaint raised concerns regarding possible overlapping shifts, the investigation did not yield sufficient documentation to confirm or refute the allegations. The absence of sign-in sheets, detailed payroll records, and independent verification prevents a conclusive determination.*

*Additionally, the Louisiana law provides a six-year statute of limitations for public payroll fraud, prosecutorial action is limited without clear and substantial evidence. Many of the alleged instances between 2014 and 2017 fall within this timeframe, but due to the minimal nature of the overlaps and inconclusive evidence, pursuing criminal charges would be impractical and unlikely to succeed. Under the preponderance of the evidence standard, an allegation must be more likely than not to have occurred. In this case, the lack of direct documentation, corroborating witness statements, or official timekeeping records prevents the investigator from concluding that the misconduct definitively occurred. Given the lack of substantial evidence, the inability to obtain key records, and the legal constraints related to prosecutorial action, Sergeant Sam did not establish intentional misconduct or a pattern of payroll fraud on the part of Officer Cockerham.*

*Due to the insufficient evidence available to establish, by a preponderance of the evidence, that Officer Cockerham knowingly engaged in payroll fraud or worked overlapping shifts, the appropriate finding for this investigation was Not Sustained. The absence of conclusive documentation from the Office of Secondary Employment resulted in an inconclusive determination regarding whether the policy violation occurred.*

**V2: Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 25. Members authorized to work police secondary employment may perform or engage in authorized assignments only during the hours they are off duty. Members may accept and work a police secondary employment opportunity when not on duty or while on authorized leave.**

.......................................................................................... **NOT SUSTAINED**

*The investigation into allegations that SPO Chad Cockerham may have worked both a regular duty shift and a secondary employment detail simultaneously was initiated based on a complaint from Mr. Skip Gallagher. The complaint cited potential violations of NOPD Policy 1041, Chapter 22.08, Paragraph 25, which states that members authorized to work police secondary employment may only do so during the hours they are off duty and may not engage in secondary employment while on regular duty or unauthorized leave.*
*To verify these claims, Sergeant Mary Sam conducted a comprehensive review of SPO Cockerham's secondary employment work schedule and identified multiple dates in question. To obtain further clarification, Sergeant Sam contacted Ms. Naimah Abdul-Rahmaan of the Office of Secondary Employment (OSE), which oversees detail assignments and maintains records related to officer sign-in sheets and logs.*

*Sergeant Sam formally requested sign-in sheets, logs, or any relevant documentation that could either confirm or refute the alleged time overlaps. However, due to time constraints and a lack of available documentation, the Office of Secondary Employment was unable to provide any records verifying whether SPO Cockerham's secondary employment shifts overlapped with his regular duty shifts. Due to the absence of verifiable timekeeping records (i.e., sign-in sheets, time logs, or supervisor reports) it prevented Sergeant Sam from being able to make a conclusive determination of whether policy violations occurred. Under the preponderance of evidence standard, an allegation must be supported by evidence showing that it is more likely than not that the misconduct occurred. In this case, no sufficient evidence was obtained to meet this burden.*

*The investigation did not yield any independent witness statements, supervisor observations, or corroborating reports indicating that SPO Cockerham was simultaneously working regular duty and secondary employment during the alleged dates.*
*Based on the lack of conclusive evidence, Sergeant Sam was unable to determine whether the alleged misconduct occurred. Due to insufficient documentation and the inability to confirm or refute the alleged violations, the appropriate was Not Sustained, as the evidence did not meet the threshold required to substantiate the allegation.*

**V3: Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 28. Police Secondary employment by NOPD members is generally limited to a maximum of 24 hours per seven-day work week (Sunday through Saturday). Exceptions to the 24-hour limitation may be granted for special events where staffing requirements are so intensive that sufficient staffing resources may not be available for the safe operation of the event (e.g. – Jazz Fest, Mardi Gras, etc.). Application for an event exception will be made in advance via interoffice correspondence (NOPD Form 105) by a member or event coordinator which will estimate the number hours a member may exceed the maximum threshold and forwarded through appropriate chain of command for review and final approval by the Superintendent of Police or his/her designee. (5 counts).**
..........................................................................................**SUSTAINED**

*The investigation into Officer Chad Cockerham's secondary employment practices, initiated by a complaint from Mr. Skip Gallagher, revealed multiple instances of non-compliance with NOPD Policy 22.08: Police Secondary Employment (Policy 1041). Specifically, Paragraph 28 of this policy limits police secondary employment to a maximum of 24 hours per seven-day workweek (Sunday through Saturday). However, Paragraph 29 does provide for exceptions in cases of large-scale special events (such as Mardi Gras and Jazz Fest), provided such exceptions are authorized by the Superintendent of Police.*

*A thorough review of Officer Cockerham's secondary employment records from 2015 to 2017 identified five specific weeks where he exceeded the approved weekly secondary employment limits:*

*April 26 – May 2, 2015 (Approved Limit: 32 hours) – Officer Cockerham worked 58 hours, exceeding the limit by 26 hours.*
*June 21 – June 27, 2015 (Approved Limit: 24 hours) – Officer Cockerham worked 29 hours, exceeding the limit by 5 hours.*
*October 4 – October 10, 2015 (Approved Limit: 32 hours) – Officer Cockerham worked 34 hours, exceeding the limit by 2 hours.*
*January 3 – January 9, 2016 (Approved Limit: 32 hours) – Officer Cockerham worked 32.25 hours, exceeding the limit by 0.25 hours.*
*July 17 – July 30, 2016 (Approved Limit: 24 hours) – Officer Cockerham worked 32 hours, exceeding the limit by 8 hours.*
*February 26 – March 4, 2017 (Approved Limit: 40 hours) – Officer Cockerham worked 40.5 hours, exceeding the limit by 0.5 hours.*

*In each of these instances, Officer Cockerham exceeded the approved limits set forth by the department, which constitutes a direct violation of Policy 22.08, Paragraph 28. The policy is designed to regulate secondary employment to prevent officer fatigue, ensure proper rest between shifts, and maintain the integrity of NOPD staffing for regular duty assignments.*

*Importantly, there is no documentation or evidence indicating that any of these excess hours were authorized under the exception outlined in Paragraph 29, which would have required explicit approval from the Superintendent of Police. Without such authorization, these overages are clear policy violations.*

*Furthermore, exceeding secondary employment limits creates significant risks for both the officer and the department. Overworking in secondary employment can lead to officer fatigue, decreased on-duty performance, and potential liability concerns should an officer be involved in an incident due to exhaustion. These concerns underscore the importance of strict adherence to Policy 22.08 and highlighted why the department has placed reasonable restrictions on secondary employment hours. These violations were evaluated using the preponderance of the evidence standard, meaning that the evidence must show it is more likely than not that the alleged misconduct occurred. Based on the evidence collected, including documented secondary employment hours that clearly exceed policy limits, and the absence of any authorized exceptions, it was determined that Officer Cockerham did violate NOPD Policy 22.08 on multiple occasions. Therefore, the appropriate recommendation was Sustained, as the alleged*

*misconduct did occur and is supported by the evidence.*

**V4: Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment (Policy 1041), Paragraph 32. No member, including Reserve officers, shall work more than 16 hours within a 24-hour period. (The 24-period begins the first time the member reports for either regular duty or secondary employment, after his/her minimum 8 hours rest period.) These hours are cumulative and include normal scheduled work hours, overtime, court time, off-duty police secondary employment, or outside employment. (250counts).**

**…………………………………………………………………………………………SUSTAINED**

*The investigation into Officer Chad Cockerham's work schedule, prompted by a complaint from Mr. Skip Gallagher, revealed systemic and repeated violations of the New Orleans Police Department's (NOPD) 16-hour rule as outlined in Policy 1041, Chapter 22.08 of the department's Operations Manual. This policy explicitly limits members to a maximum of 16 hours of combined work—including regular duty, overtime, court appearances, and police secondary employment—within a 24-hour period. The policy mandates that members must have an eight-hour rest period before beginning their next work shift. A comprehensive review conducted by Sergeant Mary Sam utilized the 16:35 Rule Calculator to analyze Officer Cockerham's total work hours from 2014 to 2017, including regular duty shifts, overtime, court time, and secondary employment. The findings indicate 940 documented violations where Officer Cockerham exceeded the 16-hour work limit and/or failed to observe the mandatory rest period, broken down as follows: (2014: 146 violations, 2015: 262 violations, 2016: 270 violations, 2017: 262 violations).*

*The magnitude and frequency of these violations demonstrate a consistent failure to comply with departmental policies designed to prevent officer fatigue, ensure peak job performance, and maintain public safety. The 16-hour rule exists for critical reasons, including, officer safety & performance, and public & officer liability amongst other importation reasons. Working beyond 16 hours in a 24-hour period leads to fatigue, diminished cognitive function, slower reaction times, and impaired judgment, increasing the risk of critical errors in decision-making, use of force incidents, and overall effectiveness in law enforcement duties.*

*Additionally, extended working hours increase the likelihood of mistakes, posing a risk to the officer, the department, and the community. Fatigued officers are more prone to accidents, misjudgments in high-stress situations, and excessive use of force claims. The department enforces the 16-hour limit and mandatory rest period to ensure that officers remain fit for duty, uphold professional standards, and comply with national best practices in law enforcement workforce management. The fact that these 940 violations span a four-year period can indicated that this was not an isolated or occasional oversight but rather a pattern of persistent non-compliance with established NOPD policy. Furthermore, it may also indicate a significant lapse in supervision and/or a lack of clear understanding of departmental regulations regarding secondary employment and work-hour limitations.*

*These violations were evaluated using the preponderance of the evidence standard, which requires that the evidence show it is more likely than not that the alleged misconduct occurred.*

*Given the overwhelming documentation of 940 separate violations, it is indisputable that Officer Cockerham failed to comply with Policy 1041, Chapter 22.08 by repeatedly exceeding the 16-hour work limit and failing to take the required eight-hour rest period before resuming work. As a result, the appropriate recommendation was Sustained, as the evidence clearly supports that the alleged violations did occur, and Officer Cockerham's conduct was in direct violation of departmental regulations.*

**Officer Chad Cockerham may have also violated Rule IX of the Civil Service Rules for the City of New Orleans, Relative to Maintaining Standards of Service.**

Respectfully Submitted,

Sergeant Mary Sam
Public Integrity Bureau

CONCUR / ~~DO NOT CONCUR~~

Lieutenant Kenny Temple
Public Integrity Bureau

4/9/2025 12:00pm
Date/ Time

CONCUR / ~~DO NOT CONCUR~~

Capt. [signature]
TBR Captain Precious Banks
Public Integrity Bureau

4.15.25 | 2:26p
Date/ Time

CONCUR/ ~~DO NOT CONCUR~~

Deputy Superintendent Keith Sanchez
Public Integrity Bureau

4-21-25 12:15pm
Date/ Time

CONCUR / ~~DO NOT CONCUR~~

Anne E. Kirkpatrick
Superintendent of Police

4/21/25 12:15pm
Date/ Time

# EXHIBITS

EXHIBITS A. P.I.B. Transmittal Form under CTN: 2024-0446-P (1 page – original)

EXHIBITS B. Initial Intake form under PIB Control # 2024-0466-P. (5 Pages original)

EXHIBITS C. Formal Disciplinary Investigation 2024-0446-P. (4 Pages original)

EXHIBITS D. Copy of Civil Service Extension Request. (2 Pages)

EXHIBITS E. Copy of the introduction letter to Mr. Gallagher (1 Page)

EXHIBITS F. Copy of email notice to the accused of pending investigation and copy of NOPD Policy 1041, pertaining to NOPD Chapter 22.08, Title: Police Secondary Employment, which was in effect at the time the alleged misconduct occurred. (21 Pages)

EXHIBITS G. Copy of weekly limits authorized by the Superintendent of Police, communicated via departmental email, and records of detail hours worked by Officer Cockerham, provided by the Office of Secondary Employment, which oversees the distribution of detail assignments. (27 Pages)

EXHIBITS H. Copies of the calculations entered into the 16.35 Rule Calculator to calculate the hours. (205 Pages)

EXHIBITS I. Copy of Excel spreadsheet submitted by Mr. Gallagher for the year 2017. (15 Pages)

EXHIBITS J. Copies of Officer Cockerham's ADP timecards for 2014–2017. (87 Pages)

EXHIBITS K. Copy of continuing investigation to the complainant. (1 Page)

EXHIBITS L. Copies of call back attempt to Mr. Gallagher. (1 Page)

EXHIBITS M. Copy of email notice to render statement to the accused. (17 Pages)

EXHIBITS N. Copy of audio recorded call back to the complainant. (1 Disc)

EXHIBITS O. Copy of signed Notice of NOPD Internal Disciplinary Investigation Rights and Responsibilities of Employee Under Investigation & Notification to Appear to Render a Statement Form. (2 Pages)

EXHIBITS P. Copy of audio recorded statement accused. (1 Disc)

EXHIBITS Q. Copy of Officer Cockerham's PIB Short Report. (4 Pages)

EXHIBITS R. Copies of Excel spreadsheet submitted by Mr. Gallagher for the year 2016. (14 Pages).

EXHIBITS S. Copy of email to Ms. Naimah Abdul-Rahmaan of the Office of Secondary Employment. (3 Pages)

EXHIBITS T. Copy of email Notice of Disposition sent to the accused officer (3 Pages) (1 disc)

# INITIAL COMPLAINT

## ORIGINAL TRANSMITTAL-INVESTIGATIVE CASE EXHIBIT A

PIB Control # 2024-0446-P OIPM ____ ____ ___ Originated from Web

PIB Commander Review (initial) PB Date: 8/22/24 RFC: ____

**CASE TYPE**

___ Adherence to Law
X Administrative
___ Bias/Racial Profiling/Discrimination Policing
___ Criminal (Orleans)
___ Crminal (Other Juris)
___ Unauthorized Force
___ Domestic Violence
___ LGBTQ
___ False/Inaccurate
___ BWC
___ LEP
___ 1st Amend
___ Workplace Discrimination/Retaliation

**PIB ONLY**

Emergency Suspension Date ____ Reassignment Date ____

From Unit ____ To Unit ____

Date of Cognization of Allegation 8/12/2024

Date Control # Issued 8/19/2024

Date Complaint Form Received in PIB 8/19/2024

Date Investigation Determined (w/n 3 days receipt) ____

Date of Classification (due w/n 14 days of cognizance) 8/19/2024
**(Date of Classfication is DATE FORM COMPLETED)**

Date Invest due in PIB (40 days from cognizance) 9/21/2024

Date Invest due to PIB, if 60-day extension is approved 11/20/2024

Date Invest Final (60 days from cognizance) 10/11/2024

Date Invest Returned to PIB ____

90 Days 11/10/2024

120 Days 12/10/2024 150 Days 1/9/2025

**TRANSMITTAL FORM**

Form Completed by: INV SUPV Arlen Barnes

Date Form Rec'd/completed 8/20/2024

Assigned to: **PIB - SIS**

| | |
|---|---|
| Number of CDs: | 0 |
| Number of Photos: | 0 |
| Other (Specify): | 3 Attachments |

REC'D BY BUREAU REP (SIGN & DATE) SSL

Remarks

## MUST BE COMPLETED BY INVESTIGATOR AND INVESTIGATOR'S COMMANDER

Date Investigator Rec'd from Bureau Rep ____

Assigned Investigator (sign & print name) ____

Date Extension Request sent to Civil Service ____

Date receipted copy of ext. request email to PIB ____

Date intro letter sent to complainant ____

Date completed invest due to invest's supervisor ____

Date Comp. invest given to invest's commander ____

Granted: ____ (Circle one below)
Y / N / MOOT / Mediation / PIB

Date(s) status letter(s) sent ____

Date Rec'd by Supervisor ____

Approved by Commander ____

| | DATE | BY WHOM |
|---|---|---|
| Verbal notice of disposition to accused | | |
| Written notice of disposition to accused | | |
| Written notice of disposition signed by accused | | |

### MUST BE COMPLETED BY INVESTIGATOR'S BUREAU

Rec'd by Bureau Rep (signature, printed name, and date of receipt Sgt Corey Lymous [signature]

Date completed investigation due to Bureau Chief ____

Date Completed Investigation rec'd by Bureau Chief ____

Completed Invest approved by Bureau Chief (sign and date) ____

ORIGINAL TRANSMITTAL-INVESTIGATIVE CASE EXHIBIT A

PIB Control # 2024-0446-P OIPM

PIB Commander Review (initial) PB Date: 8/22/24

___ Originated from Web

RFC: ___

**CASE TYPE**

___ Adherence to Law
X Administrative
___ Bias/Racial Profiling/Discrimination Policing
___ Criminal (Orleans)
___ Crminal (Other Juris)
___ Unauthorized Force
___ Domestic Violence
___ LGBTQ
___ False/Inaccurate
___ BWC
___ LEP
___ 1st Amend
___ Workplace Discrimination/Retaliation

**PIB ONLY**

Emergency Suspension Date ___ Reassignment Date ___

From Unit ___ To Unit ___

| | |
|---|---|
| Date of Cognization of Allegation | 8/12/2024 |
| Date Control # Issued | 8/19/2024 |
| Date Complaint Form Received in PIB | 8/19/2024 |
| Date Investigation Determined (w/n 3 days receipt) | |
| Date of Classification (due w/n 14 days of cognizance) **(Date of Classfication is DATE FORM COMPLETED)** | 8/19/2024 |
| Date Invest due in PIB (40 days from cognizance) | 9/21/2024 |
| Date Invest due to PIB, if 60-day extension is approved | 11/20/2024 |
| Date Invest Final (60 days from cognizance) | 10/11/2024 |
| Date Invest Returned to PIB | |

**TRANSMITTAL FORM**

Form Completed by: INV SUPV Arlen Barnes

Date Form Rec'd/completed 8/20/2024

Assigned to: **PIB - SIS**

| | |
|---|---|
| Number of CDs: | 0 |
| Number of Photos: | 0 |
| Other (Specify): | 3 Attachments |

90 Days 11/10/2024

120 Days 12/10/2024 150 Days 1/9/2025

REC'D BY BUREAU REP (SIGN & DATE) ___

Remarks

## MUST BE COMPLETED BY INVESTIGATOR AND INVESTIGATOR'S COMMANDER

Date Investigator Rec'd from Bureau Rep ___
Assigned Investigator (sign & print name) ___
Date Extension Request sent to Civil Service ___
Date receipted copy of ext. request email to PIB ___
Date intro letter sent to complainant ___
Date completed invest due to invest's supervisor ___
Date Comp. invest given to invest's commander ___

Granted: ___ (Circle one below)
Y / N / MOOT / Mediation / PIB

Date(s) status letter(s) sent ___
Date Rec'd by Supervisor ___
Approved by Commander ___

| | DATE | BY WHOM |
|---|---|---|
| /erbal notice of disposition to accused | | |
| Vritten notice of disposition to accused | | |
| Vritten notice of disposition signed by accused | | |

## MUST BE COMPLETED BY INVESTIGATOR'S BUREAU

ec'd by Bureau Rep (signature, printed name, and date of receipt ___
ate completed investigation due to Bureau Chief ___
ate Completed Investigation rec'd by Bureau Chief ___
ompleted Invest approved by Bureau Chief (sign and date) ___

**COMPLAINT TRACKING # (CTN):** 2024-0446-P
**DATE COMPLAINT RECEIVED:** 8/12/24
(Complaint Cognizance Date)
**DATE CTN ISSUED:** 8/19/24
**DATE FORM 230 RECEIVED BY PIB:** 8/19/24
**CLASSIFICATION DATE:** 8/19/24
**CLASSIFICATION: FDI**
**DOMESTIC INCIDENT:NO**
**SEXUAL HARASSMENT: NO**

**Source**
__x_ **Public Complaint** ___**NOPD Supervisor** ____ **NOPD Employee**

**How Complaint Received**
**Violation Observed** __X_ **In Person** ___ **Telephone** ___ **Correspondence** __ **During Investigation**

---

**Investigator Initiating Complaint:** Sergeant Athena Monteleone
**Assignment:** Public Integrity Bureau, Special Investigations Section

**Complainant's Name, Race, Sex D.O.B. or EMP #:** Skip Gallagher, W, M, Unknown
**Complainant's Address, Zip Code:** 516 Belleville St. New Orleans, LA 70114
**Home/Business/Cell Phone:** 504-388-1846
**Email Address:** Gallagher.dr@gmail.com

**Date and Time Incident of Complaint Occurred:** 2014-2017

**Location Where Incident of Complaint Occurred:** ISB

**Duty Status:** On Duty _X_ / Off Duty __ /Detail __
**Shift:** 1st _X_/ 2nd _ / 3rd _
**Clothing:** Regular Uniform _X_ Task Force Uniform __ Plainclothes ___

**Total Number of Accused Officers**: 1

Suspended: _____
Reassigned: _X_

**Accused Member: Rank, Name, Race, Sex, Employee #, Assignment**
Police Officer Chad Cockerham, B, M, SID Intel, 019768

**Alleged Rule Violation/s (State Specific Rule):**
**V1:** Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud.
**V2:** Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment, Paragraph 25.
**V3**: Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.08 Police Secondary Employment, Paragraph 28.
**V4:** Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment, Paragraph 32.

**Accused Member's Supervisor (Rank, Name, Employee #):**
Sergeant Gary Lacabe, 006634

**WITNESSES: NONE**

**GIST OF COMPLAINT / INTAKE INVESTIGATION:**

On August 12, 2024, Sergeant Athena Monteleone, assigned to the Public Integrity Bureau, Special Investigations Section, was investigating complaint CTN# 2024-0380-P, with the accused officer, Officer Chad Cockerham. On said date, Sergeant Monteleone received an email from the complaint, Mr. Skip Gallagher, requesting to add years 2014-2017, citing payroll fraud and departmental (Secondary Employment) violations. Mr. Gallagher further stated he would provide documents to substantiate his allegations at a further date. If/when Mr. Gallagher provides the documents to Sergeant Monteleone, they will be forwarded to the assigned investigator.

On August 16, 2024, Sergeant Monteleone discussed this additional information addition to Chief Keith Sanchez, Chief Eric Carter, and Captain Precious Banks, all assigned to PIB. Sergeant Monteleone was instructed to initiate an investigation for the additional years of 2014-2017 due to the current investigation (CTN# 2024-0380-P) being initiated on July 17, 2024, with the years of allegation 2018-July 2024.

It should be noted, On July 22, 2024, Officer Cockerham was placed on Administrative Reassignment, under CTN# 2024-0380-P for Rule 2: Moral Conduct, Paragraph 1: Adherence to Law to wit La R.S. 14:138- Relative to Public Payroll Fraud.

Further investigation will need to be conducted for accuracy of the below listed allegations.

Based on the provided information, Officer Cockerham may have violated Rule 2 Moral Conduct, Paragraph 1 Adherence to Law to wit Louisiana R.S. 14:138 Public Payroll Fraud if he intentionally received funds after fraudulently claiming he worked documented hours.

Based on the provided information, Officer Cockerham may have violated Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment, Paragraph 25 if he was paid for both OPSE Secondary Employment and Regular (NOPD) working at the same time.

Based on the provided information, Officer Cockerham may have violated Rule 4: Performance of Duty, Paragraph 4: Neglect of Duty, C6 to wit NOPD Chapter 22.8 Police Secondary Employment, Paragraph 28 if he exceeded the 24-hour limit of Secondary Employment from Sunday through Saturday.

Based on the provided information, Officer Cockerham may have violated Rule 4 Performance of Duty, Paragraph 4 Neglect of Duty C6 to wit NOPD Chapter 22.08 Police Secondary Employment, Paragraph 32 if he exceeded the daily allowed working hours of 16-hours and 35-minutes in a 24-hour period.

As it relates to the allegation of Officer Cockerham not having the 15-minute travel time (as per Chapter 22:08, Paragraph 93), this Policy was not in effect until June 12, 2022. Therefore, 2014-2017 does not apply.

**Attachments:**

1) Form 230
2) Email from Mr. Gallagher
3) Short form for SPO Cockerham

**Investigation will be assigned to:** (circle one)

P.I.B. P.S.A.B. Other Bureau Criminal F.I.T. Outside Entity

## CLASSIFICATION (check One):

☒Formal Disciplinary Investigation (FDI)
- ☐ Serious Misconduct (see Chapter 52.1 – Paragraph 81)

☐ Credible Violation/Infraction (CVI)
☐ Minor Violation/Infraction (MVI)
☐ No Formal Investigation Merited (NFI)
☐ Negotiated Settlement Agreement (NSA)
☐ Cleared by Camera (CBC)
☐ Mediation (MED)
☐ Cancelled (CAN)
☐ Duplicate (DUP)

Classification considerations shall be noted in the intake investigation narrative and checked below if applicable.

| MEDIATION | NEGOTIATED SETTLEMENT | NO FORMAL INVESTIGATION MERITED | MINOR VIOLATION / INFRACTION (MVI) |
|---|---|---|---|
| • Public Complaint Yes or No<br>• Two Mediations within 12-month Period Yes or No<br>• Violations Qualify Yes or No | • Internally Initiated Yes or No<br>• Meets requirements of Chapter 52.2 Yes or No<br>• Discipline ranges from Letter to 10 days Yes or No | • Based on enforcement still awaiting adjudication Yes or No<br>• Delay in Services due to workload Yes or No<br>• Civil Matter Yes or No<br>• Identity of Officer is unknown/non-NOPD Yes or No | • Internally Initiated Yes or No<br>• Minor Violation Yes or No |
| **CREDIBLE VIOLATION / INFRACTION (CVI)** | **CLEARED BY CAMERA** | **CANCELLED** | **DUPLICATE** |
| • Public Complaint Yes or No<br>• Meets the standards of Chapter 52.1 Paragraphs 60 and 70-73 Yes or No | • Allegation is clearly, demonstrably unfounded or exonerated by camera footage Yes or No<br>• No other misconduct is evident Yes or No | • Internal Complaint Yes or No<br>• Complaint was erroneously generated Yes or No<br>• Cancellation requested by initiating supervisor Yes or No | • Complaint alleges misconduct that was already investigated Yes or No<br>• Involves facts and circumstances that differ from the resolved complaint Yes or No |

** Attach short forms and highlight previous Mediation/Negotiated Settlements**

**Approved/Disapproved**

**Completed By:** [signature]
**(Sign & Date) Sergeant Athena Monteleone** 8/19/24

**Reviewed By:** Alvin S. Barnes 08.20.2024
**(Sign & Date)Intake Sup. Sylvia Martin**

**Approved/Disapproved**

**Commander of PIB:** [signature] 8/22/2024
**(Sign & Date) Commander of PIB**

**Approved/Disapproved**

**Chief of PIB:** ____________________
**(Sign & Date) Deputy Superintendent of PIB**

*NFIM/CANCELLED/DUPLICATE ONLY*

# DEPARTMENT OF POLICE

715 South Broad Street
New Orleans, LA 70119

"to protect and to serve"

LaToya Cantrell
MAYOR

Anne E. Kirkpatrick
SUPERINTENDENT

---

## PUBLIC INTEGRITY BUREAU INITIAL INTAKE FORM
(circle one)
COMMENDATION OR COMPLAINT

---

(NOPD Only) PIB CTN #: 2024-0446-P Today's Date: 8/19/2024 Time: 7:40am

Complainant's Last Name: Gallagher First Name: Skip Race: W Sex: M DOB: Unknown

Address: 516 Belleville St. City: New Orleans State: La ZIP: 70114

Contact #1: Mr. Gallaghger Email: Gallagher.dr@gmail.com Phone: 504-388-1846
Contact #2: Email: Phone:

Location(s) Incident Occurred: Unknown

Date & Time Incident(s) Occurred: years 2014-2017 NOPD Item #:

Do you have a COMMENDATION for, or COMPLAINT against, an NOPD employee? (Circle one)

Accused Officer 1: Chad Cockerham Rank: SPO Badge #: 1207

Accused Officer 2: Rank: Badge #:

(Please list additional officers in narrative) Were you directly involved in the incident? **YES / NO**

Please list the names and contact information for all witnesses:

Were you arrested? **YES / NO** Did you receive a ticket and/or summons for this incident? **YES / NO**

Were you injured during this incident? **YES / NO** If so, did you seek medical attention? **YES / NO**
If injured, please describe the injury and how it occurred.

**The below section is to be completed by NOPD supervisors ONLY******************************

If this is a public complaint, immediately obtain a complaint tracking number and provide it to the complainant along with a copy of this form. Submit this form to PIB before your tour of duty ends. Was the complainant's interview recorded? YES / NO (If no, explain why)
EMAIL

Shift designation (Circle One) 1st 2nd 3rd Duty Status (Check One) On duty ☒ Off ☐

Please print your name: A. Monteleone Rank: SGT Assignment: PIB

Signature: Phone #: 658-8000 Today's Date: 8/19/24

NARRATIVE PAGE

If you are making a complaint: What is your *primary* complaint and what outcome do you expect?
If you are making a commendation: What officer(s) would you like to commend, and why?
If you are reporting a minor violation, please summarize the behavior that constituted the violation.

See attached.

Please Print Complainant Name: Skip Gallagher Signature: [signature]

PIB CTN # 2024-0446-P (**PIB ONLY**): **Date Received:** 8/19/24 Intake Representative's Initials AM

NARRATIVE CONTINUED

**<u>The below section to be completed by NOPD supervisors for reporting Supervisor Feedback Log entries.</u>**

Please list the NOPD Rule and Paragraph, Chapter, or General Order violated:

**Issuing Supervisor Name:** ______________ **Title/Rank, Employee ID #:** ______________

**Issuing Supervisor Name:** ______________ **Title/Rank, Employee ID #:** ______________

**Signature of Accused:** ______________ **Date of signature** ______________

| ***PIB USE ONLY*** | SUPERVISOR FEEDBACK LOG ENTRY FOR MINOR VIOLATION |
| --- | --- |
| APPROVED BY: ______________ | DISAPPROVED BY: ______________ |

PIB CTN # 2024-0446-P ***(PIB ONLY)*: Date Received:** 8/19/24 Intake Representative's Initials AM

Athena Monteleone <amonteleone@nola.gov>
Mon 8/19/2024 7:04 AM

To:Nyketi Q. Hickman <nhickman@nola.gov>
Cc:Precious M. Banks <pmbanks@nola.gov>

Good morning,

While conducting a Criminal Investigation on Officer Chad Cockerham, the complainant, Skip Gallagher wished to add additional years to the investigation (2014-2017) with the below allegations. Upon discussing the request with Chief Sanchez and Captain Banks it was decided another CTN would need to be issued to allow the proper time for the additional years. Please see the below email from Mr. Gallagher dated 8/12/24 and have the next intake investigator on the list initiate this.

Thank you,

**Sergeant Athena T. Monteleone**
New Orleans Police Department
Public Integrity Division, Criminal Investigations Section
1340 Poydras Street, Ste 1900
New Orleans, La 70112
Desk: (504) 658-6800
Cell: (504) 579-6130
Email: amonteleone@nola.gov

---

**From:** C JG <gallagher.dr@gmail.com>
**Sent:** Monday, August 12, 2024 2:51 PM
**To:** Athena Monteleone <amonteleone@nola.gov>
**Subject:** Re: Criminal Investigation- Officer Cockerham- CTN#2024-0380-P

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Hello Sgt Moteleone,

I would like officer Cockerham investigated back to at least 2014. I do not have the records for 2014-2017 but will obtain them. I've attached a spreadsheet for officer Cockerham for 2019. Much the same as seen in 2018

Double Dipping
Exceeding 16:35
Impossible working hours
Often no transit time between Duty and Detail (for most examples this requires a minimum of 9 minute trip without traffic). In these instances with no travel time between duty and detail it is clear that officer Cockerham is being paid for a service he is not providing (payroll fraud).
Claimed only Sleep Details at Columbia Parc for the entire 2019 year

It is interesting to note that officer Cockerham claimed to work 36 continuous hours on 12 July 2019 claiming only two 1 minute breaks during that period. It is also clear from looking at the years I've examined that

Skip

Skip Gallagher, Ph.D.
gallagher.dr@gmail.com
(504) 388-1846

**PIB Officer Complaint History Short Report**

**SENIOR POLICE OFFICER Chad Cockerham [01207/019768]**

Windows Username: 019768 Hire date: Jan 04, 2009
Current assignment(s):
Bureau: ISB - Investigative Services Bureau
District / Division: SID
Division Assignment: Intelligence

**Public Initiated** **PIB Control Number: 2009-1024-C**
**Received: Sep 22, 2009**
**Item Number: 091024**
**Priority: DI-1**

Allegations:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - - UNFOUNDED -
Final Disposition: UNFOUNDED -
Actions taken:

Mar 17, 2010 - None Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - - UNFOUNDED -
Final Disposition: UNFOUNDED -
Actions taken:

Mar 17, 2010 - None Days/hrs suspended:

**Public Initiated** **PIB Control Number: 2009-1234-C**
**Received: Nov 04, 2009**
**Item Number: 091234**
**Priority: DI-1**

Allegations:
RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW - - NOT SUSTAINED - Oct 19, 2009
Final Disposition: CHARGES DISPROVEN - Oct 19, 2009
RULE 2: MORAL CONDUCT: PARAGRAPH 02 - COURTESY - - EXONERATED - Oct 19, 2009
Final Disposition: EXHONERATED - Oct 19, 2009
RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE - - NOT SUSTAINED - Oct 19, 2009
Final Disposition: CHARGES DISPROVEN - Oct 19, 2009
RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism - - NOT SUSTAINED - Oct 19, 2009
Final Disposition: CHARGES DISPROVEN - Oct 19, 2009
Actions taken:
Oct 19, 2009 - None Days/hrs suspended:
Oct 19, 2009 - None Days/hrs suspended:
Oct 19, 2009 - None Days/hrs suspended:
Oct 19, 2009 - None Days/hrs suspended:

THEFT

**Public Initiated** **PIB Control Number: 2011-1380-N**
**Received: Dec 21, 2011**
**Item Number: PR1**
**Priority: NFIM**

Allegations:
RULE 2: MORAL CONDUCT: PARAGRAPH 02 - COURTESY - - NFIM CASE - Apr 24, 2013
Final Disposition: NFIM CASE - Jan 06, 2015
Actions taken:

Jan 06, 2015 - None - NFIM Days/hrs suspended:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - NOPD Policy: Chapter 41.30 - Field Interviews - Stop and Frisk - NFIM CASE - Apr 24, 2013
Final Disposition: NFIM CASE - Jan 06, 2015

Actions taken:

Jan 06, 2015 - None - NFIM Days/hrs suspended:

**Rank Initiated** **PIB Control Number:** 2012-0417-R
**Received:** Apr 11, 2012
**Item Number:**
**Priority:** DI-1

Allegations:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - - SUSTAINED - May 23, 2012
Final Disposition: SUSTAINED - Dec 06, 2012
Actions taken:

Dec 06, 2012 - Suspended Days/hrs suspended: 1

**Use of force** **PIB Control Number:** UF2012-0394
**Received:** May 17, 2012 03:
**Item Number:** E-26017-12
**Priority:** NVO

| Use(s) of force | Effective/Not Effective |
|---|---|
| Taser | Effective |

Service being conducted: Pedestrian Stop Disposition/finding: No Violation Observed (NVO)

**Use of force** **PIB Control Number:** UF2012-0482
**Received:** Jun 02, 2012 22:
**Item Number:** F-02995-12
**Priority:** NVO

| Use(s) of force | Effective/Not Effective |
|---|---|
| Physical Force-Take Down | Effective |

Service being conducted: Call for ServiceDisposition/finding: No Violation Observed (NVO)

**Public Initiated** **PIB Control Number:** 2012-0937-N
**Received:** Oct 15, 2012
**Item Number:** IPM
**Priority:** NFIM

Allegations:
RULE 3: PROF CONDUCT: PARAGRAPH 01 - Professionalism - - NFIM CASE - Nov 26, 2012
Final Disposition: NFIM CASE - Aug 04, 2014
Actions taken:

Aug 04, 2014 - None - NFIM Days/hrs suspended:

**Public Initiated** **PIB Control Number:** 2012-1118-N
**Received:** Dec 04, 2012
**Item Number:**
**Priority:** NFIM

Allegations:
RULE 6: OFFICIAL INFO: PARAGRAPH 02 - FALSE OR INACCURATE REPORTS - - NFIM CASE - Mar 08, 2013
Final Disposition: NFIM CASE - Mar 08, 2013

**Public Initiated** **PIB Control Number:** 2013-0007-N
**Received:** Jan 04, 2013
**Item Number:**
**Priority:** NFIM

Allegations:
RULE 2: MORAL CONDUCT: PARAGRAPH 06 - UNAUTHORIZED FORCE - - NFIM CASE - Jan 04, 2013
Final Disp: <Not yet entered>

**Public Initiated** **PIB Control Number:** 2013-0902-C
**Received:** Nov 26, 2013

**Item Number:**
**Priority: DI-1**

Allegations:
RULE 2: MORAL CONDUCT: PARAGRAPH 01 - ADHERENCE TO LAW - (See Attached Criminal Charges) - UNFOUNDED - May 22, 2015
Final Disposition: UNFOUNDED - May 22, 2015
Actions taken:

May 22, 2015 - None - Unfounded Days/hrs suspended:

Charges:

State Felony Law Violation 11/23/2013 [Malfeasance In Office] -

**Rank Initiated** **PIB Control Number: 2014-0712-R**
**Received: Oct 13, 2014**

**Item Number:**
**Priority: DI-1**

Allegations:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - Policy # 300 - Procedures; Policy 348 - PR348 - Court Appearance and Subpoenas; Paragraph 348.2.6 - Failure To Appear - SUSTAINED - Dec 15, 2014
Final Disposition: SUSTAINED - Jan 14, 2015
Actions taken:

May 26, 2015 - Suspension Days/hrs suspended: 1

**Public Initiated** **PIB Control Number: 2019-0041-P**
**Received: Jan 22, 2019**

**Item Number: A-16302-19**
**Priority: DI-1**

Allegations:
RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 6 - Failing to comply with instructions, oral or written, from any authoritative source. - EXONERATED - Apr 09, 2019
Final Disposition: EXONERATED - May 30, 2019

**Public Initiated** **PIB Control Number: 2019-0336-P**
**Received: Jun 04, 2019**

**Item Number:**
**Priority: DI-1**

Allegations:
RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - NOPD Policy: Chapter 22.08 - Police Secondary Employment, Paragraph 12 - SUSTAINED - Sep 26, 2019
Final Disposition: EXONERATED - Sep 21, 2020
Actions taken:

Sep 21, 2020 - None - Exonerated Days/hrs suspended:

exonerated in hearing

RULE 4: PERF OF DUTY: PARAGRAPH 02 - INSTRUCTIONS FROM AUTHORITATIVE SOURCE - NOPD Policy: Chapter 22.08 - Police Secondary Employment, Paragraph 81 - SUSTAINED - Sep 26, 2019
Final Disposition: EXONERATED - Sep 21, 2020
Actions taken:

Sep 21, 2020 - None - Exonerated Days/hrs suspended:

exonerated in hearing

**Rank Initiated** **PIB Control Number: 2021-0544-R**
**Received: Oct 11, 2021**

**Item Number:**

**Priority: DI-1**

Allegations:

RULE 4: PERF OF DUTY: PARAGRAPH 04 - NEGLECT OF DUTY - Paragraph C: Subparagraph 8 - Failing to thoroughly search for, collect, preserve, and identify evidence in an arrest or investigative situation. - NOT SUSTAINED - Jan 08, 2022

Final Disposition: NOT SUSTAINED - Feb 08, 2022

Actions taken:

Feb 08, 2022 - None - Not Sustained Days/hrs suspended:

Printed: Aug 19, 2024 10:11 By: Investigator Specialist Nicole Cody