AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Louisiana

| | |
|---|---|
| CHAD DURAN COCKERHAM | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:26-CV-00647 |
| CITY OF NEW ORLEANS, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CITY OF NEW ORLEANS
Through Agent for Service of Process
Charline K. Gipson, City Attorney of New Orleans
1300 Perdido Street, Suite 5E03 (Law Department)
New Orleans, Louisiana 70112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzette P. Bagneris
The Bagneris Firm, LLC
1929 Jackson Avenue
New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: _____Apr 02 2026_____          _____
Deputy clerk's signature

Case 2:26-cv-00647-CJB-DPC   Document 7   Filed 04/02/26   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:26-CV-00647

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* *Charline Gipson* , who is
designated by law to accept service of process on behalf of *(name of organization)* *City of New Orleans*
on *(date)* *04/29/26* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *5/8/26*                          *Suzette Bagneris*
                                         Server's signature

                                         *Suzette Bagneris, Attorney*
                                         Printed name and title

                                         *1929 Jackson Avenue, New Orleans, LA 70113*
                                         Server's address

Additional information regarding attempted service, etc: