

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New Orleans Police Dept
Through Agent
Charline Gipson, City Attorney
1300 Perdido Street, Ste 5E03
New Orleans, LA 70112

9590 9402 8546 3186 9991 52

2. Article Number (Transfer from service label)

7008 1830 0001 7362 4530

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

NEW ORLEANS LA 700
30 APR 1804H 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8546 3186 9991 52

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

BAGNERIS LAW FIRM
1929 Jackson Ave
New Orleans LA 70113-1511

Cockerham v CNO Re Petition