AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.       **2:26-CV-00647**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Charles Gallagher**
was received by me on  **7/11/2026**:

☒ I personally served the **SUMMONS; COMPLAINT FOR DAMAGES** on the individual at **516 Belleville St, New Orleans, LA 70114** on 07/13/2026 at 3:31 PM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:  07/13/2026

_____
Server's signature

**Reginald Major**
Printed name and title

**7946 Oak View Dr
Baton.Rouge, LA 70814**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR DAMAGES,  to Charles Gallagher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**




Tracking #: 0232075661