**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHAD DURAN COCKERHAM** | **CIVIL ACTION NO.** |
| **VERSUS** | **2:26-CV-000647** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION "J"** |
| | **JUDGE CARL J. BARBIER** |
| | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **FILED: ______________________________** | **__________________________________ DEPUTY CLERK** |

**PLAINTIFF'S MOTION TO CONFIRM VALIDITY OF SERVICE OF PROCESS UPON DEFENDANT CHARLES "SKIP" GALLAGHER AND TO ESTABLISH RESPONSIVE-PLEADING DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Chad Duran Cockerham ("Plaintiff"), who respectfully moves this Court for an order confirming the validity of personal service upon Defendant Charles "Skip" Gallagher ("Gallagher") and establishing Gallagher's responsive-pleading deadline. Alternatively, and only if the Court concludes that any technical defect exists, Plaintiff requests an extension under Federal Rule of Civil Procedure 4(m) and leave to accomplish immediate re-service without dismissal.

This motion presents a concrete dispute. Gallagher's counsel has repeatedly asserted that Gallagher was not served and has accused the private process server of fabricating service. Plaintiff, however, possesses a sworn return of service and corroborating evidence reflecting personal service. Judicial determination will resolve the dispute, establish the operative answer deadline, and prevent needless collateral expense.

The grounds for this motion are set forth more fully in the accompanying memorandum. Plaintiff requests that the Court grant the motion and enter the attached proposed order.

Respectfully submitted:

**THE BAGNERIS FIRM, LLC**

By: */s/ Suzette P. Bagneris*
SUZETTE P. BAGNERIS (La. Bar No. 22241)
EMILE A. BAGNERIS, III (La. Bar No. 22240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: 504-810-3995
Facsimile: 504-336-2198
Email: sbagneris@bagnerislawfirm.com
Counsel for Plaintiff, Chad Duran Cockerham

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2026, a copy of the foregoing Plaintiff's Motion to Confirm Validity of Service of Process Upon Defendant Charles "Skip" Gallagher and to Establish Responsive-Pleading Deadline, together with the supporting memorandum, notice of submission, exhibits, and proposed order, was filed electronically with the Clerk of Court through the Court's CM/ECF system. Notice of this filing will be transmitted electronically to all counsel of record. I further certify that a copy of the foregoing was transmitted by electronic mail to William R. H. Goforth, counsel for Defendant Charles "Skip" Gallagher.

New Orleans, Louisiana, this 25th day of August, 2026.

/s/ Suzette Peychaud Bagneris
SUZETTE PEYCHAUD BAGNERIS