AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-CV-00647**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Charles Gallagher** was received by me on **7/11/2026:**

- [X] I personally served the **SUMMONS; COMPLAINT FOR DAMAGES** on the individual at **516 Belleville St, New Orleans, LA 70114** on **07/13/2026 at 3:31 PM**; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or
- [ ] I returned the summons unexecuted because ; or
- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 07/13/2026

*Server's signature*

**Reginald Major**
*Printed name and title*

**7946 Oak View Dr**
**Baton Rouge, LA 70814**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR DAMAGES, to Charles Gallagher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**

**EXHIBIT 1**

Tracking #: **0232075661**