abclegal

# Investigation Report

| | | | |
|---|---|---|---|
| Client | The Bagneris Firm | | |
| Reference # | 2:26-cv-00647 | | |
| Subject | Service of Process on Charles Gallagher | | |
| Date Complaint Received | 7/29/2026 | Date Complaint Closed | 8/9/2026 |

## Issue/Complaint

The Bagneris Firm notified ABC that Defendant Charles Gallagher stated he was never personally served as stated in the Proof of Service, and the documents were instead left in his mailbox.

## Service Details

ABC's business records document the following:

On 7/13/2026 at 3:31 PM, process server Reginald Major reported to have performed personal service on Defendant Charles Gallagher at the address of 516 Belleville St, New Orleans, LA 70114 and provided the following description: *"I delivered the documents to Charles Gallagher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses."*

The process server submitted the details for the service event on 7/13/2026 at 3:32 PM. At the time of the event submission, the GPS coordinates of 29.950654, -90.048152 were recorded by the process server's mobile device. These coordinates place the process server's device within 40 meters of the service address. GPS coordinates can be offset by cell signal, time of entry, and proximity to buildings. This distance is within the tolerances of expectation.






**EXHIBIT 2**

abclegal

# Investigation Report

The process server submitted the following photo at the time of service:




## Process Server Statement

ABC attempted to contact the process server to obtain a statement regarding the alleged complaint. A response from the process server was not received. ABC will provide an updated Investigation Report if a response is obtained.

## Investigation Findings

516 Belleville St New Orleans, LA 70114 (service address):

- Please find the attached Investigation Exhibits.

abclegal

# Investigation Report

## Action Plan & Remediation

**Audit**

ABC will perform a hand review of the server’s metrics to ensure contractual and legal obligations are met.

**Action Plan**

ABC is offering to send this back out for re-service upon Charles Gallagher. Please advise ABC on the next steps you wish us to take in handling this matter.

# Exhibits

**Defendant:** Charles Gallagher
**Address:** 516 Belleville St, New Orleans, Orleans County, LA 70114

### CBC Innovis Search Results

*No records returned by vendor*

### Accurint Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| **516 Belleville St, New Orleans, LA 70114** | | 10/01/1999 | 05/01/2025 |
| 609 PATTERSON DR, NEW ORLEANS, LA 70114-1133 | | 02/01/1998 | 03/01/1998 |
| 1041 W A ST APT 24, MOSCOW, ID 83843-2154 | | 12/01/1992 | 12/01/1995 |
| 1720 MARY ANN DR, GAUTIER, MS 39553-7514 | | 12/01/1990 | 03/01/2006 |

### TLO Search Results

*Multiple records returned by vendor*

### Drivers Licenses (TLO)

*None reported.*

### Vehicles (TLO)

| Registration Date | Expiration Date | Registered Owners | Vehicle | Plate |
|---|---|---|---|---|
| 03/09/2018 | 06/30/2030 | CHARLES J GALLAGHER (registrant) - **516 BELLEVILLE ST, NEW ORLEANS, LA 70114** (06/08/2026)<br>CHARLES GALLAGHER (co-registrant) - **516 BELLEVILLE ST, NEW ORLEANS, LA 70114** (06/08/2026) | Black,Black 2018 TOYOTA TUNDRA | C574174 (LA) |
| 05/15/2025 | 04/30/2029 | CHARLES GALLAGHER (registrant) - **516 BELLEVILLE ST, NEW ORLEANS, LA 70114** (05/15/2025)<br>CHARLES GALLAGHER (co-registrant) - **516 BELLEVILLE ST, NEW ORLEANS, LA 70114** (05/15/2025) | Black,Black 2006 TOYOTA TUNDRA | Z842558 (LA) |
| 12/13/2017 | 12/31/2026 | CHARLES J GALLAGHER (registrant) - 109 MOLLERE DR, WAVELAND, MS 39576 (12/18/2025)<br>CHARLES J GALLAGHER (co-registrant) - 109 MOLLERE DR, WAVELAND, MS 39576 (12/18/2025) | Blue,Blue 2010 TOYOTA PRIUS | 6747CD (MS) |
| 12/13/2017 | 12/31/2026 | CHARLES J GALLAGHER (registrant) - 109 MOLLERE DR, WAVELAND, MS 39576 (12/18/2025)<br>CHARLES J GALLAGHER (co-registrant) - 109 MOLLERE DR, WAVELAND, MS 39576 (12/18/2025) | White,White 2006 LEXUS RX | 7087CD (MS) |

### Forwards reported per National Change of Address (NCOA) service

*None reported.*

# Exhibits

**Property Ownership (TLO)**

**Address: 516 Belleville St, New Orleans, LA 70114-1117**, **Owner(s):** SKIP GALLAGHER, **Purchase Date:** 05/1998, **Homestead:** yes
**Address:** 1720 Mary Ann Dr, Gautier, MS 39553-7514, **Owner(s):** KELLY RHODES, **Purchase Date:** N/A, **Homestead:** yes
**Address:** 609 Patterson Dr, New Orleans, LA 70114-1133, **Owner(s):** KARL TAKACS, **Purchase Date:** 03/2018, **Homestead:** yes

evidencechain™ Service Detail Report

**Chad Duran Cockerham v. City of New Orleans; ET AL.**
Case Number 2:26-CV-00647 | US District Court, Louisiana, Eastern District, New Orleans

SERVED

## Charles Gallagher

**516 Belleville St New Orleans, LA 70114-1117**



### Process Server

**Reginald Major**
License: 10525-030525-JL

## Summary

Charles Gallagher was served by Personal Service on 7/13/2026 at 3:31 PM CDT by process server Reginald Major.

The subject's address was provided by the customer. Residency was confirmed by skip trace and review of credit headers.

## Validation Checks

| | |
|---|---|
| GPS | Service was recorded 131.40ft from the service address, which is within the bounds of expectation. |
| Photo | A photo was taken at the time of service. |

## Personal Service

**Date:** 7/13/2026 **Time:** 3:31 PM CDT
**Address:** 516 Belleville St, New Orleans, LA 70114-1117
**GPS Coordinates:** 29.950654 -90.048152 **Process Server:** Reginald Major
**License:** 10525-030525-JL

### Attachments






Address GPS

I delivered the documents to Charles Gallagher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

evidencechain™

Service Detail Report

**Chad Duran Cockerham v. City of New Orleans; ET AL.**

Case Number 2:26-CV-00647 | US District Court, Louisiana, Eastern District, New Orleans

## Event History

### 2 Served by Personal Service

**Date:** 7/13/2026 **Time:** 3:31 PM CDT
**Address:** 516 Belleville St, New Orleans, LA 70114-1117
**GPS Coordinates:** 29.950654 -90.048152 **Process Server:** Reginald Major
**License:** 10525-030525-JL

**Attachments**






Address GPS

By delivery to Charles Gallagher, I delivered the documents to Charles Gallagher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.

### 1 Process Server Assigned

**Date:** 7/11/2026 **Time:** 11:25 PM CDT
**Process Server:** Reginald Major **License:** 10525-030525-JL

Documents Received: Process server received documents for Charles Gallagher.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

evidencechain™ Service Detail Report

**Chad Duran Cockerham v. City of New Orleans; ET AL.**

Case Number 2:26-CV-00647 | US District Court, Louisiana, Eastern District, New Orleans

## Photos Appendix

**Served by Personal Service on 7/13/2026 3:31 PM CDT (1 Photo)**

516 Belleville St, New Orleans, LA 70114-1117

