**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHAD DURAN COCKERHAM** | **CIVIL ACTION NO.** |
| **VERSUS** | **2:26-CV-000647** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION "J"** |
| | **JUDGE CARL J. BARBIER** |
| | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **FILED: ______________________________** | **______________________________** |
| | **DEPUTY CLERK** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion to Confirm Validity of Service of Process Upon Defendant Charles "Skip" Gallagher and to Establish Responsive-Pleading Deadline is set for submission before the Honorable Carl J. Barbier, United States District Judge, on September 16, 2026, at 9:30 a.m., or as soon thereafter as the Court may consider the matter, without oral argument unless otherwise ordered by the Court.

Respectfully submitted:

**THE BAGNERIS FIRM, LLC**

By: */s/ Suzette P. Bagneris*
SUZETTE P. BAGNERIS (La. Bar No. 22241)
EMILE A. BAGNERIS, III (La. Bar No. 22240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: 504-810-3995
Facsimile: 504-336-2198
Email: sbagneris@bagnerislawfirm.com
Counsel for Plaintiff, Chad Duran Cockerham

**CERTIFICATE OF SERVICE**

I hereby certify that on 25th day of August, 2026, a copy of the foregoing was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will send notice to all counsel of record. I further certify that a copy was transmitted by electronic mail to counsel for Charles “Skip” Gallagher.

/s/ Suzette Peychaud Bagneris
SUZETTE PEYCHAUD BAGNERIS