**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHAD DURAN COCKERHAM** | **CIVIL ACTION NO.** |
| **VERSUS** | **2:26-CV-000647** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION "J"** |
| | **JUDGE CARL J. BARBIER** |
| | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |

**FILED: ________________________________** ________________________________
**DEPUTY CLERK**

**PROPOSED ORDER**

Considering Plaintiff's Motion to Confirm Validity of Service of Process Upon Defendant Charles "Skip" Gallagher and to Establish Responsive-Pleading Deadline, the supporting memorandum, the record, and applicable law:

**IT IS ORDERED that the motion is GRANTED.**

**IT IS FURTHER ORDERED that Defendant Charles "Skip" Gallagher was personally served with the summons and Complaint on July 13, 2026 in accordance with Federal Rule of Civil Procedure 4(e)(2)(A).**

**IT IS FURTHER ORDERED that Gallagher shall file and serve his answer or other responsive pleading no later than fourteen (14) days after entry of this Order.**

**Alternatively, if the Court concludes that service was technically deficient, IT IS ORDERED that Plaintiff's time to serve Gallagher under Rule 4(m) is extended for**

**thirty (30) days from entry of this Order, without dismissal of Plaintiff's claims.**

New Orleans, Louisiana, this _____ day of __________________, 2026.

______________________________________

**CARL J. BARBIER**
UNITED STATES DISTRICT JUDGE