UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM<br>*Plaintiff*<br>*v.*<br>CITY OF NEW ORLEANS, ET AL,<br>*Defendants* | 2:26-CV-000647<br>JUDGE: CARL J. BARBIER<br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

**DEFENDANT CHARLES "SKIP" GALLAGHER'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Defendant Charles "Skip" Gallagher who respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(5), and 12(b)(1), to dismiss the claims asserted against him.

As set forth more fully in the accompanying Memorandum in Support, Plaintiff's claims against Mr. Gallagher should be dismissed because:

1. Mr. Gallagher's alleged actions are protected by privilege;
2. Plaintiff has failed to state a claim against Mr. Gallagher;
3. The claims against Mr. Gallagher are not actionable because of the doctrine of "opinion based on disclosed facts;
4. Plaintiff has failed to sufficiently plead supplemental jurisdiction for the state law claims against Mr. Gallagher; and
5. Plaintiff's attempt at service was insufficient.

WHEREFORE, for the reasons explained in the Memorandum filed herewith, Mr. Gallagher requests this honorable Court to dismiss Plaintiff's claims against him, with prejudice.

Respectfully submitted:

*/s/ William Most*

WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
*Counsel for Defendant, Skip Gallagher*