UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM,<br>*Plaintiff*<br>*v.*<br>CITY OF NEW ORLEANS, ET AL,<br>*Defendants* | CIVIL ACTION NO.: 2:26−CV−000647<br>JUDGE: CARL J. BARBIER<br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

**Declaration of Charles "Skip" Gallagher**

1. I am of the age of majority.

2. I live in New Orleans, Louisiana.

3. On the afternoon of Monday, July 13, 2026, I was at home preparing to leave New Orleans on a flight to Los Angles scheduled for 5:20 p.m.

4. At approximately 3:30 p.m., when I stepped out of the shower, I heard a knock on my front door.

5. Because I was not dressed, I did not immediately answer the door.

6. When I looked out the window, I saw a dark SUV, possibly a Jeep, parked in front of my house.

7. I did not see anyone at my front door.

8. Because I was running late, I quickly threw on some clothes and finished packing for my flight.

9. When I walked out my front door, I found two unsealed manila envelopes addressed to me.

10. The envelopes were unstamped and stuffed into the bottom hooks of my mailbox.

11. One envelope reflected my work address at the University of New Orleans; the second envelope was addressed to my residence.

12. I removed the envelopes from the mailbox, took a picture of each envelope and quickly sent these images to attorneys representing me in a separate case at 3:48 p.m.

13. A true and accurate copy of the e-mail I sent to my attorneys is attached hereto as Exhibit B.

14. No one personally served me the envelopes. I did not see, speak to, or interact with the person alleged to have served me in this case.

15. I never saw anyone attempt to personally serve me the envelopes.

16. A true and accurate copy of the email described in paragraph 28 of the complaint is attached as Exhibit C.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed in New Orleans, Louisiana August 29, 2026.

_/s/ *Charles "Skip" Gallagher*__________
Charles "Skip" Gallagher