**Friday, August 28, 2026 at 4:31:23 PM Central Daylight Time**

**Subject:** FW: Gallagher; Update
**Date:** Friday, August 28, 2026 at 4:31:23 PM Central Daylight Time
**From:** Cleveland, Annie
**Attachments:** image003.jpg

**From:** C JG <gallagher.dr@gmail.com>
**Sent:** Monday, July 13, 2026 3:49 PM
**To:** Hamilton, Bruce W <bhamilton1@tulane.edu>; Cleveland, Annie <acleveland@tulane.edu>
**Subject:** Re: Gallagher; Update

External Sender. Be aware of links, attachments and requests.

Yup, these showed up on my mailbox today,

The envelopes are not sealed with no return information or postage,






Skip