Gmail

William Most <williammost@gmail.com>

# Fwd: Document Request

1 message

**C JG** <gallagher.dr@gmail.com> Sat, Aug 29, 2026 at 4:36 PM
To: William Most <williammost@gmail.com>

[redacted]

[redacted]

---------- Forwarded message ---------
From: **C JG** <gallagher.dr@gmail.com>
Date: Fri, Sep 13, 2024 at 2:48 PM
Subject: Re: Document Request
To: Randolph B. Daniel <rdaniel@nola.gov>

Hello Sgt Daniel,

I've attached a spreadsheet for officer Cockerham for the year 2017. Clearly officer Cockerham has a long history of payroll fraud and this 2017 spreadsheet easily identifies some egregious examples (highlighted in yellow).

Skip

Skip Gallagher, Ph.D.
gallagher.dr@gmail.com
(504) 388-1846

On Thu, Aug 22, 2024 at 3:58 PM Randolph B. Daniel <rdaniel@nola.gov> wrote:

> Dr. Gallagher,
>
> As mentioned via a previous email I have been assigned the administrative portion of the investigation regarding your complaint against SPO Chad Cockerham and his supervisor, Sgt Gary Lacabe, under PIB CTN: 2024-0380-P.
>
> I've been provided a large amount of files and documentation and am in the process of reviewing it all. Some of those were obtained and provided by you earlier on in the investigation.
>
> I noted in one of the spreadsheets you provided earlier in the investigation, that you listed SPO Chad Cockerham's salary for the years 2018-2023.
>
> If you have documentation of his salary for those specific years, could you provide them so I could review them for my investigation?
>
> Those are the only items I may need at this time. If I need anything additional or have any questions, I'll contact you.
>
> Respectfully,
> Sgt. Randolph B. Daniel
> New Orleans Police Department
> Public Integrity Bureau
> 1340 Poydras Street, Suite 1900
> New Orleans, LA 70112
> Office: 504-658-6800
> Email: Rdaniel@nola.gov

**Chad Cockerham Work and Detail 2017 Rev 1.xlsx**
120K