UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHAD DURAN COCKERHAM
*Plaintiff*
*v.*

CITY OF NEW ORLEANS, ET AL,

*Defendants*

2:26-CV-000647

JUDGE: CARL J. BARBIER

MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT

**[PROPOSED] ORDER**

Having considered Defendant Charles "Skip" Gallagher's Motion to Dismiss and the arguments in favor and against, it is hereby ordered that the Motion is GRANTED. Plaintiff's claims against Mr. Gallagher are dismissed with prejudice.

____________________________

JUDGE