UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM | CIVIL ACTION NO. 2:26-CV-00647 |
| VERSUS | SECTION "J" |
| CITY OF NEW ORLEANS,<br>ANNE E. KIRKPATRICK,<br>NEW ORLEANS POLICE DEPARTMENT,<br>CHARLES "SKIP" GALLAGHER, ET AL. | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE DONNA<br>PHILLIPS CURRAULT |
| FILED: ______________________________ | ______________________________<br>DEPUTY CLERK |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANT CHARLES "SKIP" GALLAGHER'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Chad Duran Cockerham ("Plaintiff"), who respectfully moves this Court to continue the submission date for Defendant Charles "Skip" Gallagher's Motion to Dismiss [R. Doc. 17] from September 16, 2026, to September 30, 2026, or the Court's next available rule day.

Respectfully submitted:

THE BAGNERIS FIRM, LLC

By: */s/ Suzette Peychaud Bagneris*
SUZETTE P. BAGNERIS (Bar No. 22241)
EMILE A. BAGNERIS, III (Bar No. 22240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com
Counsel for Plaintiff, Chad Duran Cockerham

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, a copy of the foregoing Plaintiff's Unopposed Motion to Continue Submission Date for Defendant Charles "Skip" Gallagher's Motion to Dismiss was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ Suzette P. Bagneris*
SUZETTE P. BAGNERIS