UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM | CIVIL ACTION NO. 2:26-CV-00647 |
| VERSUS | SECTION "J" |
| CITY OF NEW ORLEANS,<br>ANNE E. KIRKPATRICK,<br>NEW ORLEANS POLICE DEPARTMENT,<br>CHARLES "SKIP" GALLAGHER, ET AL. | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE DONNA<br>PHILLIPS CURRAULT |
| FILED: ______________________________ | ______________________________<br>DEPUTY CLERK |

**MEMORANDUM IN SUPPORT TO PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANT CHARLES "SKIP" GALLAGHER'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Chad Duran Cockerham ("Plaintiff"), who respectfully moves this Court to continue the submission date for Defendant Charles "Skip" Gallagher's Motion to Dismiss [R. Doc. 17] from September 16, 2026, to September 30, 2026, or the Court's next available rule day. In support of this Motion, Plaintiff states:

1.

Defendant Charles "Skip" Gallagher filed his Motion to Dismiss and supporting memorandum on August 29, 2026. [R. Docs. 17 and 17-1].

2.

Gallagher noticed the Motion to Dismiss for submission on September 16, 2026. [R. Doc. 17-5].

3.

Under Local Rule 7.5, Plaintiff's opposition is presently due eight days before the noticed submission date, making the opposition due on September 8, 2026.

4.

Monday, September 7, 2026, is the Labor Day federal holiday. Thus, the present opposition deadline falls on the first business day following the Labor Day holiday weekend.

5.

Plaintiff is enrolling Bobby J. Delise and Jeannette Delise Spegele as additional counsel of record. Additional counsel require a reasonable opportunity to review the Complaint, Gallagher's Motion to Dismiss, the eighteen-page supporting memorandum, the exhibits submitted by Gallagher, the extensive investigative materials incorporated into or referenced by the pleadings, and the contested evidence concerning service of process.

6.

The Motion to Dismiss raises multiple and substantial issues, including:

a. whether Gallagher's accusations of payroll fraud were false and defamatory;

b. whether Gallagher's statements are protected by a conditional privilege;

c. whether Gallagher acted in good faith or with actual malice or reckless disregard for the truth;

d. whether Gallagher's statements are actionable factual accusations or protected opinions;

e. whether Plaintiff adequately alleged negligence and related Louisiana-law claims;

f. whether the Court possesses supplemental jurisdiction over Plaintiff's claims against Gallagher;

g. whether Gallagher was personally served in accordance with Federal Rule of Civil Procedure 4(e); and

h. whether Plaintiff should receive an extension of the service period under Rule 4(m) if the Court identifies any defect in the timing or manner of service.

7.

Gallagher also submitted materials outside the pleadings, including his own affidavit and email correspondence, in support of his request for dismissal. Plaintiff must address whether those materials may properly be considered under Rule 12(b)(6) and whether their consideration would require conversion of the Motion to one for summary judgment under Rule 12(d).

8.

Plaintiff's counsel have preexisting plans to be out of town during portions of the Labor Day holiday period.

9.

The current schedule would require Plaintiff's existing and newly enrolled counsel to complete their review, confer with Plaintiff, investigate the factual assertions contained in Gallagher's submissions, obtain supporting evidence, research the substantial legal issues presented, and prepare Plaintiff's opposition during a period that includes a federal holiday weekend and counsel's preexisting travel.

10.

Plaintiff requests only a brief continuance of one rule date. Specifically, Plaintiff requests that the submission date be continued from September 16, 2026, to September 30, 2026, or the Court's next available rule day.

11.

The requested continuance is sought in good faith and not for purposes of unnecessary delay.

12.

This is Plaintiff's first request to continue the submission date for Gallagher's Motion to Dismiss.

13.

The requested continuance will allow newly enrolled counsel a reasonable opportunity to become familiar with the extensive factual and procedural record and will permit Plaintiff to submit a complete and properly supported opposition.

14.

The brief continuance will not affect any trial date, scheduling-order deadline, discovery deadline, or other substantive deadline established by the Court.

15.

Gallagher will suffer no prejudice from the requested continuance. Gallagher has appeared through counsel, has submitted his Motion and supporting materials, and will retain a full opportunity to file any reply permitted by the Court.

16.

Plaintiff's counsel contacted counsel for Gallagher, William Most, and requested his consent to the requested continuance.

17.

As of the filing of this Motion, counsel for Gallagher has responded with no opposition to Plaintiff's request for consent.

WHEREFORE, Plaintiff, Chad Duran Cockerham, respectfully requests that this Court:

A. grant this Motion;

B. continue the submission date for Defendant Charles "Skip" Gallagher's Motion to Dismiss [R. Doc. 17] from September 16, 2026, to September 30, 2026, or the Court's next available rule day;

C. extend Plaintiff's deadline to oppose the Motion to Dismiss in accordance with the continued submission date and Local Rule 7.5; and

D. grant all other just and equitable relief.

Respectfully submitted:

THE BAGNERIS FIRM, LLC

By: */s/ Suzette Peychaud Bagneris*
SUZETTE P. BAGNERIS (Bar No. 22241)
EMILE A. BAGNERIS, III (Bar No. 22240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com
Counsel for Plaintiff, Chad Duran Cockerham

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, a copy of the foregoing Plaintiff's Unopposed Motion to Continue Submission Date for Defendant Charles "Skip" Gallagher's Motion to Dismiss was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ Suzette P. Bagneris*
SUZETTE P. BAGNERIS