UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM | CIVIL ACTION NO. 2:26-CV-00647 |
| VERSUS | SECTION "J" |
| CITY OF NEW ORLEANS,<br>ANNE E. KIRKPATRICK,<br>NEW ORLEANS POLICE DEPARTMENT,<br>CHARLES "SKIP" GALLAGHER, ET AL. | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE DONNA<br>PHILLIPS CURRAULT |
| FILED: ______________________________ | ______________________________<br>DEPUTY CLERK |

ORDER

Considering Plaintiff's Unopposed Motion to Continue Submission Date for Defendant Charles "Skip" Gallagher's Motion to Dismiss:

IT IS ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that the submission date for Defendant Charles "Skip" Gallagher's Motion to Dismiss [R. Doc. 17] is CONTINUED from September 16, 2026, to September 30, 2026, at 9:00 a.m., or the Court's next available rule day.

IT IS FURTHER ORDERED that Plaintiff's deadline to file an opposition to the Motion to Dismiss is extended in accordance with the continued submission date and the applicable Local Rules.

New Orleans, Louisiana, this _____ day of September, 2026.

______________________________________
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE