UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM | CIVIL ACTION NO. 2:26-CV-00647 |
| VERSUS | SECTION "J" |
| CITY OF NEW ORLEANS,<br>ANNE E. KIRKPATRICK,<br>NEW ORLEANS POLICE DEPARTMENT,<br>CHARLES "SKIP" GALLAGHER, ET AL. | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE DONNA<br>PHILLIPS CURRAULT |
| FILED: ______________________________ | ______________________________<br>DEPUTY CLERK |

**PLAINTIFF'S MOTION TO ENROLL BOBBY J. DELISE AND JEANETTE DELISE SPEGELE AS ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Chad Duran Cockerham ("Plaintiff"), who respectfully moves this Honorable Court for an Order enrolling Bobby J. Delise and Jeanette Delise Spegele as additional counsel of record for Plaintiff in this matter. Bobby J. Delise and Jeanette Delise Spegele are attorneys duly admitted and qualified to practice before this Court and desire to appear as additional counsel for Plaintiff. Their enrollment will not delay these proceedings or prejudice any party.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and enroll Bobby J. Delise and Jeanette Delise Spegele as additional counsel of record for Plaintiff, Chad Duran Cockerham, and direct that they receive all notices, pleadings, orders, and other filings through the Court's CM/ECF system.

Respectfully submitted:

THE BAGNERIS FIRM, LLC

By: */s/ Suzette Peychaud Bagneris*
SUZETTE P. BAGNERIS (Bar No. 22241)
EMILE A. BAGNERIS, III (Bar No. 22240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com
Counsel for Plaintiff, Chad Duran Cockerham

DELISE & HALL

By: */s/ Bobby J. Delise*
BOBBY J. DELISE (Bar No. 4847)
JEANETTE DELISE SPEGELE (Bar No. 38187)
5190 Canal Boulevard, Suite 103
New Orleans, Louisiana 70113
Telephone: (504) 836-8000
Email: bdelise@divelawyer.com
Email: jdeliselaw@gmail.com
Additional Counsel for Plaintiff, Chad Duran Cockerham

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, a copy of the foregoing Motion to Enroll Bobby J. Delise and Jeanette Delise Spegele as Additional Counsel of Record was filed electronically with the Clerk of Court through the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ Suzette Peychaud Bagneris*
SUZETTE PEYCHAUD BAGNERIS