UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CHAD DURAN COCKERHAM

VERSUS

CITY OF NEW ORLEANS,
ANNE E. KIRKPATRICK,
NEW ORLEANS POLICE DEPARTMENT,
CHARLES "SKIP" GALLAGHER, ET AL.

CIVIL ACTION NO. 2:26-CV-00647

SECTION "J"

JUDGE CARL J. BARBIER

MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT

FILED: ______________________________

______________________________
DEPUTY CLERK

ORDER

Considering Plaintiff's Motion to Enroll Bobby J. Delise and Jeanette Delise Spegele as Additional Counsel of Record:

IT IS ORDERED that the Motion is GRANTED and that Bobby J. Delise and Jeanette Delise Spegele are hereby enrolled as additional counsel of record for Plaintiff, Chad Duran Cockerham, in the above-captioned matter.

New Orleans, Louisiana, this _____ day of __________________, 2026.

______________________________
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE