UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD COCKERHAM | CIVIL ACTION |
| VERSUS | NO. 26-647 |
| CITY OF NEW ORLEANS ET AL. | SECTION: "J"(2) |

**ORDER**

Considering the foregoing *Unopposed Motion to Continue Submission Date for Defendant Charles "Skip" Gallagher's Motion to Dismiss* **(Rec. Doc. 19)**, filed by Plaintiff Chad Duran Cockerham,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the Motion to Dismiss (Rec. Doc. 17), currently set on September 16, 2026, be and is hereby **CONTINUED** until **September 30, 2026**. Any memorandum in opposition and any reply brief in support to the motion shall be filed within the time prescribed by Local Rule 7.5 given the new submission date.

New Orleans, Louisiana, this 3rd day of September, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE