UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD COCKERHAM | CIVIL ACTION |
| VERSUS | NO. 26-647 |
| CITY OF NEW ORLEANS ET AL. | SECTION: "J"(2) |

**ORDER**

Considering the foregoing ex parte *Motion to Enroll Bobby J. Delise and Jeanette Delise Spegele as Additional Counsel of Record* **(Rec. Doc. 20)**, filed by Plaintiff Chad Duran Cockerham,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that Bobby J. Delise and Jeanette Delise Spegele are hereby **ENROLLED** as additional counsel of record for Plaintiff in the above-captioned matter.

New Orleans, Louisiana, this 3rd day of September, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE