UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD DURAN COCKERHAM<br>*Plaintiff*<br>*v.*<br><br>CITY OF NEW ORLEANS, ET AL,<br><br>*Defendants* | 2:26-CV-000647<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

**Request for Oral Argument and Evidentiary Hearing**

Two motions are pending before the Court: Plaintiff's Motion to Confirm Service (R. Doc. 16) and Defendant Gallagher's Motion to Dismiss (R. Doc. 18). Defendant Gallagher suggests that because these two motions involve overlapping issues, and could definitively resolve his role in this case, they might benefit from oral argument. For that reason, he requests oral argument.

Additionally, because there is a conflict in the sworn testimony regarding whether Mr. Gallagher was properly served (compare R. Doc. 15-1 with R. Doc. 17-2), Mr. Gallagher suggests that the oral argument be combined with an evidentiary hearing so that the Court can hear live testimony regarding service and evaluate the credibility of the witnesses.

Respectfully submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com
*Counsel for Defendant, Skip Gallagher*