**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHAD DURAM COCKERHAM** | * | **NO. 26-cv-000647** |
| | * | |
| **VERSUS** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **CITY OF NEW ORLEANS, ET AL.** | * | **MAGISTRATE JUDGE DONNA** |
| | * | **PHILLIPS CURRAULT** |

************************************

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Local Rule 7.8, Defendants City of New Orleans; Anne E. Kirkpatrick, individually and in her official capacity as Superintendent of the New Orleans Police Department; and New Orleans Police Department (collectively, "City Defendants"), respectfully move for a 7-day extension of time to file responsive pleadings in this matter. The City Defendants certifies that there has been no previous extension of time for Defendant to plead. Furthermore, counsel for Plaintiff has been contacted and stated that there is no objection to the requested extension. Accordingly, the City Defendants respectfully move this Honorable Court for an extension of seven days to respond to the Complaint in the above-captioned matter.

Respectfully submitted,

/s/ *William R.H. Goforth*
**WILLIAM R.H. GOFORTH, LSB #33153**
CHIEF DEPUTY CITY ATTORNEY
**ELIZABETH S. ROBINS, LSB #25224**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**GWYNETH A. O'NEILL LSB #35944**

SR. CHIEF DEPUTY CITY ATTORNEY
**CHARLINE K. GIPSON**, **LSB # 32780**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868
E-MAIL: wrgoforth@nola.gov

*Counsel for Defendants, City of New Orleans; New Orleans Police Department; and Anne E. Kirkpatrick, individually and in her official capacity*