**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHAD DURAM COCKERHAM** | * | **NO. 26-cv-000647** |
| | * | |
| **VERSUS** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **CITY OF NEW ORLEANS, ET AL.** | * | **MAGISTRATE JUDGE DONNA** |
| | * | **PHILLIPS CURRAULT** |

***********************************

**ORDER**

Considering the Motion for Extension of Time to File Responsive Pleading by Defendants City of New Orleans, New Orleans Police Department, and Anne E. Kirkpatrick, individually and in her capacity as Superintendent of the New Orleans Police Department, IT IS HEREBY ORDERED that the motion is GRANTED and that Defendants City of New Orleans, New Orleans Police Department, and Anne E. Kirkpatrick, individually and in her capacity as Superintendent of the New Orleans Police Department, are hereby granted an additional seven (7) days, or until September 15, 2026, to file responsive pleadings in this matter.

NEW ORLEANS, LOUISIANA, this ______ day of__________, 2026.

________________________________
U.S. DISTRICT JUDGE