UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD COCKERHAM | CIVIL ACTION |
| VERSUS | NO. 26-647 |
| CITY OF NEW ORLEANS ET AL. | SECTION: "J"(2) |

# ORDER

Considering the foregoing ex parte *Motion for Extension of Time to File Responsive Pleading* **(Rec. Doc. 24)**, filed by Defendants New Orleans Police Department, City of New Orleans, and Anne E. Kirkpatrick,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Defendants shall have until **September 16, 2026** to file responsive pleadings.

New Orleans, Louisiana, this 9th day of September, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE